IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PALMAS COUNTRY CLUB INC

XXX-XX4324

Debtor(s)

CASE NO. 10-07072 ESL

Chapter 11

FILED & ENTERED ON 08/20/2010

## ORDER

Debtor's motion for extension of time (until August 25, 2010) to file schedules and statements (docket entry #32) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 20th day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
ALEXIS FUENTES HERNANDEZ
US TRUSTEE