# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *PALMAS COUNTRY CLUB, INC., a Delaware Corporation*

Case No.

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $  *22,000,000.00* | | |
| B-Personal Property | *Yes* | *4* | $   *1,973,011.00* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $   *30,204,255.00* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $      *98,000.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *251* | | $  *28,244,143.08* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $       *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $       *0.00* |
| TOTAL | | *261* | $   *23,973,011.00* | $  *58,546,398.08* | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *PALMAS COUNTRY CLUB, INC., a Delaware Corporation*

Case No.

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *PALMAS COUNTRY CLUB, INC., a Delaware Corporation*                    Case No. _____
                                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *JAIME MORGAN STUBBE*_____ , *President*_____ of the *Corporation*_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   *262* sheets,

and that they are true and correct to the best of my knowledge, information, and belief.


Date: *8/25/2010*_____          Signature */s/ JAIME MORGAN STUBBE*_____

                                         Name: *JAIME MORGAN STUBBE*

                                         Title:  *President*


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re **PALMAS COUNTRY CLUB, INC.** _____ ,      Case No._____

                              Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| PARCEL OF LAND LOCATED AT CANDELERO ABAJO AND THE BUENA VISTA WARDS OF THE MUNICIPALITY OF HUMACAO, WITH A TOTAL SURFACE AREA OF 1,676,742.8450 SQUARE METERS, COMPOSED OF 25 TRACTS OF LAND IN WHICH TWO GOLF COURSES, SWIMMING POOLS, TENNIS COURTS AND BEACH CLUB HAVE BEEN DEVELOPED. (VALUE LISTED PURSUANT APPRAISAL PERFORMED BY TDF) | Fee Simple | | $ 22,000,000.00 | $ 22,000,000.00 |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

**22,000,000.00**

In re _PALMAS COUNTRY CLUB, INC._ _____ ,     Case No. _____

Debtor(s)                                                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | _CASH_ <br> _Location: In debtor's possession_ | | $ 666.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _CAPITAL INTEREST FUND ESCROW ACCOUNT_ <br> _Location: TDF_ | | $ 18.00 |
| | | _CHECKING ACCOUNT #_ <br> _Location: WESTERNBANK_ | | $ 13,744.00 |
| | | _CHECKING ACCOUNT_ <br> _CASH ACCOUNT_ <br> _Location: WESTERNBANK_ | | $ 4,858.00 |
| | | _CHECKING ACCOUNT #_ <br> _PALMAS COUNTRY CLUB LB CCARD_ <br> _Location: WESTERNBANK_ | | $ 559.00 |
| | | _CHECKING ACCOUNT #_ <br> _Location: CITIBANK_ | | $ 82,448.00 |
| | | _CHECKING ACCOUNT #_ <br> _PALMAS COUNTRY CLUB LOCK BOX_ <br> _Location: CITIBANK_ | | $ 541.00 |
| | | _CHECKING ACCOUNT #_ <br> _Location: BANCO POPULAR_ | | $ 24,306.00 |
| | | _CHECKING ACCOUNT #_ <br> _PALMAS COUNTRY CLUB LOCK BOX_ <br> _Location: BANCO POPULAR_ | | $ 502.00 |

In re __PALMAS COUNTRY CLUB, INC.__ , Case No. _____
_____
Debtor(s)                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ESCROW ACCOUNT<br>Location: TDF | | $ 1,278,959.00 |
| | | PROJECT FUND ESCROW ACCOUNT<br>Location: TDF | | $ 4,783.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SECURITY DEPOSIT<br>Location: ACRECENT FINANCIAL | | $ 13,594.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | COMMON SHARES OF 100% PCCI RESOURCES, INC.<br>Location: In debtor's possession | | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | ACCOUNT RECEIVABLE FROM AMERICAN EXPRESS<br>Location: In debtor's possession | | $ 166,523.00 |

In re **PALMAS COUNTRY CLUB, INC.** ,       Case No. _____

Debtor(s)                                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *FURNITURE & FIXTURES* *Location: In debtor's possession* | | $ 23,309.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *CH FIRE SUPRESSION SYSTEM* *Location: In debtor's possession* | | $ 2,194.00 |
| | | *COMPUTER EQUIPMENT* *Location: In debtor's possession* | | $ 22,339.00 |
| | | *COMPUTER SOFTWARE* *Location: In debtor's possession* | | $ 4,704.00 |

In re __PALMAS COUNTRY CLUB, INC._____,     Case No. _____
              Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | MACHINERY AND EQUIPMENT<br>Location: In debtor's possession | | $ 299,038.00 |
| 30. Inventory. | | BEACH CLUB MERCHANDISE<br>Location: In debtor's possession | | $ 4,737.00 |
| | | BEVERAGE<br>Location: In debtor's possession | | $ 6,884.00 |
| | | GAS<br>Location: In debtor's possession | | $ 4,567.00 |
| | | GOLF MERCHANDISE<br>Location: In debtor's possession | | $ 11,909.00 |
| | | TENNIS MERCHANDISE<br>Location: In debtor's possession | | $ 1,829.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡     $ 1,973,011.00

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

In re _PALMAS COUNTRY CLUB, INC._____,     Case No. _____

                Debtor(s)                                                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _None_ | | | |

Page No. ___1___ of ___1___

In re _PALMAS COUNTRY CLUB, INC._ _____,  Case No._____
                                            **Debtor(s)**                                            **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 | $ 0.00 |
| *Creditor # : 1* *PAINE WEBBER TRUST COMPANY PR TRUSTEE TOURISM REVENUE BONDS 250 MUNOZ RIVERA AVE., PH HATO REY PR 00918* | | *Mortgage* *THE BONDHOLDERS ARE JOINT CREDITORS IN THE SAME RANK AS THE PR TOURISM DEVELOPMENT FUND* Value: *$ 22,000,000.00* | | | | | | |
| Account No: | | | | | | | $ 27,160,000.00 | $ 6,244,838.00 |
| *Creditor # : 2* *PR TOURISM DEVELOPMENT FUND P.O. BOX 42001 SAN JUAN PR 00940-2001* | | *PARCEL OF LAND LOCATED AT, ACCOUNT RECEIVABLE FROM AMERICAN EXPRESS, ESCROW* Value: *$ 23,959,417.00* | | | | | | |
| Account No: | | | | | | | $ 3,044,255.00 | $ 0.00 |
| *Creditor # : 3* *PR TOURISM DEVELOPMENT FUND P.O. BOX 42001 SAN JUAN PR 00940-2001* | | *AMOUNT OWED DUE TO REPLENISHMENT OF ESCROW ACCOUNTS, PAYMENTS MADE TO THE* Value: *$ 22,000,000.00* | | | | | | |

No continuation sheets attached

**Subtotal $** (Total of this page)  $ 30,204,255.00  $ 6,244,838.00

**Total $** (Use only on last page)  $ 30,204,255.00  $ 6,244,838.00

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

In re PALMAS COUNTRY CLUB, INC. ,   Case No._____

**Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** *CRIM P.O. BOX 195387 SAN JUAN PR 00919-5387* | | *Property & Real Estate Taxes* | | | | $ 98,000.00 | $ 98,000.00 | $ 0.00 |
| Account No: **Creditor # : 2** *DEPARTMENT OF TREASURY OF PR PO BOX 9022501 SAN JUAN PR 00902-2501* | | *NOTICE ONLY* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: **Creditor # : 3** *INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA PA 19114-0326* | | *NOTICE ONLY* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 98,000.00 | 98,000.00 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | 98,000.00 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 98,000.00 | 0.00 |

In re  _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| **Account No:** | | | | | | | | $ 389.26 |
| _Creditor # : 1_<br>_A.M. Leonard, Inc._<br>_P.O. Box 816_<br>_Piqua OH 45356-0816_ | | _Other_ | | | | | | |
| **Account No:** | X | | | | | | | $ 49,065.77 |
| _Creditor # : 2_<br>_ACRECENT FINANCIAL CORPORATION_<br>_P.O. Box 363372_<br>_San Juan PR 00936-3372_ | | _Lease Arrears_ | | | | | | |
| **Account No:** | | | | | | | | $ 705.00 |
| _Creditor # : 3_<br>_Acualab De P.R., Inc._<br>_P.O. Box 625_<br>_Humacao PR 00792_ | | _Maintenance Fees_ | | | | | | |
| **Account No:** | | | | | X | X | | $ 20,000.00 |
| _Creditor # : 4_<br>_ADAMINA SOTO MARTINEZ_<br>_613 PONCE DE LEON AVE_<br>_APT. 601_<br>_SAN JUAN PR 00907_ | | _Initiation Fee_ | | | | | | |

_250_ continuation sheets attached

| | Subtotal $ | $ 70,160.03 |
|---|---|---|
| | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____

          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 5 ADNAN ELASSAD 869 BOULEVARD EAST WEEHAWKEN NJ 07086 | | | *Initiation Fee* | X | X | | $ 21,299.50 |
| **Account No:** Creditor # : 6 ADOLFO L. GONZALEZ SANTINI PO BOX 13460 SAN JAUN PR 00908 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| **Account No:** Creditor # : 7 ADOLFO SANCHEZ ORTIZ C- PERLA DEL CARIBE # 205 MANSIONES DE MONTE VERDE CAYEY PR 00736 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 8 ADOLFO SANTIAGO RIVERA SANTIAGO & GONZALEZ LAW OFFICE 11 BETANCES ST YAUCO PR 00698 | | | *Initiation Fee* | X | X | | $ 9,357.64 |
| **Account No:** Creditor # : 9 ADP ,Inc. P.O. Box 9001006 Lousville KY 40290-1006 | | | *Other* | | | | $ 942.40 |
| **Account No:** Creditor # : 10 ADRIEL LONGO P.O. BOX 1707 RIO GRANDE PR 00745 | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. _1_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     **Subtotal $**     $ 75,599.54

                                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 11** *AEE/Aut.De Energia Elec.* *P.O. Box 518* *Humacao PR 00792-518* | | *Utility Bills* | | | | $ 164,570.14 |
| Account No: **Creditor # : 12** *AGES* *P.O. Box 1054* *Dorado PR 00646-1054* | | *Other* | | | | $ 160.00 |
| Account No: **Creditor # : 13** *Agro Servicios Inc.* *P.O. Box 360393* *San Juan PR 00936* | | *Maintenance Fees* | | | | $ 23,103.21 |
| Account No: **Creditor # : 14** *AGUSTIN CABRER BLANCO* *PALMAS DEL MAR* *27 HARBOUR VIEW DR.* *HUMACAO PR 00791* | | *Initiation Fee* | X | X | | $ 14,491.87 |
| Account No: **Creditor # : 15** *AGUSTIN CABRER ROIG* *J #4 STREET VILLA CAPARRA* *GUAYNABO PR 00966* | | *Initiation Fee* | X | X | | $ 8,400.00 |
| Account No: **Creditor # : 16** *AGUSTIN CAJIGAS JIMENEZ* *REINA MORA # 248* *MONTEHIEDRAS* *SAN JUAN PR 00926* | | *Initiation Fee* | X | X | | $ 6,473.04 |

Sheet No.  _2_  of  _250_ continuation sheets attached to Schedule of          **Subtotal $**          $ 217,198.26
Creditors Holding Unsecured Nonpriority Claims                                              **Total $**
                                      (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                      and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re PALMAS COUNTRY CLUB, INC. , Case No.
          Debtor(s)                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>AGUSTIN FORTUNO<br>P. O. BOX 13786<br>SANTURCE PR 00908 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 18<br>AGUSTIN RODRIGUEZ SURO<br>P.O. BOX 19206<br>SAN JUAN PR 00910-1206 | | | Initiation Fee | X | X | | $ 10,200.00 |
| Account No:<br>Creditor # : 19<br>AHMED BAJANDAS<br>P.O. BOX 8782<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 4,021.38 |
| Account No:<br>Creditor # : 20<br>AHMED BAJANDAS DALY<br>P.O. BOX 489<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 10,050.02 |
| Account No:<br>Creditor # : 21<br>AIDAMARI DISDIER JIMENEZ<br>URB. ESTANCIAS DEL VERDE JEREZ #20<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No:<br>Creditor # : 22<br>AILEEN ROIG FERRE<br>PO BOX 458<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 13,500.00 |

Sheet No. 3 of 250 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 57,539.66

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 23<br>ALAN LACHOWITZ<br>RR1 BOX 479-P<br>EDGARTOWN MA 02539 | | | Initiation Fee | X | X | | $ 10,849.50 |
| Account No:<br>Creditor # : 24<br>ALBA CRISTINA MERCHAN AGUILAR<br>VEREDA 66 # 702<br>VEREDAS DE GURABO<br>GURABO PR 00778 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No:<br>Creditor # : 25<br>ALBERIC COLON<br>C/O ABDEL GUIDIN<br>P.O. BOX 70320<br>SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No:<br>Creditor # : 26<br>ALBERTO BACO BAGUE<br>P.O. BOX 366257<br>SAN JUAN PR 00936-6257 | | | Initiation Fee | X | X | | $ 6,050.00 |
| Account No:<br>Creditor # : 27<br>ALBERTO ESCOTO<br>P. O. BOX 4817<br>CAROLINA PR 00984 | | | Initiation Fee | X | X | | $ 3,561.66 |
| Account No:<br>Creditor # : 28<br>ALBERTO RIVERA<br>PO BOX 361653<br>SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 18,466.85 |

Sheet No. __4__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 50,428.01

Total $

*(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)*

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
              **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 29 ALBERTO SAMPAYO ARCOS DE SUCHVILLE 81 CALLE 3 APT 511 GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 1,601.67 |
| **Account No:** Creditor # : 30 ALEJANDRO BACCANI DJ MANUFACTURING P. O. BOX 1509 CAGUAS PR 00726-1509 | | | Initiation Fee | X | X | | $ 7,200.00 |
| **Account No:** Creditor # : 31 ALEX EVENT CORP. HC-15 Box 16020 Humacao PR 00791 | | | Other | | | | $ 1,591.00 |
| **Account No:** Creditor # : 32 ALEXIS FIGUEROA URB.LOS SAUCES CALLE CAOBA 374 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,358.70 |
| **Account No:** Creditor # : 33 ALEXIS SANCHEZ ARNIELLA URB. LA SIERRA ALTA CALLE GAVIOTA # 2 SAN JUAN PR 00921 | | | Initiation Fee | X | X | | $ 7,704.01 |
| **Account No:** Creditor # : 34 ALFONSO LOZADA P.O. BOX 9023549 SAN JUAN PR 00902-3549 | | | Initiation Fee | X | X | | $ 5,431.36 |

Sheet No. _5_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 30,886.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re PALMAS COUNTRY CLUB, INC. _____ , Case No. _____

**Debtor(s)**                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 35 <br> ALFREDO AYALA MARRERO <br> P.O. BOX 51595 <br> TOA BAJA PR 00950-1595 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 36 <br> ALFREDO FUENTES <br> 515 EAST BAY DRIVE <br> LONG BEACH NY 11561 | | | Initiation Fee | X | X | | $ 8,160.13 |
| Account No: <br> Creditor # : 37 <br> ALFREDO IRIZARRY <br> P. O. BOX 19600 <br> FERNANDEZ JUNCOS STATION <br> SAN JUAN PR 00910 | | | Initiation Fee | X | X | | $ 16,697.06 |
| Account No: <br> Creditor # : 38 <br> ALFREDO MACHADO <br> 7 SHELL CASTLE RD. <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,450.00 |
| Account No: <br> Creditor # : 39 <br> ALFREDO SANTAELLA <br> P.O. BOX 9023111 <br> SAN JUAN PR 00902-3111 | | | Initiation Fee | X | X | | $ 6,250.00 |
| Account No: <br> Creditor # : 40 <br> ALICE WALLACE <br> 18 TAFT ST 2S <br> SANTURCE PR 00911 | | | Initiation Fee | X | X | | $ 1,500.00 |

Sheet No. 6 of 250 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 **Subtotal $**     $ 58,057.19

                                 **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC.  ,  Case No. _____
                    **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 41 All Sports International P.O. Box 190407 San Juan PR 00919-8407 | | | Merchandise | | | | $ 3,226.10 |
| Account No: Creditor # : 42 ALLAN REYES P. O. BOX 10322 CAPARRA HIGHT STATION SAN JUAN PR 00922-0322 | | | Initiation Fee | X | X | | $ 11,750.26 |
| Account No: Creditor # : 43 ALVARO REYMUNDE P.O. BOX 334069 PONCE PR 00733-4069 | | | Initiation Fee | X | X | | $ 6,602.28 |
| Account No: Creditor # : 44 ALVIN AGUIRRE 239 ARTERIAL HOSTOS 604 HATO REY PR 00918 | | | Initiation Fee | X | X | | $ 6,650.00 |
| Account No: Creditor # : 45 ALVIN FROMME 10 HOLIDAY COURT VALLEY STREAM NY 11581 | | | Initiation Fee | X | X | | $ 4,742.55 |
| Account No: Creditor # : 46 ALWIN IRIZARRY GUASCH AVE. DE DIEGO 201 PLAZA SAN FRANCISCO SUITE 153 SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 11,035.85 |

Sheet No. _7_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 44,007.04

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
          **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | X | X | | $ 7,204.14 |
| Creditor # : 47 AMBROSE RAMSAHAI URB. LOS SAUCES ST. POMAROSA # 215 HUMACAO PR 00791 | | | Initiation Fee | | | | |
| Account No: | | | | | | | $ 304.82 |
| Creditor # : 48 American Range Company 4 Van Auker Street Rochester NY 14608 | | | Other | | | | |
| Account No: | | | | X | X | | $ 9,600.00 |
| Creditor # : 49 AMERICO OMS URB. VISTAPOINT, EL MONTE 3420 PASEO VERSATIL PONCE PR 00716-4822 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 137,032.47 |
| Creditor # : 50 AMGEN MFG. INC. P.O. BOX 4060 JUNCOS PR 00777-4060 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 17,623.02 |
| Creditor # : 51 AMY SCULLION 1 TAPOWORM RD WARMINSTER PA 18974 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 7,900.00 |
| Creditor # : 52 ANA STAHEL PMB 247 295 PALMAS INN WAY SUITE 130 HUMACAO PR 00792 | | | Initiation Fee | | | | |

Sheet No. _8_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 179,664.45

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 53** ANA TERESA SANTOS TER # 220 R.P. HEIGHTS SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 9,450.84 |
| Account No: **Creditor # : 54** ANASTACIO RODRIGUEZ P. O. BOX 258 HUMACAO PR 00792 | | | *Initiation Fee* | X | X | | $ 6,796.05 |
| Account No: **Creditor # : 55** ANDERSON COLON RIVERA HC-12 BOX 7063 HUMACAO PR 00791-9210 | | | *Initiation Fee* | X | X | | $ 10,996.38 |
| Account No: **Creditor # : 56** ANDRES MORALES HERNANDEZ P.O. BOX 8406 BAYAMON PR 00960 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 57** ANDRES RAMOS CONDE ESTANCIAS DEL LAGO #155 CAGUAS PR 00725 | | | *Initiation Fee* | X | X | | $ 8,794.71 |
| Account No: **Creditor # : 58** ANDRES SABATIER BARQUIN P.O. BOX 6827 BAYAMON PR 00960-5827 | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. _9_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                        $ 60,037.98

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 59 ANDREW HIGGINS 499 GOLF COURSE ROAD S.BURLINGTON VT 05403 | | | Initiation Fee | X | X | | $ 5,350.00 |
| Account No: Creditor # : 60 ANDREW LOPEZ 29 EAST WHARF RD MADISON CT 06443 | | | Initiation Fee | X | X | | $ 13,692.00 |
| Account No: Creditor # : 61 ANGEL A. DEL MORAL BAEZ PMB # 149 405 AVE ESMERALDA STE 102 GUAYNABO PR 00969-4466 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 62 ANGEL A. RODRIGUEZ GONZALEZ URB LAS FLORES DE MONTEHIEDRAS 300 BLVD DE LA MONTANA BOX.646 SAN JUAN PR 00926-7029 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 63 ANGEL ALONSO P.O. BOX 8987 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,793.94 |
| Account No: Creditor # : 64 ANGEL CINTRON CARRASQUILLO AVE. CRUZ ORTIZ STELLA #128 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. __10__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**        $ 54,835.94
                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> ANGEL DEL MORAL ARROYO <br> HC-02, BOX 13464 <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 16,314.33 |
| Account No: <br> Creditor # : 66 <br> ANGEL DEL MORAL ARROYO <br> HC-02 BOX 13464 <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: <br> Creditor # : 67 <br> ANGEL GINORIO <br> CALLE GALERNA # 70 <br> HARBOUR LIGHTS, PALMAS DEL MAR <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 6,408.98 |
| Account No: <br> Creditor # : 68 <br> ANGEL GONZALEZ COLON <br> 352 SAN CLAUDIO AVE. <br> SUITE #346 <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 18,771.32 |
| Account No: <br> Creditor # : 69 <br> ANGEL HERRERA <br> 6613 RIVERHILL DRIVE <br> PLANO TX 75024 | | | Initiation Fee | X | X | | $ 8,564.26 |
| Account No: <br> Creditor # : 70 <br> ANGEL J. LOPEZ <br> 439 MEDINA STREET <br> STATE ISLAND NY 10306 | | | Initiation Fee | X | X | | $ 14,860.90 |

Sheet No. __11__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  **Subtotal $**      $ 73,319.79

                                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                          **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 71 ANGEL L. FERNANDEZ PALMAS PLANTATION 162 WOOD LANE HUMACAO PR 00791 | | | *Initiation Fee* | X | X | | $ 5,400.00 |
| **Account No:** Creditor # : 72 ANGEL L. PINEIRO 24 AVE. AT PORT IMPERIAL APT 316 WEST NEW YORK NJ 07093 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 73  ANGEL L. SUAREZ P.O. BOX 441 FAJARDO PR 00738 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| **Account No:** Creditor # : 74 ANGEL MANUEL RODRIGUEZ ALONSO 295 PALMAS INN WAY STE 130 PMB 369 HUMACAO PR 00791 | | | *Initiation Fee* | X | X | | $ 1,431.82 |
| **Account No:** Creditor # : 75 ANGEL MEDERO VIDAL P.O. BOX 5593 CAGUAS PR 00726 | | | *Initiation Fee* | X | X | | $ 2,085.36 |
| **Account No:** Creditor # : 76 Angel Pasapera P.O. Box 551 Yabucoa PR 00767 | | | *Other* | | | | $ 392.90 |

Sheet No. _12_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 41,310.08
**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____
                        **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 77<br>ANGEL PORTUONDO<br>P. O. BOX 51486<br>LEVITTOWN<br>TOA BAJA PR 00950-1486 | | | Initiation Fee | X | X | | $ 9,162.72 |
| Account No:<br>Creditor # : 78<br>ANGEL SANTANA<br>P.O. BOX 8582<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 17,600.00 |
| Account No:<br>Creditor # : 79<br>ANIBAL DIAZ<br>RR #9 BOX 1766<br>SAN JUAN PR 00926-9736 | | | Initiation Fee | X | X | | $ 7,685.48 |
| Account No:<br>Creditor # : 80<br>ANN BLACKWELL<br>P.O. BOX 920<br>CULEBRA PR 00775 | | | Initiation Fee | X | X | | $ 3,000.00 |
| Account No:<br>Creditor # : 81<br> ANTHONY D. DUKE, JR<br>6195 NORTHRN BLVD.<br>EAST NORWICH NY 11732 | | | Initiation Fee | X | X | | $ 19,768.26 |
| Account No:<br>Creditor # : 82<br>ANTHONY DE SANTIS<br>38 WAKEFIELD LANE<br>PISCATAWAY NJ 08854 | | | Initiation Fee | X | X | | $ 10,349.50 |

Sheet No. __13__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 67,565.96

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 83<br>ANTHONY GUINIPERO<br>PALMAS DEL MAR<br>150 CANDELERO DR. 884<br>HUMACAO PR 00791-6109 | | | *Initiation Fee* | X | X | | $ 9,050.00 |
| **Account No:**<br>Creditor # : 84<br>ANTHONY R. KITCHENS<br>3008 MESSINA DRIVE<br>OLYMPIA FIELDS IL 60461 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:**<br>Creditor # : 85<br>ANTILLES POWER DEPOT<br>PO BOX 810190<br>CAROLINA PR 00981-0190 | | | *Maintenance Fees* | | | | $ 170.80 |
| **Account No:**<br>Creditor # : 86<br>ANTONIO ACEVEDO<br>75 OCEAN DR. APT 435<br>HUMACAO PR 00791-6326 | | | *Initiation Fee* | X | X | | $ 19,536.52 |
| **Account No:**<br>Creditor # : 87<br>ANTONIO AMADEO MURGA<br>COND. SAN ALBERTO STE.321<br>AVE. CONDADO 605<br>SANTURCE PR 00907 | | | *Initiation Fee* | X | X | | $ 10,000.00 |
| **Account No:**<br>Creditor # : 88<br>ANTONIO C. FERNANDEZ PEREZ<br>URB GARDEN HILLS<br>B-2 CALLE A. DIAZ<br>TRUJILLO ALTO PR 00976 | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. __14__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 62,757.32

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____
            **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>ANTONIO CORDOVA<br>COND. SAN LUIS<br>54 CALLE PALMERA APT 302<br>SAN JUAN PR 00901 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No:<br>Creditor # : 90<br>ANTONIO ESCUDERO<br>P.O. BOX 13951<br>SAN JUAN PR 00908-3951 | | | Initiation Fee | X | X | | $ 6,862.72 |
| Account No:<br>Creditor # : 91<br>ANTONIO FARIA<br>CALLE3, B-34<br>URBANIZACION PASEO MAYOR<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 5,922.42 |
| Account No:<br>Creditor # : 92<br>ANTONIO GINORIO<br>CONDOMINIO MILENIUM APT. 606<br>550 AVE. PONCE DE LEON<br>SAN JUAN PR 00901-2314 | | | Initiation Fee | X | X | | $ 5,800.00 |
| Account No:<br>Creditor # : 93<br>ANTONIO L. FIGUEROA RIVERA<br>URB. SAN FRANCISCO<br>LILAS # 1682<br>SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 9,699.50 |
| Account No:<br>Creditor # : 94<br>ANTONIO MIODONKA<br>421 MULLIGAN DR.<br>OXFORD CT 06478 | | | Initiation Fee | X | X | | $ 17,000.00 |

Sheet No. _15_ of _250_ continuation sheets attached to Schedule of        **Subtotal $**        $ 62,284.64
Creditors Holding Unsecured Nonpriority Claims                                               **Total $**
          (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
          and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re PALMAS COUNTRY CLUB, INC. _____,   Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 95 ANTONIO PITA MATIENZO BOX 966 FAJARDO PR 00738 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 96 ANTONIO R. ARMSTRONG PETROVICH P.M.B. 223 STE. 130 295 PALMAS INN WAY HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 97 Antonio R. Serrati Cond. El Falansterio K-12 San Juan PR 00901 | | | Other | | | | $ 700.00 |
| Account No: Creditor # : 98 ANTONIO ROIG P. O. BOX 8898 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,033.26 |
| Account No: Creditor # : 99 ANTONIO S. BURES BORI # 1580 MARGINAL CARRETERA # 1 RIO PIEDRAS PR 00927 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: Creditor # : 100 ANTULIO OCASIO TANON P.O. BOX 1739 TRUJILLO ALTO PR 00977 | | | Initiation Fee | X | X | | $ 8,768.26 |

Sheet No. 16 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                              $ 42,669.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re  PALMAS COUNTRY CLUB, INC.                                              ,      Case No._____
                          **Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 101<br>ARIADNA ALVAREZ<br>PO BOX 364225<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 102<br>ARIEL DIAZ COLON<br>P.O. BOX 1115<br>TRUJILLO ALTO PR 00977-1115 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 103<br>ARIEL FREIJE BETANCES<br>CALL BOX 1904<br>TOA BAJA PR 00950-1904 | | | Initiation Fee | X | X | | $ 10,192.71 |
| Account No:<br>Creditor # : 104<br>ARLEN NORDHAGEN<br>7908 KELTY TRL<br>FRANKTOWN CO 80116 | | | Initiation Fee | X | X | | $ 19,304.78 |
| Account No:<br>Creditor # : 105<br>ARMANDO CABRERA BAEZ<br>307 PALMAS DE MALLORCA<br>MANSIONES CIUDAD JARDIN<br>CAGUAS PR 00727 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 106<br>ARMANDO COLLAZO<br>PASEO DEL PRINCIPE #104<br>PONCE PR 00716 | | | Initiation Fee | X | X | | $ 18,578.83 |

Sheet No. 17 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 80,476.32

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                              **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 107** ARMANDO JIMENEZ SEDA MANSIONES DE ALEJANDRINO #13 GUAYNABO PR 00969 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 108** ARMANDO MUNS C/8 C-29 PASEO MAYOR SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 5,621.98 |
| Account No: **Creditor # : 109** ARMANDO SUAREZ 303 VILLAS NEVARES PROFESSIONAL CENTER SAN JUAN PR 00927 | | | *Initiation Fee* | X | X | | $ 1,355.72 |
| Account No: **Creditor # : 110** ARNALDO COLON VICTORIA #108 PONCE PR 00731 | | | *Initiation Fee* | X | X | | $ 8,100.00 |
| Account No: **Creditor # : 111** ARNALDO LA LUZ CALLE CUEVILLA 550 APARTAMENTO 1-B SAN JUAN PR 00907 | | | *Initiation Fee* | X | X | | $ 782.64 |
| Account No: **Creditor # : 112** ARNALDO SOTO, JR. ST. SUN VALLEY C-10 URB GARDENS HILL GUAYNABO PR 00966 | | | *Initiation Fee* | X | X | | $ 6,350.00 |

Sheet No. __18__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 42,210.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
             **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 113 ARTHUR DELLHEIM 4530 ANNAPOLIS RD. BALTIMORE MD 21227 | | | Initiation Fee | X | X | | $ 7,468.26 |
| Account No: Creditor # : 114 ARTURO PEREZ CORREA P.O. BOX 8880 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 115 ARTURO TORRES APONTE P.O. BOX 10119 PONCE PR 00732-0119 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 116 ASTRID LAUREANO COLON BZN 177 C/ MENTA 97 CUIDAD JARDIN GURABO GURABO PR 00778 | | | Initiation Fee | X | X | | $ 9,728.78 |
| Account No: Creditor # : 117 AUDELIZ JIMENEZ ALTURAS DEL ESTE # 7 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,249.99 |
| Account No: Creditor # : 118 AUDREY ZAMOT P.O BOX 10428 SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 10,115.86 |

Sheet No. __19__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 62,562.89

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,                    Case No. _____
                  **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 119<br>AUREA E. MENDEZ RODRIGUEZ<br>90 CANDELERO DR.<br>APTDO. 2<br>HUMACAO PR 00791 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 120<br>AURELIO BENES MARTINEZ<br>BOX 7379<br>CAGUAS PR 00726 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 121<br>AURELIO RUIZ LUCIANO<br>PO BOX 899<br>BAYAMON PR 00960 | | | *Initiation Fee* | X | X | | $ 13,299.50 |
| Account No:<br>Creditor # : 122<br>AURELIO TORRES<br>P.O. BOX 9022070<br>SAN JUAN PR 00902-2070 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 123<br>AUSBERTO MORENO<br>HC-01 BOX 3321<br>MAUNABO PR 00707 | | | *Initiation Fee* | X | X | | $ 6,808.65 |
| Account No:<br>Creditor # : 124<br>B. Fernandez & Hnos, Inc<br>G.P.O. Box 363629<br>San Juan PR 00936-3629 | | | *Beverage Distributor* | | | | $ 1,007.88 |

Sheet No. __20__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 57,116.03

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re PALMAS COUNTRY CLUB, INC.                                                    ,        Case No. _____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 5,442.65 |
| Creditor # : 125 BALLESTER HERMANOS, INC. P.O. Box 364548 San Juan PR 00936-4548 | | | Food Supplier | | | | |
| Account No: | | | | | | | $ 4,565.12 |
| Creditor # : 126 Banquet's Choice P.O. Box 79201 Carolina PR 00984 | | | Other | | | | |
| Account No: | | | | X | X | | $ 6,500.00 |
| Creditor # : 127 BARBARA DORWART 902 PLEASANTVILLE RD LANCASTER OH 43130-3336 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 9,009.50 |
| Creditor # : 128 BARBARA TUFANO 246 BEARSWOOD ROAD PARK RIDGE NJ 07656 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 21,299.50 |
| Creditor # : 129 BARRY A. LAWRENCE 18 HEMLOCK DR. NEW HARTFORD CT 06057 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 21,299.50 |
| Creditor # : 130 BARRY LITMAN 410 LENOX AVE. SOUTH ORANGE NJ 07079 | | | Initiation Fee | | | | |

Sheet No. 21 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $               $ 68,116.27

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u>                                          ,          Case No. _____
                    **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 131 <br> BEATRIZ ARCHILLA MUYOZ <br> P.O. BOX 9230 <br> HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 11,503.60 |
| Account No: <br> Creditor # : 132 <br> BENIGNO R. FERNANDEZ ROSARIO <br> P.O. BOX 363561 <br> SAN JUAN PR 00936-3561 | | | Initiation Fee | X | X | | $ 19,130.58 |
| Account No: <br> Creditor # : 133 <br> BENITO MORALES <br> G-7 LAS PALOMAS STREET <br> PASEO SAN JUAN <br> RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 22,345.28 |
| Account No: <br> Creditor # : 134 <br> BENJAMIN ACOSTA JR. <br> P.O. BOX 9023518 <br> SAN JUAN PR 00902-3518 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 135 <br> BENJAMIN BERRIOS QUIYONES <br> P.O. BOX 10127 <br> HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 136 <br> BENJAMIN NEGRON <br> P.O. BOX 9418 <br> CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. <u>22</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 96,979.46

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____

            **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 137 BENJAMIN QUINTANA P. O. BOX 190495 SAN JUAN PR 00919-0495 | | | Initiation Fee | X | X | | $ 5,500.00 |
| Account No: Creditor # : 138 BENJAMIN RODRIGUEZ P.B.M. #62 BOX 70344 SAN JUAN PR 00936-8344 | | | Initiation Fee | X | X | | $ 6,344.28 |
| Account No: Creditor # : 139 BEPSY O. AGUAVIVAS CASTILLO 8712 CURRITUCK SOUND LN ORLANDO FL 32829 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 140 BERNARD NUSSBAUM WACHTELL, LIPTON, ROREN & KATZ 51 WEST 52nd ST. NEW YORK NY 10019 | | | Initiation Fee | X | X | | $ 1,425.07 |
| Account No: Creditor # : 141 BERNARDO GONZALEZ GONZALEZ P.O. BOX 1729 VEGA BAJA PR 00694-1729 | | | Initiation Fee | X | X | | $ 11,114.28 |
| Account No: Creditor # : 142 BERNIE MORALES PALMAS REALES PALMAS DEL MAR CALLE #56 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 3,706.98 |

Sheet No. _23_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         **Subtotal $**       $ 40,090.61

                         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                            **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 143 BHARATAN R. PATEL PO BOX 460 YABUCOA PR 00767 | | | Initiation Fee | X | X | | $ 17,250.00 |
| Account No: Creditor # : 144 BIENVENIDO RODRIGUEZ GOMEZ P.O. BOX 775 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,950.00 |
| Account No: Creditor # : 145 BLAIR FENSTERSTOCK 10 WEST STREET APT. 31-E NEW YORK NY 10004 | | | Initiation Fee | X | X | | $ 18,586.84 |
| Account No: Creditor # : 146 BLENDS MAKER MFG, INC. PMB 274 PO BOX 4985 CAGUAS PR | | | Supplies | | | | $ 5,358.80 |
| Account No: Creditor # : 147 BOB HOHMAN 103 LA PAIX BALTIMORE MD 21204 | | | Initiation Fee | X | X | | $ 12,500.00 |
| Account No: Creditor # : 148 Bossports P.O Box 603 Dorado PR 00646 | | | Merchandise | | | | $ 865.70 |

Sheet No.  _24_ of  _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 56,511.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u>                                        ,     Case No. _____

**Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 149 BRAD COHEN 2295 SHERIDAN RD HIGHLAND PARK IL 60035-2014 | | | Initiation Fee | X | X | | $ 9,180.00 |
| Account No: Creditor # : 150 BRAD HOLLOWAY 2582A OLD ROSWELL ROAD SMYRNA GA 30080 | | | Initiation Fee | X | X | | $ 1,200.00 |
| Account No: Creditor # : 151 BRISTOL MEYER BMS MANUFACTURING CO. (0064) PO BOX 840769 HOUSTON TX 77284 | | | Initiation Fee | X | X | | $ 37,073.90 |
| Account No: Creditor # : 152 BRUCE BROWN 120 LONGFELLOW RD. GREAT NECK NY 11023 | | | Initiation Fee | X | X | | $ 7,249.50 |
| Account No: Creditor # : 153 BRUNO HERRERIAS PO BOX 2154 BAYAMON PR 00960 | | | Initiation Fee | X | X | | $ 7,567.99 |
| Account No: Creditor # : 154 Buckhead Beef 355 Progress Road Auburndale FL 33823 | | | Food Supplier | | | | $ 12,130.57 |

Sheet No. __25__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 74,401.96

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 155 Business Sound & Music PMB 134 HC- 01 Box 29030 Caguas PR 00725-8900 | | | Other | | | | $ 504.80 |
| Account No: Creditor # : 156 Cadillac Uniform & Linen P.O. Box 1893 Bayamon PR 00960-1893 | | | Other | | | | $ 30,172.98 |
| Account No: Creditor # : 157 CALEB NEIRA RIVERA P.O. BOX 14037 SAN JUAN PR 00916-4037 | | | Initiation Fee | X | X | | $ 8,360.24 |
| Account No: Creditor # : 158 Callaway Golf Company P.O. Box 9002 Carlsbad CA 92018-9002 | | | Initiation Fee | | | | $ 380.00 |
| Account No: Creditor # : 159 CAMERA-MUNDI INC. BOX 6840 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 15,982.83 |
| Account No: Creditor # : 160 Campo Rico Electronics Centro de Comunicaciones P.O. Box 29424 San Juan PR 00929-0424 | | | Other | | | | $ 668.75 |

Sheet No. _26_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 56,069.60

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 161 CANDIDO DIAZ PO BOX 6825 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 5,244.80 |
| Account No: Creditor # : 162 CANDIDO GONZALEZ MARTINEZ P.O. BOX 8109 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 9,578.10 |
| Account No: Creditor # : 163 Caribbean Assoc. Tennis Offici Urb. Bosque Llano 210 Calle Acacia San Lorenzo PR 00754-9815 | | | Professional Services | | | | $ 1,045.00 |
| Account No: Creditor # : 164 Caribe Air Conditioning Services P.O. Box 1131 Maunabo PR 00707 | | | A/C Maintenance Services | | | | $ 2,744.82 |
| Account No: Creditor # : 165 CARIBE FINE FOOD P.O. Box 10585 San Juan PR 00922 | | | Food Supplier | | | | $ 813.33 |
| Account No: Creditor # : 166 CARL H. DOERGE 867 RENSENS LANE OYSTER BAY NY 11771 | | | Initiation Fee | X | X | | $ 5,625.62 |

Sheet No. __27__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,051.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,       Case No._____
                          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 167<br>CARLOS A. CONTRERAS<br>P.O. BOX 13487<br>SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 168<br>CARLOS A. GONZALEZ BARRETO<br>LA CORUYA<br>2023 CARR.177 APT 1604<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 169<br>CARLOS A. OCASIO GARCIA<br>PMB 386<br>PO BOX 2400<br>TOA BAJA PR 00951 | | | Initiation Fee | X | X | | $ 13,299.50 |
| Account No:<br>Creditor # : 170<br>CARLOS APONTE NIEVES<br>PALMAS DEL MAR<br>HARBOUR LIGHTS # 34<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,338.45 |
| Account No:<br>Creditor # : 171<br>CARLOS ARIZA<br>1353 CARR. 19, PMB # 318<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 11,250.01 |
| Account No:<br>Creditor # : 172<br>CARLOS BURGOS ROCA<br>P.O. BOX 1799<br>GUAYAMA PR 00785 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. __28__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 65,887.96

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC. _____ ,     Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 173<br>CARLOS CASTELLON<br>CALLE FLAMBOYAN # 1<br>GARDEN HILLS<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 1,207.54 |
| Account No:<br>Creditor # : 174<br>CARLOS COLLAZO<br>PASEO LAS BRISAS<br>73 IBIZA ST.<br>SAN JUAN PR 00926-5949 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No:<br>Creditor # : 175<br>CARLOS CUEBAS CASTRO<br>P.O. BOX 11279<br>SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No:<br>Creditor # : 176<br> CARLOS CUEVAS<br>PMB 354<br>295 PALMAS INN WAY SUITE 130<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 20,100.00 |
| Account No:<br>Creditor # : 177<br>CARLOS DEL VALLE<br>P.O. BOX 365673<br>HYDEPARK MA 02136 | | | Initiation Fee | X | X | | $ 12,139.10 |
| Account No:<br>Creditor # : 178<br>CARLOS DELGADO<br>P.O. BOX 1909<br>GUAYNABO PR 00970-0166 | | | Initiation Fee | X | X | | $ 7,974.71 |

Sheet No. __29__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 60,389.61

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 179<br>CARLOS DELPIN<br>HC 2 BOX 13498<br>HUMACAO PR 00791-9687 | | | Initiation Fee | X | X | | $ 7,929.03 |
| Account No:<br>Creditor # : 180<br>CARLOS E. ARIAS<br>COND. PLAZA ATHENEE, APT. 501<br>101 AVE. ORTEGON<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 8,498.57 |
| Account No:<br>Creditor # : 181<br>CARLOS E. DIAZ<br>P.O. BOX 1887<br>JUNCOS PR 00777 | | | Initiation Fee | X | X | | $ 2,812.50 |
| Account No:<br>Creditor # : 182<br> CARLOS E. GARCIA ANGLADA<br>1555 FRANCIA ST<br>SANTURCE PR 00911 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 183<br> CARLOS E. GAZTAMBIDE JANER<br>B-13 BELDWIN PARK<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 184<br>CARLOS ESCOTO<br>CALLE I, C-3<br>TORRE MOLINOS<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 4,381.82 |

Sheet No. __30__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 63,621.92

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> , Case No. _____

**Debtor(s)**               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 185 <br> CARLOS F. GARCIA GUBERN <br> P.O. BOX 195504 <br> SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 186 <br> CARLOS F. OLIVER <br> BOX 13304 <br> SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 8,100.00 |
| Account No: <br> Creditor # : 187 <br> CARLOS FERNANDEZ <br> P. O. BOX 6057 <br> CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 670.88 |
| Account No: <br> Creditor # : 188 <br> CARLOS GOMEZ APONTE <br> P.O. BOX 851 <br> PMB 279 <br> HUMACAO PR 00792-0851 | | | Initiation Fee | X | X | | $ 8,917.58 |
| Account No: <br> Creditor # : 189 <br> CARLOS GONZALEZ <br> P.O. BOX 9364 <br> SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 6,969.93 |
| Account No: <br> Creditor # : 190 <br> CARLOS J. MIRANDA CORDOVES <br> P.O.BOX 2669 <br> BAYAMON PR 00960 | | | Initiation Fee | X | X | | $ 11,735.51 |

Sheet No. __31__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 48,393.90

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____

**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 191** CARLOS L. COLON RAFFUCCI URB. EL MONTE 3027 CALLE CERRO PUNTA PONCE PR 00716-4804 | | | *Initiation Fee* | X | X | | $ 8,400.00 |
| Account No: **Creditor # : 192** CARLOS L. GARCIA MUYIZ URB. SANTA MARIA #123 TRINITARIA STREET SAN JUAN PR 00927 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 193** CARLOS M. CRUZ CESTERO URB. EL PARAISO CALLE RHIN #1522 SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 8,400.00 |
| Account No: **Creditor # : 194** CARLOS M. PINEIRO CRESPO MONTEHIEDRAS 161 CALLE PITIRRE SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 500.00 |
| Account No: **Creditor # : 195** CARLOS M. RODRIGUEZ COLON P.O. BOX 29518 SAN JUAN PR 00929 | | | *Initiation Fee* | X | X | | $ 7,650.00 |
| Account No: **Creditor # : 196** CARLOS MACHIN P. O. BOX 5700 CAGUAS PR 00726 | | | *Initiation Fee* | X | X | | $ 5,414.00 |

Sheet No. __32__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 42,364.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

           **Debtor(s)**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 197<br>CARLOS MALAVE<br>P.O. BOX 361164<br>CUPEY STATION<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 507.59 |
| Account No:<br>Creditor # : 198<br>CARLOS MALDONADO<br>76 TWILIGHT ST. SUNRISE<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 9,710.19 |
| Account No:<br>Creditor # : 199<br>CARLOS MARTINEZ<br>PMB 255 STE. 67<br>35 JUAN C. BORBON ST<br>GUAYNABO PR 00969-5375 | | | Initiation Fee | X | X | | $ 4,796.68 |
| Account No:<br>Creditor # : 200<br>CARLOS MATOS<br>AVE. PONCE DE LEON 1100<br>SUITE 203<br>RIO PIEDRAS PR 00925 | | | Initiation Fee | X | X | | $ 4,000.00 |
| Account No:<br>Creditor # : 201<br>CARLOS MERCADO<br>COND. PARQUE DE LAS FUENTES<br>APT. 1808 690 ST.CESAR GONZ.<br>SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 6,300.00 |
| Account No:<br>Creditor # : 202<br>CARLOS MORELL<br>191 JILGUERO ST.<br>URB. MONTEHIEDRAS<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 15,000.00 |

Sheet No. _33_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**          **$ 40,314.46**

                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____

**Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 203<br>CARLOS OLIVA<br>12509 VILLAGE SPRING ROAD<br>RALEIGH NC 27614-6815 | | | *Initiation Fee* | X | X | | $ 5,176.98 |
| Account No:<br>Creditor # : 204<br>CARLOS PADILLA<br>2117 ONFALA<br>URB. ALTO POLO<br>GUAYNABO PR 00969-4931 | | | *Initiation Fee* | X | X | | $ 7,351.70 |
| Account No:<br>Creditor # : 205<br>CARLOS R. ALCALA MUNOZ<br>CAPITAL CENTER BLD SUITE 606<br>239 ARTERIAL HOSTOS AVE.<br>HATO REY PR 00918 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 206<br>CARLOS R. CASTRO VELEZ<br>ALTAVILLA AA-4<br>VIA PANORAMICA<br>TRUJILLO ALTO PR 00976 | | | *Initiation Fee* | X | X | | $ 7,422.69 |
| Account No:<br>Creditor # : 207<br> CARLOS R. COLON<br>P.O. BOX 11967<br>SAN JUAN PR 00922-1967 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 208<br>CARLOS R. COLON RAFFUCCI<br>P.O. BOX 801224<br>COTO LAUREL PR 00780-1224 | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. __34__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 63,951.37

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 209 CARLOS R. GONZALEZ P.O. BOX 929 FAJARDO PR 00738 | | | Initiation Fee | X | X | | $ 6,021.56 |
| Account No: Creditor # : 210 CARLOS R. RODRIGUEZ CORTES JAN PRO CLEANNING SYSTEM SUITE 200, 289 J.T. PIYERO AVE SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 211 CARLOS RAMIREZ CALLE TIVOLI B-2 PASEO LA FUENTE SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 212 CARLOS SANTIAGO P.O. BOX 5128 CAGUAS PR 00726-5128 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 213 CARLOS SCARANO BOX 7166 PONCE PR 00732 | | | Initiation Fee | X | X | | $ 6,300.00 |
| Account No: Creditor # : 214 CARLOS SOLARES ROMAN MANSIONES # 8 1223 LUCHETTI ST. SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 362.00 |

Sheet No. __35__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Subtotal $**　　　　$ 52,683.56
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total $**
　　　　　　　　　(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
　　　　　　　　　and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 215<br>CARLOS TORRES AGUIAR<br>1924 JOSE SABOGAL<br>BORRINQUEN GARDEN<br>RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 5,500.00 |
| Account No:<br>Creditor # : 216<br>CARMEN CESTERO<br>P. O. BOX 366061<br>SAN JUAN PR 00936-6061 | | | Initiation Fee | X | X | | $ 9,600.00 |
| Account No:<br>Creditor # : 217<br>CARMEN JIMENEZ<br># 86 PALMAS DEL MAR<br>HARBOUR LIGHTS<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,393.94 |
| Account No:<br>Creditor # : 218<br>CARMEN L. BENITEZ<br>13521 RIVER FOREST PLACE<br>ST. LOUIS MO 63128 | | | Initiation Fee | X | X | | $ 1,431.87 |
| Account No:<br>Creditor # : 219<br>CARMEN P. RODRIGUEZ RIOS<br>BOX 1758<br>JUNCOS PR 00777 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 220<br>CARMEN ROSARIO<br>SUITE 117<br>BOX 851<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 18,645.12 |

Sheet No. _36_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 48,570.93

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____

           **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 221 <br> CARMEN SUAREZ <br> H-30 VILLA CAPARRA <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 5,700.00 |
| Account No: <br> Creditor # : 222 <br> CARMEN T TORRE COURET <br> PMB 103 <br> 295 PALMAS INN WAY STE 130 <br> HUMACAO PR 00791-6144 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 223 <br> CAROLINA ACEVEDO <br> SALAMANCA BLQ. 8-31 <br> TORRIMAR <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 5,450.00 |
| Account No: <br> Creditor # : 224 <br> CECILIO MENDIOLA <br> 279-PERUSA ST. <br> COLLEGE PARK <br> RIO PIEDRAS PR 00921 | | | Initiation Fee | X | X | | $ 7,394.08 |
| Account No: <br> Creditor # : 225 <br> CEFERINO GONZALEZ <br> P. O. BOX 363147 <br> SAN JUAN PR 00936-3147 | | | Initiation Fee | X | X | | $ 2,150.00 |
| Account No: <br> Creditor # : 226 <br> CENTENNIAL DE PR <br> PO BOX 71514 <br> SAN JUAN PR 00936-8614 | | | Initiation Fee | X | X | | $ 42,603.94 |

Sheet No. _37_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**       $ 75,298.02

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 227 Center Court Sports P.O. Box 10400 San Juan PR 00922-0400 | | | Merchandise | | | | $ 10,046.46 |
| Account No: Creditor # : 228 Centro Fiestas Ave. Munoz Marin # 124 Detras Cuartel Policia Humacao PR 00791 | | | Other | | | | $ 60.99 |
| Account No: Creditor # : 229 CESAR A. ROCA GRACIA 2 CALLE NAIRN APT # 5 CONDO OCEANICA SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: Creditor # : 230 CESAR CORDERO EXT. SANTA MARIA MALVA 65 SAN JUAN PR 00927-6606 | | | Initiation Fee | X | X | | $ 1,793.94 |
| Account No: Creditor # : 231 CHARLES A. JOLLEY 4747 RESEARCH FOREST DR. #180-118 THE WOODLANS TX 77381 | | | Initiation Fee | X | X | | $ 10,435.49 |
| Account No: Creditor # : 232 CHARLES DEL PRIORE 105 SEACORD ROAD NEW ROCHELLE NY 10804 | | | Initiation Fee | X | X | | $ 81.36 |

Sheet No. __38_ of __250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 34,186.50

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
           **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 233 CHARLES McGINN 38246 LAKESIDE PLACE ANTIOCH IL 60002 | | | Initiation Fee | X | X | | $ 21,299.50 |
| Account No: Creditor # : 234 CHARLES SCHULTZ 32500 RCR 38 STEAM BOATSPRING CO 80487 | | | Initiation Fee | X | X | | $ 1,875.07 |
| Account No: Creditor # : 235 CHARLES VILARO CHALETS DE LA REINA # 3 CALLE 6 A,EXT. VICTOR BRAEGGER GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 6,750.00 |
| Account No: Creditor # : 236 CHESTER OTTINGER 1508 WHISPERING WOODS DR. WILLIAMSTOWN NJ 08094 | | | Initiation Fee | X | X | | $ 4,292.76 |
| Account No: Creditor # : 237 CHRIS LAY 4935 CENTRAL AVE. OCEAN CITY NJ 08226 | | | Initiation Fee | X | X | | $ 7,892.00 |
| Account No: Creditor # : 238 CHRISTIAN BOUCAUD P.O. BOX 364565 SAN JUAN PR 00936-4565 | | | Initiation Fee | | | | $ 2,809.50 |

Sheet No. _39_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     | $ 44,918.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 239 CHRISTOPHER M. ROCAFORT PO BOX 2197 GUAYNABO PR 00970 | | | Initiation Fee | X | X | | $ 6,580.76 |
| **Account No:** Creditor # : 240 CHURCHILL CAREY JR P.O. BOX 191776 SAN JUAN PR 00919-1776 | | | Initiation Fee | X | X | | $ 8,744.06 |
| **Account No:** Creditor # : 241 CINDA FOX 31 SHELL CASTLE PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 2,550.00 |
| **Account No:** Creditor # : 242 CIT GROUP/COMMERCIAL SERVICES, GREG NORMAN COLLECTION PO BOX 1036 CHARLOTTE NC 28201-1036 | | | Merchandise | | | | $ 1,585.85 |
| **Account No:** Creditor # : 243 CLARENCE ACEVEDO CALLE TRINITARIA #104 SANTA MARIA SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 8,282.30 |
| **Account No:** Creditor # : 244 CLAUDIO BERNASCHINA P.O. BOX 801215 COTO LAUREL PR 00780-1215 | | | Initiation Fee | X | X | | $ 7,919.95 |

Sheet No. __40__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**        $ 35,662.92

                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,                    Case No. _____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 245 CLO WILLIAMSON 155 STONEHAVEN CT FALLON IL 62269-7030 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No: Creditor # : 246 CLYDE ROBINSON 512 HIGHLAND ST., N.W. VIENA VA 22180 | | | Initiation Fee | X | X | | $ 1,286.00 |
| Account No: Creditor # : 247 COCA COLA PUERTO RICO P.O. Box 51985 Toa Baja PR 00950-1985 | | | Beverage Distributor | | | | $ 13,239.25 |
| Account No: Creditor # : 248 COLGATE PALMOLIVE P.O.BOX 363865 SAN JUAN PR 00936-3865 | | | Initiation Fee | X | X | | $ 33,151.61 |
| Account No: Creditor # : 249 CONCHITA AROSTEGUI PALMAS DEL MAR 100 CANDELERO DR. SUITE 2127 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 9,957.00 |
| Account No: Creditor # : 250 Con-Way Freight P.O. Box 5160 Portland OR 97208-5160 | | | Courier Services | | | | $ 268.51 |

Sheet No. <u>41</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 59,402.37

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,　　Case No._____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 251 CR ICE INC. P.O. Box 769 Punta Santiago PR 00741 | | | Food Supplier | | | | $ 2,718.00 |
| Account No: Creditor # : 252 CRAIG MITCHELL | | | Initiation Fee | X | X | | $ 1,176.00 |
| Account No: Creditor # : 253 CRISTOBAL MENDEZ 1407 VILLA MAYO SANTURCE PR 00907 | | | Initiation Fee | X | X | | $ 7,750.00 |
| Account No: Creditor # : 254 CRISTOBAL R. LLAVONA RIVERA P.O. BOX 25069 SAN JUAN PR 00928-5069 | | | Membership Deposit | X | X | | $ 11,536.56 |
| Account No: Creditor # : 255 Cristobal Villegas HC 03 Box 11968 Yabucoa PR 00767 | | | Other | | | | $ 700.00 |
| Account No: Creditor # : 256 CSI USA Distribution Box No. 3476 P.O. Box 8500 Philadelphia PA 19178-3476 | | | Software Maintenance | | | | $ 22,572.00 |

Sheet No. __42__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　**Subtotal $**　　$ 46,452.56

　　　　　　　　　　　　　　　　　　　　　　　　　　**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,        Case No. _____

                  **Debtor(s)**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 257<br>CUADRADO ALFOMBRAS<br>PO BOX 361237<br>SAN JUAN PR 00936-1237 | | | Other | | | | $ 990.00 |
| Account No:<br>Creditor # : 258<br>CURTIS TROEGER<br>65 DIAMOND HILL ROAD<br>WEST REDDING CT 06896 | | | Initiation Fee | X | X | | $ 6,792.00 |
| Account No:<br>Creditor # : 259<br>Cutter & Buck<br>P.O.Box 34855<br>Seattle WA 98124-1855 | | | Initiation Fee | | | | $ 4,929.59 |
| Account No:<br>Creditor # : 260<br>Dade Paper<br>P.O. Box 51535<br>Toa Baja PR 00950-1535 | | | Supplies | | | | $ 10,377.41 |
| Account No:<br>Creditor # : 261<br>DALIA STERN<br>20 HAMMOND POND<br>PARKWAY # 12<br>CHESTNUT HILL MA 02467-2129 | | | Initiation Fee | X | X | | $ 6,050.00 |
| Account No:<br>Creditor # : 262<br>DAMARIS CRUZ ORTIZ<br>PLAZA 38 MQ-31<br>MONTE CLARO<br>BAYAMON PR 00961 | | | Initiation Fee | X | X | | $ 12,435.41 |

Sheet No. __43__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            **Subtotal $**       $ 41,574.41

                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 263<br>DAN LACOFF<br>110 O'SHAUGHNESSY LANE<br>CLOSTER NJ 07624 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No:<br>Creditor # : 264<br>DANA QUIST<br>620 SW 352 STREET<br>FEDERAL WAY WA 98023 | | | Initiation Fee | X | X | | $ 11,860.90 |
| Account No:<br>Creditor # : 265<br>DANIEL DRISCOLL<br>29 SCHOOL LANE<br>HUNTINGTON NY 11743 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No:<br>Creditor # : 266<br>DANIEL HEIST<br>P.O. BOX 278<br>SOMERSET CENTER MI 49282-0278 | | | Initiation Fee | X | X | | $ 6,299.68 |
| Account No:<br>Creditor # : 267<br>DANIEL I. RIVERA<br>P.O. BOX 961<br>CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 14,559.39 |
| Account No:<br>Creditor # : 268<br>DANIEL VASSE<br>110 HARBOUR DRIVE<br>SUITE 5<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,623.83 |

Sheet No. __44__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 63,043.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____

                    **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 269<br>DANISA IRINA JACOBSON<br>1435 WEST AVE. APT 2<br>MIAMI BEACH FL 33139 | | | Initiation Fee | X | X | | $ 11,791.75 |
| Account No:<br>Creditor # : 270<br>DANNY LLORET<br>PO BOX 51617<br>TOA BAJA PR 00950-1617 | | | Other | | | | $ 1,023.00 |
| Account No:<br>Creditor # : 271<br>DAVID BARRY<br>5 MARINE VIEW PLAZA<br>HOBOKEN NJ 07030 | | | Initiation Fee | X | X | | $ 12,146.34 |
| Account No:<br>Creditor # : 272<br>DAVID CHAFEY<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR 00936-2708 | | | Initiation Fee | X | X | | $ 3,850.34 |
| Account No:<br>Creditor # : 273<br>DAVID FRAZIER<br>SURFSIDE #8<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,800.00 |
| Account No:<br>Creditor # : 274<br>DAVID G. RODGERS<br>6 SAW MILL LANE<br>COLD SPRING HBR NY 11724 | | | Initiation Fee | X | X | | $ 8,400.00 |

Sheet No. _45_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                 **Subtotal $**          $ 39,011.43

                                                                 **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                  **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 275 DAVID H. LEWIS 705 CAMERON WOODS DR. APEX NC 27523 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 276 DAVID HERNANDEZ P.O. BOX 8591 HUMACAO PR 00792-8591 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 277 DAVID MUNOZ URB. MIRADERO CALLE LAS VISTAS # 88 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,455.32 |
| Account No: Creditor # : 278 DAVID OSCHMAN 23 MT. RAINER AVENUE FARMINGVILLE NY 11738 | | | Initiation Fee | X | X | | $ 8,792.00 |
| Account No: Creditor # : 279 DAVID RIVERA URB.PALMAS PLANTATION 173 WEDGE ST. HUMACAO PR 00791-6030 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 280 DAVID VASK PMB 408 P.O. BOX 7891 GUAYNABO PR 00970-7891 | | | Initiation Fee | X | X | | $ 3,103.13 |

Sheet No. __46__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 49,750.45
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,        Case No._____
           **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 281<br>DAVID VILLAREAL<br>9114 McPHEARSON AVE.<br>STE. 2514 BOX 103<br>LAREDO TX 78045 | | | Initiation Fee | X | X | | $ 14,768.26 |
| Account No:<br>Creditor # : 282<br>DAYN SMITH<br>32 PORT ROAD<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No:<br>Creditor # : 283<br>DEBORAH WALSH<br>27 PAL DRIVE<br>OCEAN NJ 07712 | | | Initiation Fee | X | X | | $ 11,250.00 |
| Account No:<br>Creditor # : 284<br>DENISE ANN DI BRITO<br>295 PALMAS INN WAY 130<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,332.58 |
| Account No:<br>Creditor # : 285<br>DENISE LOVE<br>295 PALMAS INWAY SUITE 130<br>MBI 358<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,088.84 |
| Account No:<br>Creditor # : 286<br>DENNIS DOWLING<br>13 BLAIR DRIVE<br>HUNTINGTON NY 11743 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. __47__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                **Subtotal $**     $ 74,439.68

                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No. _____
          **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 287<br>DENNIS GARNER<br>7 THE ORCHARDS LANE<br>ST. LOUIS MO 63132 | | | Initiation Fee | X | X | | $ 5,612.26 |
| Account No:<br>Creditor # : 288<br>DENNIS SERLEN<br>258 W. SEAMAN AVE.<br>FREEPORT NY 11520-1333 | | | Initiation Fee | X | X | | $ 1,195.22 |
| Account No:<br>Creditor # : 289<br>Deportes Salvador Colom<br>P.O. Box 9235<br>San Juan PR 00908-0235 | | | Merchandise | | | | $ 2,598.22 |
| Account No:<br>Creditor # : 290<br>DESIREE ROSICH<br>P.O. BOX 364366<br>SAN JUAN PR 00936-4366 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 291<br>DESTILLERIA SERRALLES, INC.<br>APARTADO 198<br>PONCE PR 00715 | | | Beverage Distributor | | | | $ 4,056.50 |
| Account No:<br>Creditor # : 292<br>DIANA S. FERNANDEZ<br>PMB 342 STE. 130<br>295 PALMAS INN WAY<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. __48__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      **Subtotal $**       $ 37,462.20

                                                         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 293 <br> DIEGO JACOBSON <br> P. O. BOX 1509 <br> CAGUAS PR 00726-1509 | | | Initiation Fee | X | X | | $ 7,500.00 |
| Account No: <br> Creditor # : 294 <br> DIEGO PERDOMO <br> P.O. BOX 194000 <br> SAN JUAN PR 00919-4000 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 295 <br> DIEGO VIDAL <br> AVE ARTERIAL HOSTOS #239 <br> SOUTH CAPITAL BLDG.STE 501 <br> SAN JUAN PR 00918-1475 | | | Initiation Fee | X | X | | $ 6,968.26 |
| Account No: <br> Creditor # : 296 <br> DILIP SHAH <br> ST. CHILE 251 ALTOS <br> SAN JUAN PR 00917-1989 | | | Initiation Fee | X | X | | $ 8,655.50 |
| Account No: <br> Creditor # : 297 <br> DIONICIO DURAN PEREZ <br> 1761 AUGUSTA ST. <br> URB. SAN GERARDO <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 298 <br> DIONICIO DURAN PEREZ <br> 1761 AUGUSTA ST. <br> URB. SAN GERARDO <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,068.78 |

Sheet No. _49_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 65,192.54

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 299** **DONALD FRIEDMAN** **COND. CARRION COURT PLAYA** **6 CARRION COURT CT. APT 301** **SAN JUAN PR 00911-1291** | | | *Initiation Fee* | X | X | | $ 5,123.22 |
| Account No: **Creditor # : 300** **DORIAN S. CONGER** **5652 FORKWOOD TRACE** **ACWORTH GA 30101** | | | *Initiation Fee* | X | X | | $ 8,949.50 |
| Account No: **Creditor # : 301** **DORIS ARCHILLA** **PARQUE DE LAS FUENTES** **PH-206** **SAN JUAN PR 00918** | | | *Initiation Fee* | X | X | | $ 8,600.00 |
| Account No: **Creditor # : 302** **DORIS TORRES TORREGROSA** **LES CHALETS COURT A 7 BOX 8** **CUPEY PR 00926** | | | *Initiation Fee* | X | X | | $ 10,056.81 |
| Account No: **Creditor # : 303** **DORLE WEIL** **141 HARBOR ACRES ROAD** **PORT WASHINGTON NY 11050** | | | *Initiation Fee* | X | X | | $ 7,531.24 |
| Account No: **Creditor # : 304** **DOUGLAS KEIL** **25 ACADEMY DRIVE, APT 27** **HUMACAO PR 00791** | | | *Initiation Fee* | X | X | | $ 20,000.00 |

Sheet No. _50_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 60,260.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 305<br>DOUGLAS MAHAN<br>380 MONTAGU DR.<br>SPARTANBURG SC 29301 | | | Initiation Fee | X | X | | $ 8,841.74 |
| Account No:<br>Creditor # : 306<br>DOUGLAS MARSTERS<br>P.O. BOX 8755<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No:<br>Creditor # : 307<br>DULCE FLORES ROLDAN<br>COND. VICTORIA PLAZA<br>CALLE CANDINA #10, APT. 10 A<br>SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 4,592.00 |
| Account No:<br>Creditor # : 308<br>E.S.A. Services<br>P.O. Box 31000<br>San Juan PR 00929 | | | Other | | | | $ 2,002.20 |
| Account No:<br>Creditor # : 309<br>EARL GARRISON<br>85 STANDISH DR.<br>M.T. SINAI NY 11766 | | | Initiation Fee | X | X | | $ 9,050.00 |
| Account No:<br>Creditor # : 310<br>Eastern Pacific Apparel, Inc.<br>P.O. Box 72<br>Brattleboro VT 05302-0072 | | | Merchandise | | | | $ 4,186.05 |

Sheet No. __51__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 35,871.99

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____

            **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 311<br>Ecolab<br>P.O. Box 60-7086<br>Bayamon PR 00960 | | | Supplies | | | | $ 3,639.16 |
| Account No:<br>Creditor # : 312<br>EDGAR C. HERNANDEZ VIERA<br>LOS ARBOLES DE MONTEHIEDRAS<br>600 BLVD DE LA MONTAYA, APT. 3<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No:<br>Creditor # : 313<br>EDGAR COLON<br>URB. MONTEHIEDRA<br>247 REINA MORA ST.<br>SAN JUAN PR 00926-7108 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 314<br>EDGARDO A. DIAZ MARTI<br>90 Candelero Drive<br>Apt. 95<br>Humacao PR 00791-7908 | | | Initiation Fee | X | X | | $ 7,373.80 |
| Account No:<br>Creditor # : 315<br>EDGARDO APONTE<br>P.O. BOX 8757<br>CAROLINA PR 00988 | | | Initiation Fee | X | X | | $ 6,504.78 |
| Account No:<br>Creditor # : 316<br>EDGARDO FABREGAS<br>P. O. BOX 362301<br>SAN JUAN PR 00936-2301 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. __52__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        **Subtotal $**        $ 60,917.74

                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 317 EDGARDO HERNANDEZ URB PARANA S9 - 19 CALLE 5 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 6,700.00 |
| Account No: Creditor # : 318 EDGARDO JIMENEZ CALDERIN P.O. BOX 3713 GUAYNABO PR 00970-3713 | | | Initiation Fee | X | X | | $ 11,515.61 |
| Account No: Creditor # : 319 EDGARDO RIVERA MELENDEZ 183 REINA CARLOTA LA VILLA TORRIMAR GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 5,862.72 |
| Account No: Creditor # : 320 EDGARDO RODRIGUEZ PALMAS DEL MAR RIDGE TOP # 9 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,199.62 |
| Account No: Creditor # : 321 EDIS INDUSTRIAL LAUNDRY PO BOX 2850 CAROLINA PR 00984-2850 | | | Laundry Services | | | | $ 6,208.46 |
| Account No: Creditor # : 322 EDISON AVILES DELIZ 400 KALAF, PMB #2 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 18,200.00 |

Sheet No.  _53_ of  _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 55,686.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._ , Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 323<br>EDMANUEL COSME OYOLA<br>P.O. BOX 1009<br>YABUCOA PR 00767-1007 | | | Initiation Fee | X | X | | $ 10,781.55 |
| Account No:<br>Creditor # : 324<br>EDMUNDO RODRIGUEZ<br>PO BOX 9023474<br>SAN JUAN PR 00902-3474 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 325<br>EDNA KREATSOULA<br>69 WATERSIDE CLOSE<br>EAST SCHERTER NY 10709 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No:<br>Creditor # : 326<br>EDNA Y. MATTEI<br>MEXICO ST. # 4<br>AREY BLDG SUITE 401<br>HATO REY PR 00918 | | | Initiation Fee | X | X | | $ 16,522.46 |
| Account No:<br>Creditor # : 327<br>EDUARDO FERRER RAMIREZ DE AR<br>P.O.BOX 9020485<br>SAN JUAN PR 00902-0485 | | | Initiation Fee | X | X | | $ 17,488.14 |
| Account No:<br>Creditor # : 328<br>EDUARDO FIGUEROA PADILLA<br>P.O. BOX 11012<br>SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 5,600.00 |

Sheet No. _54_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 65,592.15

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 329 EDUARDO IRIZARRY RIVAS MARINA BAHIA PLAZA 15 MG-28 CATANO PR 00962 | | | Initiation Fee | X | X | | $ 19,581.36 |
| Account No: | | | | | | | |
| Creditor # : 330 EDUARDO L. PAGAN CIUDAD JARDIN CALLE CUNDIAAMOR # 166 GURABO PR 00778 | | | Initiation Fee | X | X | | $ 9,498.65 |
| Account No: | | | | | | | |
| Creditor # : 331 EDUARDO MAIZ URB. VILLANOVA C1-19 CALLE A SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 16,248.77 |
| Account No: | | | | | | | |
| Creditor # : 332 EDUARDO MENDOZA VIDAL P. O. BOX 10684 SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: | | | | | | | |
| Creditor # : 333 EDUARDO MOREAU HC-11 BOX 11996 HUMACAO PR 00791-9433 | | | Initiation Fee | X | X | | $ 4,585.26 |
| Account No: | | | | | | | |
| Creditor # : 334 EDUARDO REYES MARGARITA #15 URB. LA SERRANIA CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 5,235.48 |

Sheet No. __55__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 67,149.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
      **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>*Creditor # : 335*<br>*EDUARDO SANTIAGO GONZALEZ*<br>*TAFT # 17 ESQ MC LEARY*<br>*SAN JUAN PR 00911* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:**<br>*Creditor # : 336*<br>*EDUARDO TABOAS*<br>*PASEO ALTO # 46*<br>*LOS PASEOS*<br>*SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 16,581.36 |
| **Account No:**<br>*Creditor # : 337*<br>*EDWARD ACUYA GONZALEZ*<br>*PMB 234, 35 JUAN C. BORBON 67*<br>*GUAYNABO PR 00969-5375* | | | *Initiation Fee* | X | X | | $ 11,182.24 |
| **Account No:**<br>*Creditor # : 338*<br>*EDWARD LIPPY* | | | *Initiation Fee* | X | X | | $ 1,400.00 |
| **Account No:**<br>*Creditor # : 339*<br>*EDWARD V. WAWRIW*<br>*90 CANDELERO DRIVE*<br>*APARTADO 063*<br>*HUMACAO PR 00791-7903* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:**<br>*Creditor # : 340*<br>*EDWIN A. BETANCOURT*<br>*2704 OAKMONT CT*<br>*WESTON FL 33332* | | | *Initiation Fee* | X | X | | $ 8,000.00 |

Sheet No. __56__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 61,163.60

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
           **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 341 EDWIN CARLES P.O. BOX 775 ARROYO PR 00714 | | | Initiation Fee | X | X | | $ 19,635.20 |
| Account No: | | | | | | | |
| Creditor # : 342 EDWIN LAFONTAINE MEDINA TEE STREET 122 PALMAS PLANTATION HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 19,162.72 |
| Account No: | | | | | | | |
| Creditor # : 343 EDWIN O. ROSADO CESTARYS P.O. BOX 64 JUNCOS PR 00777 | | | Initiation Fee | X | X | | $ 8,800.00 |
| Account No: | | | | | | | |
| Creditor # : 344 EDWIN PEREZ D-28 GARITA ST. PASEO SAN JUAN SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 2,672.18 |
| Account No: | | | | | | | |
| Creditor # : 345 EDWIN PLACERES LA CIMA # 102 GRAN VISTA # 1 GURABO PR 00778 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: | | | | | | | |
| Creditor # : 346 EDWIN RAMOS GONZALEZ P. O. BOX 193064 SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 6,144.80 |

Sheet No. _57_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          **Subtotal $**    **$ 64,414.90**

          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____

              **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 347** *EFRAIN D. SEGUI P.O BOX 364149 SAN JUAN PR 00936-4149* | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 348** *EFRAIN GONZALEZ DROZ 2431 AVE. LAS AMERICAS EDIF. PORRATA PILA, SUITE 103 PONCE PR 00717-2114* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 349** *EFRAIN RODRIGUEZ DE LA PAZ P.O. BOX 361237 SAN JUAN PR 00936-1237* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 350** *EFREN PEREZ COND. PISOS DE CAPARRA CALLE MILAN APT 9-H GUAYNABO PR 00966* | | | *Initiation Fee* | X | X | | $ 5,500.00 |
| Account No: **Creditor # : 351** *EGIDIO MONTANILE 59 SHELL CASTLE CLUB DRIVE PALMAS DEL MAR HUMACAO PR 00791-6056* | | | *Initiation Fee* | X | X | | $ 5,019.51 |
| Account No: **Creditor # : 352** *EILEEN DICKSON* | | | *Initiation Fee* | X | X | | $ 750.00 |

Sheet No. __58__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             **Subtotal $**      $ 55,269.51

                                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re PALMAS COUNTRY CLUB, INC. _____ ,  Case No._____
        **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 353<br>ELDER L. LOPEZ LEIVA<br>HC-01 BOX 16129<br>HUMACAO PR 0079-9725 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No:<br>Creditor # : 354<br>ELOY LUGO<br>PASEO DEL PARQUE #Z-12<br>GARDEN HILLS<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 7,000.00 |
| Account No:<br>Creditor # : 355<br>ELPIDIO RIVERA SANTONI JR.<br>P.O. BOX 13304<br>SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 4,000.00 |
| Account No:<br>Creditor # : 356<br>ELPIDIO RIVERA SOSA<br>URB. PASEO MAYOR-LOS PASEO<br>D-19 CALLE 10<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 9,965.60 |
| Account No:<br>Creditor # : 357<br>ELVIN I. SIVERIO CASANOVA<br>URB. SAN FRANCISCO<br>CALLE GEVANIO 1682<br>SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 358<br>ELVIN REYES PEYA<br>URB. BUSO # 3<br>BOX 9014<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 6,970.33 |

Sheet No. 59 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 51,704.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

**Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 359 EMILIO IRIBARREN PO BOX 2338 LIVINGSTON NJ 07039 | | | Initiation Fee | X | X | | $ 3,769.00 |
| Account No: Creditor # : 360 EMILIO JIMENEZ P.O. BOX 22678 SAN JUAN PR 00931-2678 | | | Initiation Fee | X | X | | $ 8,168.26 |
| Account No: Creditor # : 361 EMILIO SANTIAGO RODRIGUEZ HC-12 BOX 5476 HUMACAO PR 00791-9200 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 362 EMORY Mc GINNIS 54 SHELL CASTLE CLUB PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,752.02 |
| Account No: Creditor # : 363 EMS Systems Group PMB Suite 309 90 Ave Rio Hondo Bayamon PR 00961-3113 | | | Other | | | | $ 153.75 |
| Account No: Creditor # : 364 ENID PEREZ SOTO P.O. BOX 789 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 11,250.00 |

Sheet No.   60   of   250  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 46,093.03

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
              **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 365 <br> ENID RIEFKOHL <br> CALLE POMAROSA 234 <br> LOS SAUCES <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 4,000.00 |
| Account No: <br> Creditor # : 366 <br> ENIO SUASNAVAR <br> CALLE 8, D-27 <br> PASEO MAYOR <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 8,100.00 |
| Account No: <br> Creditor # : 367 <br> ENRIQUE CORTES FLORES <br> BOX 41264 <br> SANTURCE PR 00940 | | | Initiation Fee | X | X | | $ 6,770.98 |
| Account No: <br> Creditor # : 368 <br> ENRIQUE ESCOBAR MEDINA <br> P.O.BOX BOX 8637 <br> CAGUAS PR 00726-8637 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 369 <br> ENRIQUE F. TORAYO <br> ORQUIDEA # 7 <br> SANTA MARIA <br> SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 2,200.00 |
| Account No: <br> Creditor # : 370 <br> ENRIQUE PASARELL <br> 271 JESUS T. PINERO AVE <br> HYDE PARK <br> SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 6,541.92 |

Sheet No. _61_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 39,612.90

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 371<br>ENRIQUE PEREZ VAZQUEZ<br>PMB 131 BOX 2020<br>BARCELONETA PR 00617 | | | Initiation Fee | X | X | | $ 15,903.25 |
| Account No:<br>Creditor # : 372<br>ENRIQUE PIZZI<br>P.O. BOX 190370<br>SAN JUAN PR 00919-0370 | | | Initiation Fee | X | X | | $ 11,839.50 |
| Account No:<br>Creditor # : 373<br>ENRIQUE SANTIAGO<br>P.O. BOX 1335<br>CIALES PR 00638 | | | Initiation Fee | X | X | | $ 6,391.67 |
| Account No:<br>Creditor # : 374<br>ERASMO BERNIER<br>BULEVAR MIGUEL POU<br>116 PASEO PRINCIPE<br>PONCE PR 00716 | | | Initiation Fee | X | X | | $ 4,757.32 |
| Account No:<br>Creditor # : 375<br>ERI GUZMAN<br>P.O. BOX 70106<br>SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 376<br>ERIC BROWN<br>P.O. BOX 367256<br>SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 7,953.12 |

Sheet No. _62_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**     $ 58,844.86

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
         **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 377 ERIC GRAFALS SHELL CASTLE CLUB # 50 PALMAS DEL MAR HUMACAO PR 00791** | | | *Initiation Fee* | X | X | | $ 11,997.19 |
| Account No: **Creditor # : 378  ERIC HOROWITZ 18 LANKS LANE CRESSKILL NJ 07626** | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 379 ERIC PEREZ BAYRON CAMINO DE LAS CEIBA 141 SABANERA DEL RIO GURABO PR 00778** | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 380 ERNESTO F. RODRIGUEZ SURIS 27 GONZALEZ GUISTI AVE. TRES RIOS BLDG - SUITE 300 GUAYNABO PR 00968** | | | *Initiation Fee* | X | X | | $ 9,581.36 |
| Account No: **Creditor # : 381 ERNESTO RODRIGUEZ ALZUGARAY PO BOX 362319 SAN JUAN PR 00936-2319** | | | *Initiation Fee* | X | X | | $ 11,768.26 |
| Account No: **Creditor # : 382 ESKIL CARLSSON 6100 BLUE LAGOON DR STE. 300 MIAMI FL 33126-4695** | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. __63__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 77,346.81
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No. _____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 383 Estampados A-Z Kaes Urb. Villa Universitaria Calle 2 K-26 Humacao PR 00791 | | | Merchandise | | | | $ 503.54 |
| Account No: Creditor # : 384 ESTEBAN J. LINARES MARTIN P.O. BOX 365032 SAN JUAN PR 00936-5032 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: Creditor # : 385 ESTEBAN LOPEZ COLON MSC # 257 138 AVE. WINSTON CHURCHILL SAN JUAN PR 00926-6023 | | | Initiation Fee | X | X | | $ 8,500.00 |
| Account No: Creditor # : 386 ESTEBAN OCASIO LAS MARIAS # 234 HYDER PARK SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 387 ESTEBAN SANTIAGO ESCUDERO PALMAS DEL MAR #16 RIDGE TOP HUMACAO PR 00797 | | | Initiation Fee | X | X | | $ 10,677.40 |
| Account No: Creditor # : 388 ETHICON J& J P.O BOX 982 SAN LORENZO PR 00754 | | | Initiation Fee | X | X | | $ 9,509.50 |

Sheet No. __64__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 60,958.70

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
               **Debtor(s)**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 389<br> Ethicon Professional Co.<br>PO BOX 982<br>SAN LORENZO PR 00754 | | | Initiation Fee | X | X | | $ 8,500.00 |
| Account No:<br>Creditor # : 390<br>EUGENIO VIVES<br>PORT ROAD #36<br>PALMAS DEL MAR<br>HUMACAO PR 00791-9658 | | | Initiation Fee | X | X | | $ 6,550.84 |
| Account No:<br>Creditor # : 391<br>EULOGIO VILLENA GONZALEZ<br>P.O. BOX 194030<br>HATO REY PR 00919-4030 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 392<br>EVARISTO FREIRIA VILLAMIL<br>P.O. BOX 11999<br>SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 393<br>EVELYN MARRERO<br>35 PALMERAS<br>URB. PALMAS REALES<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,032.02 |
| Account No:<br>Creditor # : 394<br> EVERTEC<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR 00936-2708 | | | Initiation Fee | X | X | | $ 49,545.95 |

Sheet No. __65__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                   **Subtotal $**     $ 96,628.81

                                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 395 EXPERTS EXCHANGE ATT. CORPORATE ACCOUNTS PO BOX 1062 SAN LUIS OBISPO CA 93406 | | | Other | | | | $ 199.90 |
| Account No: Creditor # : 396 F. XAVIER GONZALEZ GOENAGA P. O. BOX 364643 SAN JUAN PR 00936-4643 | | | Initiation Fee | X | X | | $ 7,292.42 |
| Account No: Creditor # : 397 Fajardo Ford PMB#194 P.O. Box 7005 Fajardo PR 00738-7005 | | | Other | | | | $ 1,011.49 |
| Account No: Creditor # : 398 Fast Track Specialty, Inc. PMB 413 P.O. Box 7891 Guaynabo PR 00970-7891 | | | Other | | | | $ 141.08 |
| Account No: Creditor # : 399 FAUSTO MARRERO 1553 TAMESIS ST. URB. EL PARAISO RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 10,044.00 |
| Account No: Creditor # : 400 Federal Express Corp. P.O. Box 371461 Pittsburgh PA 15250-7461 | | | Courier Services | | | | $ 109.35 |

Sheet No. __66__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              **Subtotal $**     | $ 18,798.24

                                                              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____

**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 401<br>FEDERICO ESTREMERA<br>P. O. BOX 11433<br>SAN JUAN PR 00922-1433 | | | Initiation Fee | X | X | | $ 9,050.00 |
| Account No:<br>Creditor # : 402<br> FEDERICO TOGNI<br>14-A ELVIGIA<br>CALLE SIN SALIDA<br>PONCE PR 00730 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 403<br> FELIX G. DEL RIO<br>P.O. BOX 7020<br>BAYAMON PR 00960 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 404<br>FELIX IGNACIO RIVERA CINTRON<br>PMB 174 RRS BOX 4999<br>BAYAMON PR 00956-9708 | | | Initiation Fee | X | X | | $ 11,893.00 |
| Account No:<br>Creditor # : 405<br>FELIX LUIS ALONSO<br>P.O.BOX 5516<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 406<br>FELIX MENDOZA ROSA<br>P.O. BOX 372918<br>CAYEY PR 00737 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _67_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 80,943.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,  Case No._____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 407 FELIX MORALES URB. PALMAS PLANTATION #21 PARK ST. HUMACAO PR 00791-6007 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 408 FELIX R. RIVERA MIRABAL CALLE OVALO #4 URB. TERRALINDA CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 7,601.46 |
| Account No: Creditor # : 409 FELIX SANTIAGO RODRIGUEZ URB. ARBOLES DE MONTEHIEDRAS 600 BLVD. DE LOS ARBOLES # 520 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 410 FELIX SANTONI P.O. BOX 34125 FORT BUCHANAN PR 00934-0125 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 411 FELIX VAZQUEZ PERALES P.O. BOX 1097 LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 412 FELIX VILLAMIL P.O. BOX 364527 Mail Stop 600 SAN JUAN PR 00936-4527 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. __68__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                   $ 58,801.46

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 413 FERMIN C. MIRANDA 337 CAMINO DEL PRADO URB. SABANERA CIDRA PR 00739 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 414 FERNANDO BONNIN URB. MANSION REAL 305 CALLE SOFIA COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 415 FERNANDO CALERO URB. TORRIMAR K 2 CALLE BAMBOO DR. GUAYNABO PR 00966-3144 | | | Initiation Fee | X | X | | $ 9,631.79 |
| Account No: Creditor # : 416 FERNANDO CARBONELL URB. PARQUE FORESTAL CALLE POPPY B-66 SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 17,250.00 |
| Account No: Creditor # : 417 FERNANDO CASTILLO P.O. BOX 191294 SAN JUAN PR 00919-1294 | | | Initiation Fee | X | X | | $ 19,581.36 |
| Account No: Creditor # : 418 Fernando Hernandez 7 Calle Milan Ext. Caparra Guaynabo PR 00966-1726 | | | Other | | | | $ 696.00 |

Sheet No. _69_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              **Subtotal $**        $ 87,159.15
                                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____

**Debtor(s)**                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 419 FERNANDO HERNANDEZ 2458 RIVER RIDGER DR. ORLANDO FL 32825 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 420 FERNANDO IRIZARRY BOX 195199 SAN JUAN PR 00919-5199 | | | Initiation Fee | X | X | | $ 16,299.50 |
| Account No: Creditor # : 421 FERNANDO JIMENEZ SEDA ACROPOLIS A-9 MONTE OLIMPO GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 422 FERNANDO L. MARTINEZ MERCADO PMB 490, 1810 RD. 14 SUITE 114 COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 423 FERNANDO PUJALS CORTEZ GPO BOX 364245 SAN JUAN PR 00936-4245 | | | Initiation Fee | X | X | | $ 5,900.00 |
| Account No: Creditor # : 424 FERNANDO RIVERA ARROYO CALLE TULIP #225 DIP CORTYARD #14 SAN JUAN PR 00926-5959 | | | Initiation Fee | X | X | | $ 9,635.47 |

Sheet No. _70_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 75,834.97

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 425 FERNANDO SOSA CALLE TULIP 225 COURT YARD #12 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 426 FIDEL BRITO MEMBIELA P.O. BOX 192337 SAN JUAN PR 00919-2337 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 427 Fitness & Spa Solutions P.O. Box 1152 SABANA HOYOS PR 00688 | | | Other | | | | $ 810.00 |
| Account No: Creditor # : 428 FLORENCIO MERCED 275 AVE. JESUS T. PINERO URB. HYDE PARK SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 429 Floristeria Creativa Calle Jose Barbosa #47 Las Piedras PR 00771 | | | Flowers | | | | $ 60.50 |
| Account No: Creditor # : 430 FOOTJOY C/O Acushnet Company P.O. Box 88113 Chicago IL 60695-1113 | | | Merchandise | | | | $ 5,394.10 |

Sheet No. _71_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**           $ 48,264.60
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 431<br>FRANCES ACEVEDO PICO<br>CALLE TAFT # 1<br>COND. PLAYA GRANDE APT 17-A<br>CONDADO PR 00907 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No:<br>Creditor # : 432<br>FRANCES RESTO MONTANEZ<br>P.O. BOX 50416<br>TOA BAJA PR 00949 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 433<br>FRANCESCHO CANGIANO<br>P.O.BOX 70108<br>SAN JUAN PR 00936-8108 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 434<br>FRANCIS MANGANARO<br>10 WHITERIDGE ROAD<br>NATICK MA 01760 | | | Initiation Fee | X | X | | $ 8,899.50 |
| Account No:<br>Creditor # : 435<br>FRANCISCO BESOSA<br>US COURTHOUSE CH 119<br>150 CHARDON AVE.<br>SAN JUAN PR 00918-7095 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No:<br>Creditor # : 436<br>FRANCISCO CARBALLO<br>#13 FLOR GERENA ST.<br>HUMACAO PR 00926-3656 | | | Initiation Fee | X | X | | $ 9,050.00 |

Sheet No. _72_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 70,717.76

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> , Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 437<br>FRANCISCO CESTERO<br>CASILLAS DE PALMAS<br>155 CANDELERO DR. APT D-08<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 438<br>FRANCISCO COBIAN<br>P.O. BOX 9066522<br>SAN JUAN PR 00906-6522 | | | Initiation Fee | X | X | | $ 9,362.10 |
| Account No:<br>Creditor # : 439<br>FRANCISCO DE JESUS SCHUCK<br>G.P.O. BOX 70364<br>SAN JUAN PR 00936-8364 | | | Initiation Fee | X | X | | $ 6,250.00 |
| Account No:<br>Creditor # : 440<br>FRANCISCO E. ORTIZ McWILLIAMS<br>P. O. BOX 1786<br>JUNCOS PR 00777-1786 | | | Initiation Fee | X | X | | $ 3,160.64 |
| Account No:<br>Creditor # : 441<br>FRANCISCO ESTRADA BIBILONI<br>CALLE GARDENIA # 40<br>CONDADO VIEJO<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 9,544.80 |
| Account No:<br>Creditor # : 442<br>FRANCISCO FIGUEROA FUENTES<br>P.O. BOX 196<br>GUAYNABO PR 00970 | | | Initiation Fee | X | X | | $ 10,752.70 |

Sheet No. _73_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 59,070.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____

               **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 443 FRANCISCO FRANCO CALLE 1, E-15 PASEO MAYOR SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 14,581.34 |
| Account No: Creditor # : 444 FRANCISCO G BRUNO ESTANCIAS DE TORRIMAR 5 - J RIDGEWOOD GUAYNABO PR 00966-3146 | | | Initiation Fee | X | X | | $ 8,151.69 |
| Account No: Creditor # : 445 FRANCISCO GUZMAN P. O. BOX 8757 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 3,839.50 |
| Account No: Creditor # : 446 FRANCISCO J. APONTE 300 AVE. LA SIERRA BOX 18 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 447 FRANCISCO J. FELICIANO VALIEN P.O. BOX 19717 SAN JUAN PR 00910-1717 | | | Initiation Fee | X | X | | $ 22,260.49 |
| Account No: Creditor # : 448 FRANCISCO J. FONTANET AVILES P.O. BOX 2131 MANATI PR 00674 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _74_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**        $ 72,833.02

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 449 FRANCISCO J. PEREZ RIVERA PO BOX 4952 PMB 212 CAGUAS PR 00726-4952 | | | Initiation Fee | X | X | | $ 5,288.33 |
| Account No: Creditor # : 450 FRANCISCO J. SALICHS P. O. BOX 11105 SAN JUAN PR 00922-1005 | | | Initiation Fee | X | X | | $ 4,592.00 |
| Account No: Creditor # : 451 FRANCISCO LA SANTA P. O. BOX 801145 COTO LAUREL PR 00780-1145 | | | Initiation Fee | X | X | | $ 22,347.50 |
| Account No: Creditor # : 452 FRANCISCO M. LOPEZ GONZALEZ # 225 PRESIDENT RAMIREZ BALDRICK SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 13,299.50 |
| Account No: Creditor # : 453 FRANCISCO PADILLA URB. QUINTA REALES CALLE REINA ISABEL G-9 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 19,692.83 |
| Account No: Creditor # : 454 FRANCISCO PORTILLA URB MILAS 214 PARCHAS ST. SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 2,500.00 |

Sheet No. __75__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 67,720.16

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____

**Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 455 FRANCISCO VIZCARRONDO PMB 353 P.O. BOX 70171 SAN JUAN PR 00936-8171 | | | Initiation Fee | X | X | | $ 9,550.00 |
| Account No: Creditor # : 456 FRANK ARNOULD P.M.B. 160 295 PALMAS INN WAY SUITE 130 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,750.00 |
| Account No: Creditor # : 457 FRANK BONNELLY PO BOX. 10124 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 6,000.00 |
| Account No: Creditor # : 458 FRANK BRAGAN 6th STREET # 137 URB. EL ROSARIO YAUCO PR 00698 | | | Initiation Fee | X | X | | $ 5,400.00 |
| Account No: Creditor # : 459 FRANK EARLE 3 CARRION CT APT 101 SANTURCE PR 00911-1227 | | | Initiation Fee | X | X | | $ 2,092.00 |
| Account No: Creditor # : 460 FRANK KASILOWSKI 65 ANDERSON ROAD RAYMOND ME 04071 | | | Initiation Fee | X | X | | $ 9,717.74 |

Sheet No. _76_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 34,509.74

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._ _____ ,     Case No. _____

**Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 461<br>FRANK RODRIGUEZ<br>20 PORT ROAD<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 17,426.90 |
| Account No:<br>Creditor # : 462<br>Frank Rodriguez<br>PMB 239 PO BOX 851<br>HUMACAO PR 00792-0851 | | | Maintenance Fees | | | | $ 4,275.50 |
| Account No:<br>Creditor # : 463<br>FRANKIE CARVAJAL TUFINO<br>P.O. BOX 387<br>CAROLINA PR 00986 | | | Initiation Fee | X | X | | $ 11,536.52 |
| Account No:<br>Creditor # : 464<br>FRED ALVARADO COLON<br>7 PINE ST.<br>KENVIL NJ 07847 | | | Initiation Fee | X | X | | $ 11,582.70 |
| Account No:<br>Creditor # : 465<br>FRED GALLO<br>P. O. BOX 29726<br>SAN JUAN PR 00929 | | | Initiation Fee | X | X | | $ 6,150.00 |
| Account No:<br>Creditor # : 466<br>FRED MARTINEZ<br>P. O. BOX 190998<br>SAN JUAN PR 00919-0998 | | | Initiation Fee | X | X | | $ 5,531.36 |

Sheet No. __77__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**              $ 56,502.98

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 467 FREDDY ZAMORA VARGAS P.O. BOX 191178 SAN JUAN PR 00919-1178 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 468 FREDERICK JOSEPH 1193 CHAPEL STREET NEW HAVEN CT 06511 | | | Initiation Fee | X | X | | $ 7,650.00 |
| Account No: Creditor # : 469 FREDERICK MCNAIR IV 1313 DOLLEY MADISON BLVD. SUITE # 401 McLEAN VA 22101 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 470 FREDERICK MILLAN BENITEZ YAGUEZ #13 ESTANCIAS DEL RIO AGUAS BUENAS PR 00703 | | | Initiation Fee | X | X | | $ 8,744.00 |
| Account No: Creditor # : 471 FRITOLAY QUAKER PUERTO RICO P.O. Box 70276 San Juan PR 00936 | | | Food Supplier | | | | $ 2,091.72 |
| Account No: Creditor # : 472 FULLDistributor PO BOX 195528 SAN JUAN PR 00919 | | | Other | | | | $ 357.00 |

Sheet No. __78__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 50,842.72

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                              **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 473<br>Fun Express<br>PO BOX 790403<br>ST. LOUIS MO 63179-0403 | | | Other | | | | $ 149.37 |
| Account No:<br>Creditor # : 474<br> FUSIONWORKS, INC.<br>AVE. CONDADO #120<br>SUITE 102 PICO CENTER<br>SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 26,676.97 |
| Account No:<br>Creditor # : 475<br>GABRIEL CADENAS<br>PALMAS DEL MAR<br>60 SURFSIDE<br>HUMACAO PR 00791-6057 | | | Initiation Fee | X | X | | $ 2,600.00 |
| Account No:<br>Creditor # : 476<br> GABRIEL DOLAGARAY<br>P. O. BOX 190508<br>SAN JUAN PR 00919-0508 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 477<br>GABRIEL ESPASAS<br>42 HARBOURVIEW DR.<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,449.50 |
| Account No:<br>Creditor # : 478<br>GABRIEL ESPASAS<br>MONTE CARLO #221<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 2,577.33 |

Sheet No. _79_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 62,453.17

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 479 GAMALIER ANGLADA RUIZ P.O. BOX 800995 COTO LAUREL PR 00780-0995 | | | Initiation Fee | X | X | | $ 6,249.99 |
| Account No: Creditor # : 480 GARY GLENNA 6582 HARBOR BEACH NE PRIOR LAKE MN 55372 | | | Initiation Fee | X | X | | $ 5,927.93 |
| Account No: Creditor # : 481 GARY VERPLANK SHAPE CORP. 1900 HAYES GRAND HAVEN MI 49417 | | | Initiation Fee | X | X | | $ 7,299.50 |
| Account No: Creditor # : 482 GEORGE HORTON 5593- WEST LAKE ROAD CONESUS NY 14435 | | | Initiation Fee | X | X | | $ 7,936.25 |
| Account No: Creditor # : 483 GERALD BRODY 12 DEBRA LANE FRAMINGHAM MA 01701 | | | Initiation Fee | X | X | | $ 1,300.00 |
| Account No: Creditor # : 484 GERALD HOROWITZ 5 HORIZON ROAD APT 410 FORT LEE NJ 07024 | | | Initiation Fee | X | X | | $ 11,649.68 |

Sheet No. __80__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 40,363.35

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No. _____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 485 <br> GERARD ULDRY <br> P.O.BOX 9408 <br> CAGUAS PR 00926-9408 | | | Initiation Fee | X | X | | $ 4,721.84 |
| Account No: <br> Creditor # : 486 <br> GERARDO ALLENDE SANTOS <br> P.O. BOX 878 <br> RIO GRANDE PR 00745 | | | Initiation Fee | X | X | | $ 15,662.94 |
| Account No: <br> Creditor # : 487 <br> GERARDO QUEVEDO <br> REY FELIPE # 297 <br> LA VILLA DE TORRIMAR <br> GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 6,700.00 |
| Account No: <br> Creditor # : 488 <br> GERHARDT RIVERA GREGORIO <br> EL RETIRO 22 <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,114.28 |
| Account No: <br> Creditor # : 489 <br> GIL ALBERTO NIEVES DIAZ <br> P.O. BOX 850 <br> FAJARDO PR 00738 | | | Membership Deposit | X | X | | $ 11,768.26 |
| Account No: <br> Creditor # : 490 <br> GIL NIEVES DIAZ <br> P.O. BOX. 2017 <br> PMB 425 <br> LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. __81__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 61,967.32

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                          **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 491<br>GILBERTO MONZON<br>A-4 PARK LANE ST.<br>GARDEN HILLS<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 5,525.00 |
| Account No:<br>Creditor # : 492<br>GILBERTO RIVERA<br>P. O. BOX 13<br>COAMO PR 00769 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 493<br>GILBERTO TORRES<br>CALLE 1, D6<br>PARQUE SAN IGNACIO<br>SAN JUAN PR 00921 | | | Initiation Fee | X | X | | $ 7,750.00 |
| Account No:<br>Creditor # : 494<br>GILBERTO TORRES FERNANDEZ<br>ARROYO B-9<br>EL REMANSO<br>RIO PIEDRAS PR 00926 | | | Membership Deposit | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 495<br>GIORGIO SANTERINI<br>P.O. BOX 2059<br>YABUCOA PR 00767-2059 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No:<br>Creditor # : 496<br>GIOVANNI LA RUSSA<br>300 AVE. LA SIERRA<br>BOX 30<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. __82__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $** | $ 48,875.00

                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                **Debtor(s)**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 497 GISELA CADENAS URB. MONTE APOLO RR 3 CASA # 14 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 498 GLADYS FORNARIS PMB BOX 357 295 PALMAS INN WAY 130 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 6,150.00 |
| Account No: Creditor # : 499 GLENN SALDANA LOUZAU CENTRO COMERCIAL LA CUMBRE, LOCAL # 3 RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 500 GLORIA APONTE LABOY BOX 8973 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 501 GLORIA RAMIREZ DE ARELLANO COND. CAPARRA CLASSIC 1001 CALLE OLTEGA 105 GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 502 GRACIANI MIRANDA TRISTANI P.O. BOX 10164 CUH STATION HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 8,168.24 |

Sheet No. __83__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 68,318.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

**Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 503 GRACIANY RODRIGUEZ MEDINA C-13 CALLE 3 PANORAMA ESTATES BAYAMON PR 00956 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 504 GRACIELA ESCUDERO SUPREME USA CLEANERS 447 SUITE 1 CARR. #3 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 505 GRACIELA VILLAFANE HC-02 BOX 13433 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 9,300.00 |
| Account No: Creditor # : 506 Grainger Caribe, Inc. Dept. 861323921 Palatine IL 60038-0001 | | | Maintenance Supplies | | | | $ 1,593.49 |
| Account No: Creditor # : 507 GRANT STIER 585 STELLMAN DR. RIVER VALE NJ 07675 | | | Initiation Fee | X | X | | $ 5,300.00 |
| Account No: Creditor # : 508 GREENBERG TRAURIG, P.A. 5100 Town Center Circle Suite 400 Boca Raton  FL 33486 | | | Legal Services | | | | $ 556.40 |

Sheet No. __84__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 40,749.89

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u>                                    ,          Case No. _____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 509** GREGORIO PENA URB ESTANCIAS DE SAN FERNANDO A17 CALLE#4 CAROLINA PR 00985 | | | *Other* | | | | $ 175.00 |
| Account No: **Creditor # : 510** Guido Echevarria | | | *Initiation Fee* | X | X | | $ 1,901.67 |
| Account No: **Creditor # : 511** GUILLERMO BOBONIS 129 DE DIEGO AVE. SAN JUAN PR 00911-1927 | | | *Initiation Fee* | X | X | | $ 6,000.00 |
| Account No: **Creditor # : 512** GUILLERMO CIDRE P.O.BOX 9066584 SAN JUAN PR 00907-6584 | | | *Initiation Fee* | X | X | | $ 19,073.06 |
| Account No: **Creditor # : 513** GUILLERMO GARCIA P. O. BOX 10024 SAN JUAN PR 00922 | | | *Initiation Fee* | X | X | | $ 7,200.00 |
| Account No: **Creditor # : 514** GUILLERMO GONZALEZ P.O. BOX 3021 NEW BEDFORD MA 02741 | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. __85__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 46,349.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 515 GUILLERMO J. TIRADO MENENDEZ P.O. BOX 7303 CAGUAS PR 00726-7303 | | | Initiation Fee | X | X | | $ 11,004.90 |
| Account No: Creditor # : 516 GUILLERMO M. NIGAGLIONI VIDAL URB. PASEO SAN JUAN G12 AVE. LAS PALOMAS SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 517 GUILLERMO MARTINEZ RIOS CALLE B ESQ J #16 OF 105 EDIF. HNAS DAVILA BAYAMON PR 00959 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 518 GUILLERMO TOLEDO GARCIA 57 PARQUE ORIENTE PASEO DEL PARQUE SAN JUAN PR 00913 | | | Initiation Fee | X | X | | $ 19,951.64 |
| Account No: Creditor # : 519 GUILLIAN I. HERNANDEZ SIERRA PO BOX 1914 CAROLINA PR 00985 | | | Initiation Fee | X | X | | $ 8,346.50 |
| Account No: Creditor # : 520 GUINILLA ROEVER TRAMINER STR. 9 81547MUNCHEN GERMAN GERMANY | | | Initiation Fee | X | X | | $ 8,211.28 |

Sheet No. __86__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**              $ 75,914.32

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____

**Debtor(s)**                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 521** *GUNNAR BRITO BRU* *2000 CARR. 8171 STE 26* *GMB 118* *GUAYNABO PR 00966-3762* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 522** *GUSTAVO DOMENECH FERNANDEZ* *P.O. BOX 190063* *SAN JUAN PR 00919-0063* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 523** *GUSTAVO FERNANDEZ SANCHEZ* *ENTRERIOS # 142* *PLAZA SERENA ST.* *TRUJILLO ALTO PR 00976* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 524** *GUSTAVO LUGO TORRES* *URB. ALTO APOLO* *2120 CALLE SIRCE* *GUAYNABO PR 00969* | | | *Initiation Fee* | X | X | | $ 7,500.00 |
| Account No: **Creditor # : 525** *HANS G. GARCIA JORDAN* *HP-13 AVE. AMALIA PAOLI* *LEVTTOWN PR 00949* | | | *Initiation Fee* | X | X | | $ 11,134.60 |
| Account No: **Creditor # : 526** *HECTOR A. GONZALEZ QUIYONEZ* *P.O. BOX 192344* *SAN JUAN PR 00919-2344* | | | *Membership Deposit* | X | X | | $ 9,178.63 |

Sheet No. __87__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 63,813.23
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No. _____

                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 527 HECTOR A. RIVERA ROSADO CALLE REY LUIS # 441 URB. LA VILLA DE TORRIMAR GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 528 HECTOR ALVAREZ P.O. BOX 9104 SAN JUAN PR 00908-0104 | | | Initiation Fee | X | X | | $ 5,937.74 |
| Account No: Creditor # : 529 HECTOR CARDONA DOBLE MONTEHIEDRAS JILGUERO 244 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 530 HECTOR FIGUEROA URB VISTA HERMOSA B-22 CALLE#2 HUMACAO PR 00791 | | | Other | | | | $ 175.00 |
| Account No: Creditor # : 531 HECTOR FUENTES P. O. BOX 8272 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 7,674.81 |
| Account No: Creditor # : 532 HECTOR H. ORTIZ BELMONTE PALMAS DEL MAR FLAMBOYAN GREEN # 23 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,536.52 |

Sheet No. __88__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              **Subtotal $**         $ 49,324.07

                                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re PALMAS COUNTRY CLUB, INC. _____ , Case No. _____

**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 533 HECTOR IVAN RODRIGUEZ DAVID P.O BOX 12 AIBONITO PR 00705 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 534 HECTOR J. TORRES COLON PASIONARIA # 1931 SANTA MARIA RIO PIEDRAS PR 00927 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No: Creditor # : 535 HECTOR L. MARTIR MARTINEZ THE COURT YARD VILLA # 6 225 TULIP SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 536 HECTOR L. ROSADO PEREZ COND. MUNDO FELIZ APT. 707 CAROLINA PR 00979 | | | Initiation Fee | X | X | | $ 11,367.97 |
| Account No: Creditor # : 537 HECTOR L. TROCHE PALMAS PLANTATION 129 FAIRWAY DR. HUMACAO PR 00791-6023 | | | Initiation Fee | X | X | | $ 9,249.55 |
| Account No: Creditor # : 538 HECTOR LAVERGNE JR. 300 AVE. LA SIERRA BUZON 94 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 5,400.00 |

Sheet No. _89_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 57,717.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                    **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 539 *HECTOR LAVERGNE-ROURE* *185 CANDELERO RD* *PALMAS DEL MAR, FAIRLAKE VILLA* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 5,750.00 |
| Account No: | | | | | | | |
| Creditor # : 540 *HECTOR MARTINEZ SOUSS* *16 CARRION COURT* *APT. 104* *SAN JUAN PR 00911* | | | *Initiation Fee* | X | X | | $ 5,997.63 |
| Account No: | | | | | | | |
| Creditor # : 541 *HECTOR MARTINEZ TORRES* *PMB 471 STE. 140* *200 AVENIDA RAFAEL CORDERO* *CAGUAS PR 00725-3757* | | | *Initiation Fee* | X | X | | $ 11,768.26 |
| Account No: | | | | | | | |
| Creditor # : 542 *HECTOR MENDEZ* *MONTEHIEDRA* *80 CARPINTERO STREET* *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 9,600.00 |
| Account No: | | | | | | | |
| Creditor # : 543 *HECTOR OREJUELA* *P.O. BOX 29742* *SAN JUAN PR 00929-0742* | | | *Initiation Fee* | X | X | | $ 10,000.00 |
| Account No: | | | | | | | |
| Creditor # : 544 *HECTOR ORTIZ* *CALLE McKINLEY, T-10* *PARKVILLE* *GUAYNABO PR 00969* | | | *Initiation Fee* | X | X | | $ 20,000.00 |

Sheet No. __90__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 63,115.89
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._ _____ ,          Case No. _____
          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 545 HECTOR PEDROSA P. O. BOX 191747 SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 12,500.00 |
| Account No: Creditor # : 546 HECTOR R. APONTE P.O. BOX 490 YABUCOA PR 00767-0490 | | | Initiation Fee | X | X | | $ 1,503.64 |
| Account No: Creditor # : 547 HECTOR R. AYALA ROSADO P.O. BOX 13304 SANTURCE PR 00908 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 548 HECTOR R. GONZALEZ 47 HARBORT LIGHT PALMAS DEL MAR HUMACAO PR 00791-6053 | | | Initiation Fee | X | X | | $ 11,768.24 |
| Account No: Creditor # : 549 HECTOR SANTIAGO TOCA MONTEBELLO LA-9 GARDEN HILLS GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 550 HECTOR SAURI GARCIA 176 WEDGE ST. PALMAS PLANTATION HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. __91__ of __250__ continuation sheets attached to Schedule of       **Subtotal $**        $ 65,771.88
Creditors Holding Unsecured Nonpriority Claims                                **Total $**
                                          (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                          and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 551 Hector Turf, Inc. 1301 N.W. 3 Street Deerfield Beach FL 33442 | | | Maintenance Fees | | | | $ 14,094.96 |
| Account No: Creditor # : 552 HENRY GONZALEZ RIVERA WINSTON CHURCHILL # 130 SUITE #1 PMB 335 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,554.78 |
| Account No: Creditor # : 553 HERBERT SCHLESINGER 14 RIO VISTA DR. MAHWAH NY 07430 | | | Initiation Fee | X | X | | $ 17,250.00 |
| Account No: Creditor # : 554 HERIBERTO ACOSTA P.O. BOX 191915 SAN JUAN PR 00919-1915 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 555 HERIBERTO DIAZ P.O. BOX 694 MUNDELIEN IL 60060 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 556 HERIBERTO LOURIDO P. O. BOX 9350 HUMACAO PR 00792-9350 | | | Initiation Fee | X | X | | $ 3,251.41 |

Sheet No. __92__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**　　　$ 65,551.15

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 557 <br> HERIBERTO MARTINEZ LEBRON <br> P.O. BOX 2340 <br> GUAYAMA PR 00785 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 558 <br> HERIBERTO VARGAS COLON <br> URB. MONTE CLARO ME 44 <br> PLAZA 15 <br> BAYAMON PR 00961 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: <br> Creditor # : 559 <br> HERMINIO ALAMO MORALES <br> BARRETT HALE & ALAMO <br> DEL PARQUE 207 6TH FLOOR <br> SAN JUAN PR 00912 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 560 <br> HERNAN J. TORRES SAMPAYO <br> 4916 VINCE CLIFF WAY E <br> PALM BEACH GARDE FL 33418 | | | Initiation Fee | X | X | | $ 8,614.18 |
| Account No: <br> Creditor # : 561 <br> HIPOLITO COLON CASTRO <br> #73 TWILIGHT ST. <br> SUNRISE <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,299.23 |
| Account No: <br> Creditor # : 562 <br> HOLLY TUTTLE <br> 331 HARRISON AVE. <br> ELKINS PARK PA 19027 | | | Initiation Fee | X | X | | $ 8,200.00 |

Sheet No. __93__ of __250__ continuation sheets attached to Schedule of                     **Subtotal $**        $ 68,881.67
Creditors Holding Unsecured Nonpriority Claims                                                                **Total $**
                                    (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

**Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 563 <br> Home Made Food Services <br> Urb. Las Cumbres <br> 497 Ave. Emil. Pol PMB 178 <br> San Juan PR 00926-5636 | | | Supplies | | | | $ 1,640.00 |
| Account No: <br> Creditor # : 564 <br> HOMERO GONZALEZ <br> P. O. BOX 192452 <br> SAN JUAN PR 00919-2452 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No: <br> Creditor # : 565 <br> HORACIO E. DIAZ CORVALAN <br> PALMAS DEL MAR <br> 6 URB. COSTA VERDE <br> HUMACAO PR 00791-6036 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: <br> Creditor # : 566 <br> HOWARD GORHAM <br> P.O. BOX 32 <br> 12 BISHOP ESTATE <br> LENOX MA 01240 | | | Initiation Fee | X | X | | $ 6,886.25 |
| Account No: <br> Creditor # : 567 <br> HUGH ANDREWS <br> 64 WASHINGTON STREET <br> SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 9,600.00 |
| Account No: <br> Creditor # : 568 <br> HUMBERTO CORDERO <br> 786 ST. ALBANS DRIVE <br> BOCA RATON FL 33486 | | | Initiation Fee | X | X | | $ 8,000.00 |

Sheet No. __94__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 54,894.51

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
            **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 569** *HUMBERTO QUINTANA BRITO SABANERA DORADO 188 CAMINO DEL NARCIZO DORADO PR 00646* | | | *Initiation Fee* | X | X | | $ 5,200.90 |
| Account No: **Creditor # : 570** *HUMBERTO R. CHARNECO P.O. BOX 9506 SAN JUAN PR 00908* | | | *Initiation Fee* | X | X | | $ 11,928.91 |
| Account No: **Creditor # : 571** *HUMBERTO VAZQUEZ RIVERA 1577 MUYOZ RIVERA EXT. MARIANI PONCE PR 00717-0211* | | | *Initiation Fee* | X | X | | $ 9,849.02 |
| Account No: **Creditor # : 572** *HUMITECH P.R. 35 Juan C. Borbon Suite 67 Guaynabo PR 00969* | | | *Maintenance Fees* | | | | $ 360.00 |
| Account No: **Creditor # : 573** *IAN PORTELA P O BOX 193069 SAN JUAN PR 00919* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 574** *ICS OF PUERTO RICO CLUB COSTA MARINA I APT 6-D CAROLINA PR 00982* | | | *Other* | | | | $ 534.95 |

Sheet No. __95__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 39,873.78 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC. _____ ,     Case No._____
           **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 575<br>IDEAL PRODUCE & SERVICE<br>PO BOX 2464<br>CANOVANAS PR 00729 | | | Food Supplier | | | | $ 13,931.30 |
| Account No:<br>Creditor # : 576<br>IDIA L. VELAZQUEZ LOZADA<br>P.O. BOX 1197<br>LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 577<br>IGNACIO BEAUCHAMP<br>P.O. BOX 11950<br>CAPARRA HEIGHTS STA.<br>SAN JUAN PR 00922-1950 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No:<br>Creditor # : 578<br>Imperial Head Wear,Inc.<br>1086 Paysphere Circle<br>Chicago IL 60674 | | | Merchandise | | | | $ 2,436.56 |
| Account No:<br>Creditor # : 579<br>INGRID M. SCHMIDT SANTIAGO<br>URB. SABANERA 57<br>CAMINO DE LOS YAGRUMOS<br>CIDRA PR 00739 | | | Initiation Fee | X | X | | $ 11,144.28 |
| Account No:<br>Creditor # : 580<br>INRUMEC<br>Industrial Rubber & Mechanic<br>P.O. Box 363713<br>San Juan PR 00936-3713 | | | Other | | | | $ 263.77 |

Sheet No.  96  of  250  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 49,775.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____
                              **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 581 IRVING RAPHAEL 7301 DARTMOOR CROSSING FAYETTEVILLE NY 13066-2477** | | | *Initiation Fee* | X | X | | $ 4,771.60 |
| Account No: **Creditor # : 582 IRWIN GOLDBERGER 991 BENTON STREET WOODMERE NY 11598** | | | *Initiation Fee* | X | X | | $ 10,100.00 |
| Account No: **Creditor # : 583 ISAAC MARQUEZ HERNANDEZ P.O. Box 12096 San Juan PR 00913** | | | *Initiation Fee* | X | X | | $ 11,536.52 |
| Account No: **Creditor # : 584 ISABEL VIDAL LOMBARDERO SABANERA DEL RIO CALLE CAOBOS #125 GURABO PR R. 00778** | | | *Initiation Fee* | X | X | | $ 1,500.00 |
| Account No: **Creditor # : 585 ISAIAS SERRANO RAMOS P.O. BOX 1646 RIO GRANDE PR 00745** | | | *Initiation Fee* | X | X | | $ 10,588.89 |
| Account No: **Creditor # : 586 ISIDRO BARANDA ALONSO 14 SURFSIDE PALMAS DEL MAR, HUMACAO PR 00791** | | | *Initiation Fee* | X | X | | $ 15,736.47 |

Sheet No. __97__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 54,233.48

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

               **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 587 ISIDRO BARANDA SUAREZ 14 SURFSIDE RD. PALMAS DEL MAR HUMACAO PR 00791** | | | *Initiation Fee* | X | X | | $ 9,581.34 |
| Account No: **Creditor # : 588 ISMAEL ADAMES GONZALEZ CIUDAD UNIVERSITARIA Q-3 CALLE 21 TRUJILLO ALTO PR 00976** | | | *Other* | | | | $ 175.00 |
| Account No: **Creditor # : 589 ISMAEL BRITO CALLE CUENCA F-25 EL REMANSO SAN JUAN PR 00926** | | | *Initiation Fee* | X | X | | $ 16,677.50 |
| Account No: **Creditor # : 590 ISMAEL EMMANUELLI URB. EL MONTE 2836 CALLE EL MONTE PONCE PR 00716** | | | *Initiation Fee* | X | X | | $ 15,000.00 |
| Account No: **Creditor # : 591 ISMAEL FERRER PMB 191 P.O. BOX 70005 FAJARDO PR 00738** | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 592  ISMAEL H. SANCHEZ FIGUEROA B-11 GARFIELD PARKVILLE GUAYNABO PR 00969** | | | *Initiation Fee* | X | X | | $ 20,000.00 |

Sheet No. __98__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                   **Subtotal $**       $ 73,433.84

                                                   **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 593 ISMAEL PEREZ MARTINEZ 125 HARBOUR DR. APT 27 HUMACAO PR 00791-6214 | | | Initiation Fee | X | X | | $ 11,700.00 |
| **Account No:** Creditor # : 594 ISMAEL ROQUE 107 ALMIRANTE PINZON EL VEDADO SAN JUAN PR 000918 | | | Initiation Fee | X | X | | $ 11,536.52 |
| **Account No:** Creditor # : 595 ISMAEL ROQUE ROSARIO CALLE ALMIRANTE PINZON # 107 EL VEDADO SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 596 ISRAEL COTTO OYOLA C/ 9 M-3 VILLA VICTORIA CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 11,768.26 |
| **Account No:** Creditor # : 597 IVAN A. BAEZ LUGO 60 LADY PALM STREET URB. PALMA REAL GUAYNABO PR 00696-5808 | | | Initiation Fee | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 598 IVAN CARTAGENA P.O. BOX 890 GURABO PR 00778-0890 | | | Initiation Fee | X | X | | $ 6,567.06 |

Sheet No. __99__ of __250__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 65,571.84

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 599 <br> IVAN HERNANDEZ | | | Initiation Fee | X | X | | $ 1,350.00 |
| Account No: <br> Creditor # : 600 <br> IVAN I. FERNANDEZ <br> P.O. BOX 193007 <br> SAN JUAN PR 00919-3007 | | | Initiation Fee | X | X | | $ 143.38 |
| Account No: <br> Creditor # : 601 <br> IVAN ROBLES MARTINEZ <br> PEARLE VISION <br> 110 AVE. RIO HONDO SUITE 6 <br> BAYAMON PR 00961-3101 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 602 <br> IVAN S. AYALA VELEZ <br> P.O. BOX 193222 <br> SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 7,500.00 |
| Account No: <br> Creditor # : 603 <br>  IVAN SANTOS <br> FLORES DE MONTEHIEDRA <br> #634 DON DIEGO ST. <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 19,967.90 |
| Account No: <br> Creditor # : 604 <br> IVELISSE COLLAZO RIVERA <br> APT. 109 <br> JARDINES DE MONTEHIEDRAS <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,376.00 |

Sheet No. _100_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**        $ 52,337.28

                                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                           **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 605<br>IVELISSE M. FERNANDEZ<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR 00936-2708 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No:<br>Creditor # : 606<br>IVELISSE RAMIREZ MARRERO<br>P.O. BOX 190368<br>SAN JUAN PR 00919-0368 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No:<br>Creditor # : 607<br>IVONNE ANDREU GONZALEZ<br>PROCTER & GAMBLE<br>P.O. BOX 363187<br>SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 19,581.34 |
| Account No:<br>Creditor # : 608<br>IVONNE ARROYO<br>PMB # 76<br>P.O. BOX 70344<br>SAN JUAN PR 00936-8344 | | | Initiation Fee | X | X | | $ 917.18 |
| Account No:<br>Creditor # : 609<br>IVY M. GARCIA<br>PMB 188 #405 AVE.<br>ESMERALDA SUITE 2<br>GUAYNABO PR 00969 | | | Other | | | | $ 75.00 |
| Account No:<br>Creditor # : 610<br>J & M Depot, Inc.<br>P.O. Box 29427<br>San Juan PR 00929-9427 | | | Other | | | | $ 3,073.22 |

Sheet No. _101_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 50,415.00
**Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u>                                    ,        Case No. _____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 611<br>J. ANTONIO FERNANDEZ JAQUETE<br>405 VIA VERSALLES<br>URB VILLAS REALES<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 14,768.28 |
| Account No:<br>Creditor # : 612<br>J. FERNANDO RODRIGUEZ<br>URB. PALMA REAL #23<br>CALLE PAMA DE COROZO<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 9,100.00 |
| Account No:<br>Creditor # : 613<br>J. MARSHALL HUGHES<br>1256 CAMPBELL LANE, STE. 201<br>BOWLING GREEN KY 42104 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 614<br>JACK COTTRELL<br>P.O. BOX 73<br>680 TOUTE 29<br>ROCK CITY FALLS NY 12863 | | | Initiation Fee | X | X | | $ 8,425.16 |
| Account No:<br>Creditor # : 615<br>JACK HENRY<br>PMB 519<br>138 AVE. WINSTON CHURCHILL<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 17,747.01 |
| Account No:<br>Creditor # : 616<br>JACK SEMANAZ<br>CALLE OVIEDO A-2<br>TORRIMAR<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 2,750.00 |

Sheet No. _102_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 72,790.45

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 617 JACKIE VANDERLAAN 288 GETTYSBURG WAY LINCOLN PARK NJ 07035 | | | Initiation Fee | X | X | | $ 7,000.00 |
| Account No: Creditor # : 618 JACQUELINE HERNANDEZ P.O. BOX 366431 SAN JUAN PR 00936-6431 | | | Initiation Fee | X | X | | $ 5,453.71 |
| Account No: Creditor # : 619 JADEYRA RIVAS DE BRITO SHELL CASTLE # 21 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,073.04 |
| Account No: Creditor # : 620 JAIME A. MIRANDA SANTINI P.O. BOX 24 BARRANQUITAS PR 00794 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 621 JAIME BRAVO 165 REINA ISABEL LA VILLA DE TORRIMAR GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 10,012.50 |
| Account No: Creditor # : 622 JAIME E. SANTOS JR. LOMA ALTA T-2 GARDEN HILLS GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 4,150.00 |

Sheet No._103_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 57,689.25

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 623** JAIME FERNANDEZ PALACIOS ALBOLOTE, BUZON 85 CHALETS DEL PARQUE GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 9,041.30 |
| Account No: **Creditor # : 624** JAIME SANTOS MIRABAL P.O. BOX 361674 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 5,665.48 |
| Account No: **Creditor # : 625** JAIME SOLER PEREZ P.O. BOX 10122 SAN JUAN PR 00908-0122 | | | Initiation Fee | X | X | | $ 10,969.90 |
| Account No: **Creditor # : 626** JAIME TORRES-GAZTAMBIDE 1431 AVE. PONCE DE LEON SUITE 801 SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 6,841.30 |
| Account No: **Creditor # : 627** JAMES COHEN 630 FIRST AVE. APT. 14 B NEW YORK NY 10016 | | | Initiation Fee | X | X | | $ 2,375.07 |
| Account No: **Creditor # : 628** JAMES HARVIE RIDGE TOP #5 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,200.00 |

Sheet No. _104_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  **Subtotal $**     $ 42,093.05
                  **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 629 JAMES PROULX P. O. BOX 32743 DETROIT MI 48232 | | | Initiation Fee | X | X | | $ 6,200.00 |
| Account No: Creditor # : 630 JAMES RIVERA 104 LEEWOOD LANE PORT JEFFERSON NY 11777 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 631 JAMES SCHMITZ RIDGETOP # 12 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,350.00 |
| Account No: Creditor # : 632 JAMES SCOTT 37-50 NORTHUMBERLAND RD. LONDON ONTARIO CANADA N6H5J2 | | | Initiation Fee | X | X | | $ 6,250.00 |
| Account No: Creditor # : 633 JAMES T. WEIDNER PMB 166 295 PALMAS INN WAY STE 130 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 634 JAMES THORDSEN GPO BOX 362733 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 5,900.00 |

Sheet No. _105_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 58,700.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 635** *Jamie Sadock, LLC.* *7 West 18th Street* *New York NY 10011* | | | *Merchandise* | | | | $ 1,404.19 |
| Account No: **Creditor # : 636** *JANET HUARTE* *6040 BLVD. EAST # 6-J* *WEST NEW YORK NJ 07093-3810* | | | *Initiation Fee* | X | X | | $ 4,816.25 |
| Account No: **Creditor # : 637** *JANET LAMBOY ROBLES* *COND. ASTRALIS APT 302* *9546 CALLE DIAZ WAY* *CAROLINA PR 00979* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 638** *JANET RIEFKOHL* *28 ELMHAM LN* *BELLA VISTA AR 72714* | | | *Initiation Fee* | X | X | | $ 563.53 |
| Account No: **Creditor # : 639** *JANITZIA SCHURCH* *7829 CENTER BLVD. SE* *BOX 168* *SNOQUALMIE WA 98065* | | | *Membership Deposit* | X | X | | $ 11,588.05 |
| Account No: **Creditor # : 640** *JANSSEN ORTHO* *HC-02 BOX 19250* *ROAD 933, KM. 0.1* *GURABO PR 00778* | | | *Initiation Fee* | X | X | | $ 18,039.00 |

Sheet No. _106_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal $**         $ 48,411.02

                                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
          **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 641 JASON MARTINEZ URB PARQUE DE CANDELERO CALLE CORAL #18 HUMACAO PR 00791 | | | Other | | | | $ 175.00 |
| Account No: Creditor # : 642 JAVIER A. CARDENAS SURILLO P.O. BOX 192576 SAN JUAN PR 00919-2576 | | | Initiation Fee | X | X | | $ 1,107.60 |
| Account No: Creditor # : 643 JAVIER CASTILLO 609 AVE. TITO CASTRO SUITE 102 PMB 375 PONCE PR 00716 | | | Initiation Fee | X | X | | $ 5,250.00 |
| Account No: Creditor # : 644 JAVIER CORUJO 295 PALMAS INN WAY SUITE 137 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 645 JAVIER D. FERRER FERNANDEZ JR. 15 MEADOWLANE STREET GARDEN HILLS GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 8,150.00 |
| Account No: Creditor # : 646 Javier F. Carrasquillo P.O. Box 3353 Carolina PR 00984-3353 | | | Other | | | | $ 1,061.44 |

Sheet No. _107_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 30,744.04

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,  Case No. _____
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 647<br>JAVIER FERRER PRENDES SR.<br>711 VILTMORE WAY APT. 402<br>CORAL GABLES FL 33134 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 648<br>JAVIER I. ARROYO CAMUYAS<br>P.O. BOX 9122<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 649<br>JAVIER J. MUYOZ DELGADO<br>HC-03 BOX 36286<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 11,775.46 |
| Account No:<br>Creditor # : 650<br>JAVIER RIVERA<br>HERMANAS MENA 204<br>PASEO REAL MONTEJO<br>MANATI PR 00674 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No:<br>Creditor # : 651<br>JAVIER RUIZ<br>P O BOX 33-6006<br>PONCE PR 00733-6006 | | | Initiation Fee | X | X | | $ 6,700.00 |
| Account No:<br>Creditor # : 652<br>JAVIER VAZQUEZ RODRIGUEZ<br>URB. VISTAPOINT<br>3416 PASEO VERSATIL<br>PONCE PR 00716 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. <u>108</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 65,675.46

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
               **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 653 JAY GORDON 269 CENTRAL AVENUE UNIT #2 LAWRENCE NY 11559-1536 | | | Initiation Fee | X | X | | $ 10,050.00 |
| Account No: Creditor # : 654 JEANINE LAVERGNE CASILLAS DE PALMAS B-1 155 CANDELERO DR. HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 16,412.72 |
| Account No: Creditor # : 655 JEANNETTE T. MARRERO CANINO BOX 152 AIBONITO PR 00705 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 656 JEFF LEWIS 1874 DINO BLVD. NORTH DOVER NJ 08755 | | | Initiation Fee | X | X | | $ 10,745.90 |
| Account No: Creditor # : 657 JEFFREY ALBIN 910 VILLA FLORENZA DRIVE NAPLES FL 34119 | | | Initiation Fee | X | X | | $ 6,400.00 |
| Account No: Creditor # : 658 JEFFREY HERNANDEZ SUITE 188 P. O. BOX 4960 CAGUAS PR 00726-4960 | | | Initiation Fee | X | X | | $ 7,247.03 |

Sheet No. _109_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 62,855.65

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____
                    **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 659 <br> JENARO SCARANO <br> P. O. BOX 801058 <br> COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 6,350.00 |
| Account No: <br> Creditor # : 660 <br> JEONG HO YUN <br> COND. CONDADO PRINCESS <br> CALLE WASHINGTON # 901 <br> SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: <br> Creditor # : 661 <br> JERRY JENKINS <br> 19406 REMINGTON MANOR <br> SPRING TX 77379 | | | Initiation Fee | X | X | | $ 1,300.00 |
| Account No: <br> Creditor # : 662 <br> JERRY W. WHITE <br> 1232 DENBIGH LANE <br> RADNOR PA 19087 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 663 <br> JESSE L. LLOP VELEZ <br> 443 BLVD. LOS ARBOLES <br> ARBOLES DE MONTEHIEDRAS <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,217.30 |
| Account No: <br> Creditor # : 664 <br> JESSICA MARTINEZ <br> P.O. BOX 11525 <br> SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 8,400.00 |

Sheet No. _110_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 58,035.56

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,                Case No._____
          **Debtor(s)**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 665 JESUS ALVAREZ PEREZ 45 PARK PLACE SOUTH # 292 MORRISTOWN NJ 07960 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 666 JESUS HERBON McLEARY # 1966 SANTURCE PR 00911 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 667 JESUS LATALLADI CALLE BIENTEVEO # 15 MONTEHIEDRAS SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 17,906.78 |
| Account No: Creditor # : 668 JESUS MALDONADO HERNANDEZ 5 COSTA VERDE PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 9,581.36 |
| Account No: Creditor # : 669 JESUS MONTANO P. O. BOX 29908 SAN JUAN PR 00929-0908 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 670 JESUS R. SIERRA DIAZ PASEO DEL PUERTO # 193 LOS FAROLES BAYAMON PR 00957 | | | Initiation Fee | X | X | | $ 11,512.40 |

Sheet No. _111_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 69,000.54

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 671** *JOAN NESBITT* *P.O. BOX 384* *ZEBULON GA 30295* | | | *Initiation Fee* | X | X | | $ 6,200.00 |
| Account No: **Creditor # : 672** *JOAN NOVOGRADAC* *300 MILLVIEW DRIVE* *PITTSBURGH PR 15238-1643* | | | *Initiation Fee* | X | X | | $ 5,500.00 |
| Account No: **Creditor # : 673** *JOAQUIN IGLESIAS BELENDEZ* *PASEO MAYOR* *STREET 8, D-28* *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 8,400.00 |
| Account No: **Creditor # : 674** *JOAQUIN OLIVER* *COND. PLAZA REAL CAPARRA* *187 CARR. # 2 PH6* *GUAYNABO PR 00966* | | | *Initiation Fee* | X | X | | $ 8,100.00 |
| Account No: **Creditor # : 675** *JOAQUIN RODRIGUEZ* *11 RIDGE TOP DRIVE* *PALMAS DEL MAR* *HUMACAO PR 00791-6059* | | | *Initiation Fee* | X | X | | $ 16,162.72 |
| Account No: **Creditor # : 676** *JOAQUIN SOLER SR.* *295 PALMAS INN WAY* *119 B PALMAS DEL MAR* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 10,300.00 |

Sheet No. _112_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                      $ 54,662.72

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,          Case No. _____

          **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 677<br>*Joe & Vic Hotel & Rest. Supply*<br>*P.O. Box 13502*<br>*Santurce PR 00908* | | | Food Supplier | | | | $ 409.82 |
| Account No:<br>Creditor # : 678<br>*JOHN BARBERAN*<br>*668 SENECA AVE.*<br>*RIDGEWOOD NY 11385* | | | Initiation Fee | X | X | | $ 12,500.00 |
| Account No:<br>Creditor # : 679<br>*JOHN DE PAUL*<br>*22 SURFSIDE*<br>*PALMAS DEL MAR*<br>*HUMACAO PR 00791* | | | Initiation Fee | X | X | | $ 9,000.00 |
| Account No:<br>Creditor # : 680<br>*JOHN E. KIESEL*<br>*CALLE CEDRO #10*<br>*ROBLE VALLEY, PALMAS DEL MAR*<br>*HUMACAO PR 00791* | | | Initiation Fee | X | X | | $ 17,250.00 |
| Account No:<br>Creditor # : 681<br>*JOHN FRITTS*<br>*PLEASANTVILLE ROAD*<br>*NEW VERNON NJ 07976* | | | Initiation Fee | X | X | | $ 6,709.54 |
| Account No:<br>Creditor # : 682<br>*JOHN G. BOWEN*<br>*85 MORGAN AVE.*<br>*YARDLEY PA 19067* | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. <u>113</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 65,869.36

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

**Debtor(s)**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 683 <br> JOHN KARCHER <br> 2 DEW LANE <br> DARIEN CT 06820 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: <br> Creditor # : 684 <br> JOHN LEE IV <br> 12150 MONUMENT DRIVE <br> SUITE # 150 <br> FAIRFAX VA 22033 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 685 <br> JOHN MAGGIO <br> 4 LILAC COURT <br> COLD SPRINGS HILL <br> HUNTINGTON NY 11743 | | | Initiation Fee | X | X | | $ 4,909.00 |
| Account No: <br> Creditor # : 686 <br> JOHN ORTA <br> 1532 127th STREET <br> COLLEGE POINT NY 11356-2332 | | | Initiation Fee | X | X | | $ 7,161.10 |
| Account No: <br> Creditor # : 687 <br> JOHN PUTNAM <br> 121 EAST 60TH STREET <br> NEW YORK CITY NY 10022 | | | Initiation Fee | X | X | | $ 5,489.73 |
| Account No: <br> Creditor # : 688 <br> JOHNNY SERRALLES <br> P.O. BOX 481 <br> COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 5,750.00 |

Sheet No. _114_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 53,309.83

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
           **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 689 JON S. BRIGHTMAN 3700 N. LAKE SHORE DR. # 703 CHICAGO IL 60613 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 690 JORDAN BERKMAN 2921 HEMLOCK FARMS HAWLEY PA 18428 | | | Initiation Fee | X | X | | $ 5,550.00 |
| Account No: Creditor # : 691 JORGE A. MARCANO APONTE HC-06, BOX 72501 CAGUAS PR 00725-9511 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No: Creditor # : 692 JORGE BERMUDEZ TORREGROSA 416 EXCORIAL AVE. CAPARRA HEIGHTS SAN JUAN PR 00920 | | | Initiation Fee | X | X | | $ 18,292.98 |
| Account No: Creditor # : 693 JORGE BIAGGI PMB BOX. 309 295 PALMAS INN WAY SUITE 130 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 6,394.42 |
| Account No: Creditor # : 694 JORGE C. JARROT COND. MONT BLANC APT 1001 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,200.00 |

Sheet No. _115_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 77,437.40

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re PALMAS COUNTRY CLUB, INC. _____ , Case No._____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 695<br> JORGE CLAUDIO SILVA<br>PALMAS PLANTATION 127<br>PDM<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 19,974.05 |
| Account No:<br>Creditor # : 696<br>JORGE DE JESUS<br>P.O. BOX 11856<br>CAPARRA HEIGHTS STA.<br>GUAYNABO PR 00922 | | | Initiation Fee | X | X | | $ 7,002.00 |
| Account No:<br>Creditor # : 697<br>JORGE DEL TORO<br>1059 NAUTICA DRIVE<br>WESTON FL 33331 | | | Initiation Fee | X | X | | $ 10,912.54 |
| Account No:<br>Creditor # : 698<br> JORGE E. MARTINEZ LANDRON<br>P.O. BOX 192938<br>SAN JUAN PR 00919-2938 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 699<br>JORGE E. MATTEI<br>CONDOMINIO EL REY , APT 6 A<br>CALLE RODRIGUEZ CERRA #8<br>SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 7,650.00 |
| Account No:<br>Creditor # : 700<br>JORGE E. RIVERA JIMENEZ<br>P.O. BOX 195375<br>SAN JUAN PR 00919-5375 | | | Initiation Fee | X | X | | $ 8,000.00 |

Sheet No. 116 of 250 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 73,538.59

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 701 JORGE G. DIAZ RIVERA CALLE7, BLOQUE I-10 EL MIRADOR SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 702 JORGE H. CARRILLO MUNOZ URB. SABANERA DEL RIO CALLE HELECHOS # 264 GURABO PR 00778 | | | Initiation Fee | X | X | | $ 7,645.21 |
| Account No: Creditor # : 703 JORGE L CORTES RUIZ # 377 DORADO BEACH EAST DORADO PR 00646 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 704  JORGE L. CORDERO SOTO P.O. BOX 360447 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 705 JORGE L. MARTINEZ DIAZ PARQUE MONTEVERDE 2 CALLE MARGARITA # 02 SAN JUAN PR 00926-6000 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 706  JORGE L. ROBERT VIZCARRONDO P.O. BOX 192304 SAN JUAN PR 00919-2304 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _117_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 83,645.21

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

**Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 707** *JORGE LOPEZ P. O. BOX 190069 SAN JUAN PR 00919-0069* | | | *Initiation Fee* | X | X | | $ 5,541.93 |
| Account No: **Creditor # : 708** *JORGE LUIS GONZALEZ ROSA 902 VIA PRIMAVERA HACIENDA SAN JOSE CAGUAS PR 00727-3083* | | | *Initiation Fee* | X | X | | $ 10,750.50 |
| Account No: **Creditor # : 709** *JORGE M. ALVAREZ BLASCO URB. BALDRICH 568 CALLE ABOLICION SAN JUAN PR 00918* | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 710** *JORGE MAYENDIA VALDEZ PMB 348 35 J.C. DE BORBON GUAYNABO PR 00969* | | | *Initiation Fee* | X | X | | $ 22,082.93 |
| Account No: **Creditor # : 711** *JORGE MUNDO P.O. BOX 1447 JUNCOS PR 00777* | | | *Initiation Fee* | X | X | | $ 10,000.00 |
| Account No: **Creditor # : 712** *JORGE NIEVES CALLE # 4 B-24 PASEO MAYOR SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 1,737.57 |

Sheet No. _118_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 70,112.93

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 713 JORGE OSTOLAZA BEY URB. QUINTAS REALES CALLE PRINCIPE EDUARDO I-6 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 7,368.26 |
| Account No: Creditor # : 714 JORGE PAOLI BRUNO P.O. BOX 193789 SAN JUAN PR 00919-3789 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 715 JORGE PEREZ 1248 SW BRIARWOOD DRIVE PORT ST. LUCIE FL 34986 | | | Initiation Fee | X | X | | $ 6,750.00 |
| Account No: Creditor # : 716 JORGE RIVERA RODRIGUEZ HACIENDAS DE PALMAS 150 PALMAS DRIVE APT 206 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 6,965.93 |
| Account No: Creditor # : 717 JOSE A. BENIQUEZ FERNANDEZ PARQUE DEL MONTE MC-13 ENCANTADA TRUJILLO ALTO PR 00976 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 718 JOSE A. CANGIANO LESPIER P.O. BOX 7105 PMB 595 PONCE PR 00732 | | | Initiation Fee | X | X | | $ 17,250.00 |

Sheet No. _119_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 62,334.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 719 JOSE A. CARPENA 336 CAMINO DEL PRADO, SACANERA CIDRA PR 00739 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 720 JOSE A. CASAL P.O. BOX 10305 SAN JUAN PR 00922-0305 | | | *Initiation Fee* | X | X | | $ 10,200.00 |
| **Account No:** Creditor # : 721 JOSE A. CASILLAS BOX 667 HUMACAO PR 00792 | | | *Initiation Fee* | X | X | | $ 9,435.48 |
| **Account No:** Creditor # : 722 JOSE A. CHAVES CARBIA TERRAZA DEL TINTILLO CALLE 1 # 15 GUAYNABO PR 00966 | | | *Initiation Fee* | X | X | | $ 10,200.00 |
| **Account No:** Creditor # : 723 JOSE A. DE POOL SANTANA IMAGES PLAZA RIO HONDO BAYAMON PR 00961 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 724 JOSE A. DELGADO LUCCA P.O. BOX 3979 CAROLINA PR 00984 | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. _120_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 65,835.48

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 725 <br> JOSE A. DIAZ <br> P.O. BOX 713 <br> GURABO PR 00778 | | | Initiation Fee | X | X | | $ 1,381.82 |
| Account No: <br> Creditor # : 726 <br> JOSE A. FERNANDEZ CARMONA <br> P. O. BOX 193007 <br> SAN JUAN PR 00919-3007 | | | Initiation Fee | X | X | | $ 5,700.00 |
| Account No: <br> Creditor # : 727 <br> JOSE A. GONZALEZ <br> CALLE JESUS T. PINERO # 7 <br> LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 4,624.20 |
| Account No: <br> Creditor # : 728 <br> JOSE A. LANAUSSE MONTANEZ <br> URB SAN MARTIN <br> #21 CALLE 4 <br> PATILLAS PR 00723 | | | Initiation Fee | X | X | | $ 13,700.00 |
| Account No: <br> Creditor # : 729 <br> JOSE A. LOPEZ SANCHEZ <br> CASCADA M-25 <br> ALTURAS DEL REMANSO <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 6,736.52 |
| Account No: <br> Creditor # : 730 <br> JOSE A. MEJIA LAFONT <br> PARQUE DE SAN IGNACIO <br> CALLE 3 E-7 <br> SAN JUAN PR 00921 | | | Initiation Fee | X | X | | $ 3,642.57 |

Sheet No. _121_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 35,785.11

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 731<br>JOSE A. MONTES MERCADO<br>JAZMIN 1682,<br>URB. SAN FRANCISCO<br>SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 9,968.26 |
| Account No:<br>Creditor # : 732<br>JOSE A. NASSAR<br>P. O. BOX 9132<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 6,968.26 |
| Account No:<br>Creditor # : 733<br>JOSE A. RIVERA CRUZ<br>SJ-15 CALLE PLAZA MONTESINO<br>HACIENDA SAN JOSE<br>CAGUAS PR 00727-3002 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 734<br>JOSE A. ROBLES<br>35 FREDERICK AVE.<br>BAY SHOTE NY 11706 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 735<br>JOSE A. SANTAELLA HERNANDEZ<br>P.O. BOX 7006<br>PONCE PR 00732-7006 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 736<br>JOSE A. VALLES<br>P.O. BOX 819<br>CAGUAS PR 00726-0819 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _122_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 88,936.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                  **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 737** *JOSE A. VAZQUEZ VAZQUEZ LOS MIRTOS 162 URB. HYDE PARK SAN JUAN PR 00927* | | | *Initiation Fee* | X | X | | $ 8,400.00 |
| Account No: **Creditor # : 738** *JOSE ALVARADO FONT MARTELLO 303 HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 2,050.00 |
| Account No: **Creditor # : 739** *JOSE ANTONIO FLORES ROLDAN FAIRWAY DRIVE 108 PALMAS PLANTATION HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 11,536.52 |
| Account No: **Creditor # : 740** *JOSE ARRIETA CALLE PALMERAS # 66 PALMAS REALES HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 15,000.00 |
| Account No: **Creditor # : 741** *JOSE ARSUAGA 613 PONCE DE LEON AVE. APT. 404 SAN JUAN PR 00909* | | | *Initiation Fee* | X | X | | $ 6,500.00 |
| Account No: **Creditor # : 742** *JOSE BEAUCHAMP 43 HARBOUR LIGHTS PALMAS DEL MAR HUMACAO PR 00791-6050* | | | *Initiation Fee* | X | X | | $ 8,000.00 |

Sheet No. _123_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  **Subtotal $**        $ 51,486.52

                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
             **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 743 JOSE BONNIN CALLE EL MONTE #2815 URB. EL MONTE PONCE PR 00716-4837 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 744 JOSE C. LLORENS P.O. BOX 720008 MIAMI FL 33172 | | | Initiation Fee | X | X | | $ 7,021.60 |
| Account No: Creditor # : 745 JOSE C. SANCHEZ J8 AVE. SAN PATRICIO COND. EL LAUREL BOX 41 GUAYNABO PR 00968 | | | Initiation Fee | X | X | | $ 18,164.94 |
| Account No: Creditor # : 746 JOSE CACHO CORTIJO BAJO GA-10 GARDEN HILLS GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 2,000.00 |
| Account No: Creditor # : 747 JOSE CARDONA ALONZO Calle 16 B-11 Alturas de Cupey SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 7,901.06 |
| Account No: Creditor # : 748 JOSE CASTRODAD P.O. BOX 371298 CAYEY PR 00737-1298 | | | Initiation Fee | X | X | | $ 6,123.22 |

Sheet No. _124_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 61,210.82

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
           **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 749 *JOSE COLLAZO* *EDIF. PROF. APT 307* *COND. HOSPITAL MENONITA* *AIBONITO PR 00705* | | | *Initiation Fee* | X | X | | $ 7,472.83 |
| **Account No:** Creditor # : 750 *JOSE DIAZ COLLAZO* *GRAN VISTA 2 PLAZA 7 #67* *GURABO PR 00778* | | | *Initiation Fee* | X | X | | $ 7,635.48 |
| **Account No:** Creditor # : 751 *JOSE E. ALICEA MELERO* *GRAN VISTA 1 # 65* *C/ EL PRADO* *GURABO PR 00778* | | | *Initiation Fee* | X | X | | $ 8,983.74 |
| **Account No:** Creditor # : 752 *JOSE E. ARIAS BENABE* *BOX 2760* *BAYAMON PR 00960-2760* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 753 *JOSE E. BERTRAN* *CALLE MC LEARY 2073* *SAN JUAN PR 00911* | | | *Initiation Fee* | X | X | | $ 5,359.93 |
| **Account No:** Creditor # : 754 *JOSE E. FELICIANO* *1601 ALDA* *URB. CARIBE* *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 10,000.00 |

Sheet No. _125_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal $**       **$ 51,451.98**
                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | X | X | | $ 1,500.00 |
| Creditor # : 755 JOSE E. MENDOZA RIVERA P.O. BOX 363031 SAN JUAN PR 00936-3031 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 20,000.00 |
| Creditor # : 756 JOSE E. RODRIGUEZ AGRELOT P.O. BOX 6895 CAGUAS PR 00726-6895 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 1,500.00 |
| Creditor # : 757 JOSE E. ROSSI COUGHLIN CALLE RIDGE WOOT # O-37 URB. TORRIMAR GUAYNABO PR 00966 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 12,000.00 |
| Creditor # : 758 JOSE E. TOLENTINO RODRIGUEZ P.O. BOX 96 LAS PIEDRAS PR 00771 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 11,536.52 |
| Creditor # : 759 JOSE E. VAZQUEZ BARQUET PMB 644, 89 DE DIEGO AVE. SAN JUAN PR 00927-6346 | | | Initiation Fee | | | | |
| Account No: | | | | X | X | | $ 12,000.00 |
| Creditor # : 760 JOSE ENRIQUE RIVERA IRIZARRY URB. OASIS GARDENS CALLE 18 N-7 GUAYNABO PR 00969 | | | Initiation Fee | | | | |

Sheet No. _126_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 58,536.52 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No. _____
             **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 761 <br> JOSE F. MATOS COLON <br> URB VILLA MERCEDES <br> BOX 4048 <br> GUAYNABO PR 00971 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 762 <br> JOSE F. ORTIZ VAZQUEZ <br> HARBOUR LIGHTS # 3 <br> PALMAS DEL MAR <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,700.00 |
| Account No: <br> Creditor # : 763 <br> JOSE F. RIVERA-VEGA <br> CALLE YERBABUENA # 34 <br> CIUDAD JARDIN RESORT & CC <br> GURABO PR 00778 | | | Initiation Fee | X | X | | $ 7,530.95 |
| Account No: <br> Creditor # : 764 <br> JOSE F. VALLEDOR MAESO <br> ATTN.: BENJAMIN SANTOS <br> P.O. BOX 194601 <br> SAN JUAN PR 00919-4601 | | | Initiation Fee | X | X | | $ 18,744.08 |
| Account No: <br> Creditor # : 765 <br> JOSE FERNANDEZ <br> P. O. BOX 10867 <br> SAN JUAN PR 00922-0867 | | | Initiation Fee | X | X | | $ 5,380.32 |
| Account No: <br> Creditor # : 766 <br> JOSE G RAMOS CARDENAS <br> 9615 AVE LOS ROMEROS <br> SUITE 501 <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 3,600.00 |

Sheet No. _127_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                **Subtotal $**      $ 52,955.35

                                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____
             **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 767 JOSE GARRIGA JIMENEZ AVE. 65 INFANTERIA MARGINAL SAN AGUSTIN # 15 SAN JUAN PR 00923 | | | Initiation Fee | X | X | | $ 9,781.45 |
| Account No: Creditor # : 768 JOSE HECTOR TOLEDO TOLEDO EXE.BULD.,SUITE. 1101-A 623 PONCE DE LEON AVE. SAN JUAN PR 00917-4811 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No: Creditor # : 769 JOSE HERNANDEZ CASTRODAD HC-06 BOX 72501 CAGUAS PR 00725-9511 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No: Creditor # : 770 JOSE HERNANDEZ WEYNE 102 QUENEPA URB. MILAVILLE SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,860.90 |
| Account No: Creditor # : 771 JOSE J. BERRIOS URB. PASEO LAS OLAS # 320 CALLE DELPIN DORADO PR 00646 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 772 JOSE J. GIL DE LAMADRID CALLE VIOLETA S 315 LOMAS DE LA SERRANIA CAGUAS PR 00725-1824 | | | Initiation Fee | X | X | | $ 23,000.00 |

Sheet No. _128_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 98,642.35

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 773** *JOSE JIMENEZ* *P. O. BOX 340* *CAGUAS PR 00726* | | | *Initiation Fee* | X | X | | $ 8,000.00 |
| Account No: **Creditor # : 774** *JOSE L. BENITEZ APONTE* *23 HARBORT LIGHTS* *PALMAS DEL MAR* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 7,750.00 |
| Account No: **Creditor # : 775** *JOSE L. CASTILLO* *P.O. BOX 361813* *SAN JUAN PR 00936-1813* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 776** *JOSE L. LAUREANO DIAZ* *425 WEST BEECH ST. UNIT 1655* *SAN DIEGO CA 92101* | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 777** *JOSE L. UMPIERRE PONTON* *295 PALMAS INN WAY* *PMB 116, SUITE 130* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 19,849.10 |
| Account No: **Creditor # : 778** *JOSE L. VELEZ* *448 NEPTUNE AVENUE* *APT. 20P* *BROOKLYN NY 11224* | | | *Initiation Fee* | X | X | | $ 20,000.00 |

Sheet No. _129_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal $**          $ 87,599.10
                                                             **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,      Case No._____
                                 **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 779<br>JOSE LOZADA SERRANO<br>VALLE ESCONDIDO # 10<br>GUAYNABO PR 00971-8000 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 780<br>JOSE LUIS MUSTELIER CASAL<br>300 AVE. LA SIERRA<br>BOX 173<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,536.52 |
| Account No:<br>Creditor # : 781<br>Jose M. Acosta Monta?ez<br>HC - 3 Box 12019<br>Yabucoa PR 00767 | | | Other | | | | $ 3,227.10 |
| Account No:<br>Creditor # : 782<br>JOSE M. APONTE HERNANDEZ<br>QUADRANGLE MEDICAL CENTER<br>SUITE 201<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 9,050.00 |
| Account No:<br>Creditor # : 783<br>JOSE M. CAMACHO RIVERA<br>P.O. BOX 2515<br>GUAYAMA PR 00785 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 784<br>JOSE M. CANTELLOPS<br>SOUTHVIEW COURT B22<br>BALDWIN PARK<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 10,482.64 |

Sheet No. _130_ of __250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 58,296.26

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,     Case No. _____
                                                        (if known)
            **Debtor(s)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 785 <br> JOSE M. CARDONA RAMIREZ <br> CALLE JUAN J. JIMENEZ # 516 <br> URB. PARQUE CENTRAL <br> HATO REY PR 00918 | | | Initiation Fee | X | X | | $ 2,544.88 |
| Account No: <br> Creditor # : 786 <br> JOSE M. FORTE GARCIA <br> BEACH VILLAGE # 139 <br> PALMAS DEL MAR <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,974.72 |
| Account No: <br> Creditor # : 787 <br> JOSE M. LEON <br> P.O. BOX 12010 <br> SAN JUAN PR 00922-2010 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: <br> Creditor # : 788 <br> JOSE MORALES <br> P. O. BOX 191922 <br> SAN JUAN PR 00919-1922 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No: <br> Creditor # : 789 <br> JOSE O GONZALEZ GARCIA <br> P.O. BOX 195155 <br> SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 18,583.58 |
| Account No: <br> Creditor # : 790 <br> JOSE O. CLAUDIO COLON <br> URB. ESTANCIAS DE BAIROA <br> CALLE CRISANTEMOS B-14 <br> CAGUAS PR 007726-495 | | | Initiation Fee | X | X | | $ 2,004.77 |

Sheet No. <u>131</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 58,107.95

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
               **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 791<br>JOSE O. VALENTIN CRUZ<br>P.O. BOX 5703<br>CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 9,825.06 |
| Account No:<br>Creditor # : 792<br>JOSE ORTIZ<br>P. O. BOX 10009<br>SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 7,732.58 |
| Account No:<br>Creditor # : 793<br>JOSE P. RIVERA<br>P.O. BOX 1300<br>GUAYAMA PR 00785 | | | Initiation Fee | X | X | | $ 4,670.96 |
| Account No:<br>Creditor # : 794<br>JOSE P. RIVERA MENDEZ,SR<br>PALMAS REALES CALLE ARENAS 45<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,384.12 |
| Account No:<br>Creditor # : 795<br>JOSE PABON LUGO<br>P.O. BOX. 40561<br>MINILLAS STATION<br>SAN JUAN PR 00940 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 796<br>JOSE R. ALVAREZ JARAMILLO<br>P.O. BOX 859<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,850.00 |

Sheet No. _132_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              **Subtotal $**       $ 41,462.72

                                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                    **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 797 JOSE R. FUENTES SUITE C-3 COND.GARDEN CENTER HARVARD ST.UNIVERSITY GARDEN SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 23,017.64 |
| Account No: Creditor # : 798 JOSE R. FUMERO PEREZ P.O. BOX 19297 FERNANDEZ JUNCOS STA. SAN JUAN PR 00910 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 799 JOSE R. LABRADOR HERNANDEZ 10 CALLE CANDINA APT 14 A SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 800 JOSE R. LAMBOY ESTANCIAS DE TORTUGUERO CALLE TIVOLI # 332 VEGA BAJA PR 00693 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 801 JOSE R. NASSAR YUMET P.O. BOX 9132 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 802 JOSE R. RODRIGUEZ SANTANA P. O. BOX 8129 CAGUAS PR 00726-8129 | | | Initiation Fee | X | X | | $ 23,000.00 |

Sheet No. _133_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 102,017.64
**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 803 JOSE R. SANCHEZ MENDIOLA STE 112 MSC 365 # 100 GRAND BOULEVAR PASEOS SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: | | | | | | | |
| Creditor # : 804 JOSE R. SOTO SOTO P.O. BOX 730 LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 5,000.00 |
| Account No: | | | | | | | |
| Creditor # : 805 JOSE R. VIZCARRONDO P.O. BOX 10075 SAN JUAN PR 00908-0075 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: | | | | | | | |
| Creditor # : 806 JOSE RAFAEL MORA NAZARIO PO BOX 1393 NORWALK CT 06851 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: | | | | | | | |
| Creditor # : 807 JOSE RAMIREZ P.O. BOX 270324 SAN JUAN PR 00927-0324 | | | Initiation Fee | X | X | | $ 446.92 |
| Account No: | | | | | | | |
| Creditor # : 808 JOSE RAMIREZ ARONE CALAF # 400 SUITE 389 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 6,700.00 |

Sheet No. _134_ of _250_ continuation sheets attached to Schedule of      **Subtotal $**      $ 56,146.92
Creditors Holding Unsecured Nonpriority Claims
                                                                                              **Total $**
                                          (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                          and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 809<br>JOSE RAMOS<br>P.O. BOX 1691<br>VEGA BAJA PR 00694 | | | Initiation Fee | X | X | | $ 10,685.80 |
| Account No:<br>Creditor # : 810<br>JOSE RAUL COLON<br>URB. LOMAS VERDES<br>CALLE LIRIOS 3 B 2<br>BAYAMON PR 00956 | | | Initiation Fee | X | X | | $ 6,906.44 |
| Account No:<br>Creditor # : 811<br>JOSE RODRIGUEZ<br>185 CANDELERO DRIVE 632<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 812<br>JOSE RUBEN SAEZ<br>P. O. BOX 360560<br>SAN JUAN PR 00936-0560 | | | Initiation Fee | X | X | | $ 19,677.50 |
| Account No:<br>Creditor # : 813<br>JOSE SANTIAGO<br>P. O. BOX 7382<br>PONCE PR 00732 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No:<br>Creditor # : 814<br>Jose Santiago, Inc.<br>P.O. Box 191795<br>San Juan PR 00919-1795 | | | Food Supplier | | | | $ 12,563.01 |

Sheet No. _135_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 65,032.75

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re PALMAS COUNTRY CLUB, INC. ,                Case No. _____
                     **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 815 JOSE SERRANO GARRI 5506 SPRUCE TREE AVE. BETHESDA MD 20814 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 816 JOSE SUAREZ CASTRO CALLE H # 28 VILLA CAPARRA GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 9,935.48 |
| Account No: Creditor # : 817 JOSE V. COLON AGUIRRE P.O.BOX 435 ARECIBO PR 00613-0435 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 818 JOSE VALLEDOR DE LA UZ P. O. BOX 11399 CAPARRA HEIGHTS STATION SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No: Creditor # : 819 JOSE VAZQUEZ TANUS P.O. BOX 10328 PONCE PR 00732-0328 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 820 JOSEFINA LOPEZ P.O. BOX 195076 SAN JUAN PR 00919-5076 | | | Initiation Fee | X | X | | $ 1,500.00 |

Sheet No. 136 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 62,935.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ , Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 821 JOSEFINA RAMIRES DE ARELLANO P.O. BOX 362977 SAN JUAN PR 00936-2977 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 822 JOSEPH ABATE 12 BUCKMAN DRIVE WINCHESTER MA 01890 | | | Initiation Fee | X | X | | $ 8,050.00 |
| Account No: Creditor # : 823 JOSEPH BARLIA P.O. BOX 193308 SAN JUAN PR 00919-3308 | | | Initiation Fee | X | X | | $ 8,852.50 |
| Account No: Creditor # : 824 JOSEPH F. WALTON 8 WINDY CREST DR. BEAVER FALLS PA 15010 | | | Initiation Fee | X | X | | $ 15.70 |
| Account No: Creditor # : 825 JOSEPH H. GONZALEZ PAMBLANCO 13951 E. HAY BALE TRAIL VAIL AZ 85641 | | | Initiation Fee | X | X | | $ 10,433.09 |
| Account No: Creditor # : 826 JOSEPH HOROWITZ LAMBS LANE # 15 CRESSKILL NJ 07626 | | | Initiation Fee | X | X | | $ 15,000.00 |

Sheet No. _137_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**            $ 54,351.29

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 827<br>JOSEPH MAQUEDA<br>295 PALMAS INN WAY<br>SUITE 130 PMB 154<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 2,000.00 |
| Account No:<br>Creditor # : 828<br>JOSEPH R. VINCENT<br>116 HALPIN AVENUE<br>STATEN ISLAND NY 10312 | | | Initiation Fee | X | X | | $ 6,437.42 |
| Account No:<br>Creditor # : 829<br>JOSEPH TUZINKIEW<br>303 OLD YORK RD<br>BRIDGEWATER NJ 08807-2686 | | | Initiation Fee | X | X | | $ 185.26 |
| Account No:<br>Creditor # : 830<br>JOSUE MALDONADO HERNANDEZ<br>P.O. BOX 364412<br>SAN JUAN PR 00936-4412 | | | Initiation Fee | X | X | | $ 11,846.32 |
| Account No:<br>Creditor # : 831<br>JOY C. RODRIGUEZ<br>150 CANDELERO DR.<br>APT 876<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 13,881.48 |
| Account No:<br>Creditor # : 832<br> JUAN A. ALVARADO ALVARADO<br>HC-02 BOX 13502<br>ARECIBO PR 00612 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _138_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 54,350.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____

             **Debtor(s)**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 833<br>JUAN A. ALVARADO MORALES<br>PORT ROAD #6<br>PALMAS DEL MAR<br>HUMACAO PR 00791-6051 | | | *Initiation Fee* | X | X | | $ 6,500.00 |
| **Account No:**<br>Creditor # : 834<br>JUAN A. RAMOS DIAZ<br>EMAJAGUA 29<br>PUNTA LAS MARIAS<br>SAN JUAN PR 00913 | | | *Initiation Fee* | X | X | | $ 4,500.00 |
| **Account No:**<br>Creditor # : 835<br>JUAN AGOSTO<br>P.O. BOX 7<br>HUMACAO PR 00791 | | | *Initiation Fee* | X | X | | $ 5,732.28 |
| **Account No:**<br>Creditor # : 836<br>JUAN ANTONIO PADILLA<br>268 PONCE DE LEON<br>SUITE 506<br>HATO REY PR 00918 | | | *Initiation Fee* | X | X | | $ 11,768.26 |
| **Account No:**<br>Creditor # : 837<br>JUAN B. ROSARIO<br>300 SIERRA AVE. BOX 120<br>SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 14,754.17 |
| **Account No:**<br>Creditor # : 838<br>JUAN B. ZAMORA<br>P.O. BOX 360546<br>SAN JUAN PR 00936-0546 | | | *Initiation Fee* | X | X | | $ 15,000.00 |

Sheet No. _139_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 58,254.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No. _____

                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 839 JUAN BALAGUER P.O. BOX 8274 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 5,400.00 |
| Account No: Creditor # : 840 JUAN BENNAZAR 1478 TITO CASTRO AVE. PONCE PR 00716-4712 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 841 JUAN BERTRAN P.O. BOX 1165 LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 1,503.40 |
| Account No: Creditor # : 842 JUAN BOTELLO Galeria Botello POB 360463 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 5,450.00 |
| Account No: Creditor # : 843 JUAN C. GONZALEZ FUENTES | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 844 JUAN CARLOS NEGRON RODRIGUEZ 100 CARR. 165, TORRE I, SUITE CENTRO INTERNACIONAL MERCADEO GUAYNABO PR 00968 | | | Membership Deposit | X | X | | $ 7,100.00 |

Sheet No. _140_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 39,853.40

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
          **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 845 JUAN CARLOS RIEFKOHL ALICEA P.O. BOX 2010 YABUCOA PR 00767 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 846 JUAN E. BERRIZ GONZALEZ P.O. BOX 361954 SAN JUAN PR 00936-1954 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 847 JUAN GOMEZ MARIN P.O.BOX 3300 CAROLINA PR 00984 | | | Initiation Fee | X | X | | $ 23,000.00 |
| Account No: Creditor # : 848 JUAN LUIS REYES GUZMAN URB. ESTANCIAS REALES # 47 CALLE PRINCIPE ANDRES GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 8,742.98 |
| Account No: Creditor # : 849 JUAN M. DIAZ RIVERA CALLE TIVOLI C-2 PASEO DE LA FUENTE SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 20,250.00 |
| Account No: Creditor # : 850 JUAN M. MALDONADO RABELO PO BOX 193946 SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 11,286.67 |

Sheet No. _141_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 87,279.65

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____

           **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 851 JUAN MANSILLA P.O. BOX. 210 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 6,750.00 |
| Account No: Creditor # : 852 JUAN MANUEL SUAREZ COBO Urb Crown Hls, BOX 316 138 Winston Churchill #316 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 7,073.13 |
| Account No: Creditor # : 853 JUAN NEVAREZ FRAY ANGELICO # 19 URB. BOSQUE DE LOS FRAILES GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 854 JUAN OTERO MELENDEZ PMB 75 CALLE KALAF # 400 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 10,288.56 |
| Account No: Creditor # : 855 JUAN R. ELLIN LUGO CO - 31 URB. ENCANTADA TRUJILLO ALTO PR 00976 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 856 JUAN R. GRACIA 14 FLAMBOYAN GREENS PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,631.36 |

Sheet No. _142_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**     $ 51,743.05

                                       **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 857 JUAN R. VILARO-NELMS CALLE 1, # 16 TERRAZAS DE TINTILLO GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 1,793.94 |
| Account No: Creditor # : 858 JUAN R. ZALDUONDO VIERA P. O. BOX 364561 SAN JUAN PR 00936-4561 | | | Initiation Fee | X | X | | $ 10,100.00 |
| Account No: Creditor # : 859 JUAN RODRIGUEZ P.O. BOX 191283 SAN JUAN PR 00919-1283 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 860 JUAN RODRIGUEZ TOLENTINO 5050 WESTHEIMER RD. HOUSTON TX 77056 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 861 JUAN SANTOS P. O. BOX 9102 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 4,175.76 |
| Account No: Creditor # : 862 JUAN SOTO RIVERA PBM-309 CALLE 39 UU-1 SANTA JUANITA BAYAMON PR 00956 | | | Initiation Fee | X | X | | $ 11,783.42 |

Sheet No. _143_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 49,853.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 863 JUAN TRINIDAD URB. ALTAVILLA ENCANTADA AA-13 TRUJILLO ALTO PR 00976 | | | Initiation Fee | X | X | | $ 3,634.65 |
| Account No: Creditor # : 864 JULES RAND 3887 JANE LANE OCEANSIDE NY 11572 | | | Initiation Fee | X | X | | $ 5,705.00 |
| Account No: Creditor # : 865 JULIO A. ORTIZ QUINONEZ P.O. BOX 368 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,079.68 |
| Account No: Creditor # : 866 JULIO A. RODRIGUEZ MARTINEZ COND.LAS CUMBRES GARDENS APT. #115 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 9,834.30 |
| Account No: Creditor # : 867 JULIO BAGUE CASILLAS DE PALMAS 155 CANDELERO DRIVE APT. B-3 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,500.00 |
| Account No: Creditor # : 868 JULIO BLANCO D'ARCY P.O.BOX 364712 SAN JUAN PR 00936-4712 | | | Initiation Fee | X | X | | $ 11,250.00 |

Sheet No. _144_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal $**        $ 44,003.63

                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 869 JULIO E. ABREU ESTANCIAS DE BAIROA CRISANTEMOS B-18 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 2,349.02 |
| **Account No:** Creditor # : 870 JULIO ENRIQUE ROMAN COUNVENIER P.O. BOX 56 NAGUABO PR 00718 | | | Initiation Fee | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 871 JULIO J. BRAVO SOLER COCA COLA P.R. BOTTLERS P.O. BOX 51985 TOA BAJA PR 00950-1985 | | | Initiation Fee | X | X | | $ 11,964.55 |
| **Account No:** Creditor # : 872 JULIO MORALES SIERVAS DE MARIA 1724 EXTENSION LA RAMBLA PONCE PR 00730-4066 | | | Initiation Fee | X | X | | $ 8,228.49 |
| **Account No:** Creditor # : 873 JULIO R. HERNANDEZ CLAUDIO PMB 318 P.O. BOX 70344 SAN JUAN PR 00936-8344 | | | Initiation Fee | X | X | | $ 7,425.95 |
| **Account No:** Creditor # : 874 JULIO RIVERA BENITEZ P.O. BOX 398 YABUCOA PR 00767 | | | Initiation Fee | X | X | | $ 7,333.25 |

Sheet No. _145_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 49,301.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
          **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 875 <br> JULIO SANTIAGO <br> CALLE RIO LA PLATA CO-51 <br> URB. CORRIENTES <br> TRUJILLO ALTO PR 00976 | | | Initiation Fee | X | X | | $ 10,200.00 |
| Account No: <br> Creditor # : 876 <br> JULIO TORRES LOPEZ <br> P. O. BOX 584 <br> CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 6,730.70 |
| Account No: <br> Creditor # : 877 <br> JULIO V. DE JESUS GOMEZ <br> URB. SABANERA DEL RIO <br> CAMINO DE MIRAMONTE #503 <br> GURABO PR 00778 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 878 <br> JUSTINO FERRER MUYOZ <br> CALLE LOVAINA 1897 <br> CALLE PARK IV <br> SAN JUAN PR 00921 | | | Initiation Fee | X | X | | $ 5,550.00 |
| Account No: <br> Creditor # : 879 <br> KARIM BENITES-MARCHAND <br> 1353 RD. #19 PMB 530 <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 16,831.36 |
| Account No: <br> Creditor # : 880 <br> KARL LATTIG <br> 26 SHELL CASTLE ROAD <br> PALMAS DEL MAR <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. _146_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                               **Subtotal $**      **$ 61,312.06**

                                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 881 KATHERINE GONZALEZ VALENTIN COND. PARQUE LOYOLA II 600 AVE. PINERO APT. 1706 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 882 KEN DITTRICH 32 FLAMBOYAN GREENS HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,721.60 |
| Account No: Creditor # : 883 KENDALL KRANS SUITE 603 # 33 RESOLUCION ST. SAN JUAN PR 00920 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 884 KENNETH B. CUTLER 10 WESTWAY BRONXVILLE NY 10708 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 885 KENNNETH WILLIAMS 6910 CLEAR SPRING CT. HIGHLAND CA 92346 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 886 KERVIN PIMENTEL LORA PALMAS PLANTATION # 80 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,859.13 |

Sheet No. _147_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 78,580.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                    **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 887 *KEVIN E. JORDAN* *23 SUMMER ST.* *BRISTOL RI 02809* | | | *Initiation Fee* | X | X | | $ 17,250.00 |
| **Account No:** Creditor # : 888 *KEYLA M. RIVERA PEREZ* *URB. SABANERA # 274* *CIDRA PR 00739* | | | *Initiation Fee* | X | X | | $ 13,867.33 |
| **Account No:** Creditor # : 889 *Kilpatrick Turf Equip.* *7700 High Ridge Road* *Boyton Beach FL 33426* | | | *Maintenance Supplies* | | | | $ 400.26 |
| **Account No:** Creditor # : 890 *KING OIL CORPORATION* *CALL BOX 69001-SUITE 118* *HATILLO PR 00659* | | | *Initiation Fee* | X | X | | $ 14,210.62 |
| **Account No:** Creditor # : 891 *Kitchen Cleaning Services, (KC* *P.O. Box 79198* *Carolina PR 00984-9198* | | | *Other* | | | | $ 16,462.76 |
| **Account No:** Creditor # : 892 *KLAUS MANGOLD* *C/0 BERTA BULL* *APARTADO 10124* *HUMACAO PR 00792* | | | *Initiation Fee* | X | X | | $ 6,083.66 |

Sheet No. _148_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 68,274.63

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                        **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 893 L. GUY RENY 279 MEADOWBROOK RD. WESTON MA 02493 | | | Initiation Fee | X | X | | $ 11,250.00 |
| Account No: Creditor # : 894 LA Auto Parts & Machine Shop P.O. Box 744 Ave. Jesus T. Pi?ero #53 Las Piedras PR 00771 | | | Other | | | | $ 457.96 |
| Account No: Creditor # : 895 Laboratorio Clinico Manued Calle Carrera #5 Este P.O. Box 397 Humacao PR 00792-0397 | | | Other | | | | $ 250.00 |
| Account No: Creditor # : 896 LARRY BERRIOS A-32 URB. EL RETIRO HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 2,000.00 |
| Account No: Creditor # : 897 LAUREANO GIRALDEZ BOX 191939 SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 5,750.00 |
| Account No: Creditor # : 898 LAWRENCE GREENFIELD 85 SOUTH SATELLITE ROAD SOUTH WINDSOR CT 06074 | | | Initiation Fee | X | X | | $ 6,250.00 |

Sheet No. _149_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,957.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

                            **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 899<br>LAWRENCE PERRY<br>108 WICKHAM ROAD<br>GARDEN CITY NY 11530 | | | Initiation Fee | X | X | | $ 5,500.00 |
| Account No:<br>Creditor # : 900<br>LAWRENCE S. CAMPBELL<br>1606 PONCE DE LEON<br>JULIO BOGORICIN BLDG, SUITE 70<br>SAN JUAN PR 00911 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 901<br>LAWRENCE SALAMONE<br>VILLAS DEL PILAR<br>ST. #1 C-12<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No:<br>Creditor # : 902<br>LENITZIA DELGADO<br>URB. MONTE VERDE<br>CALLE MARGINAL ALAMEDA #3-C<br>RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 903<br>LEONARDO SOLORZANO<br>EL MIRADOR<br>F-5, CALLE 7<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 4,482.56 |
| Account No:<br>Creditor # : 904<br>LESLIE BEATTY SR.<br>P.O. BOX. 191202<br>SAN JUAN PR 00919-1202 | | | Initiation Fee | X | X | | $ 19,100.00 |

Sheet No. _150_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**     $ 59,482.56

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC.                                    ,     Case No. _____

           **Debtor(s)**                                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 905<br>LESLIE DEREK FLEMING<br>LA RAMBLA PLAZA SUITE 601<br>606 AVE. TITO CASTRO<br>PONCE PR 00716-0210 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 906<br>LESLIE L. HUFSTETLER<br>P.O. BOX 3201<br>GUAYNABO PR 00970-3201 | | | Initiation Fee | X | X | | $ 19,023.18 |
| Account No:<br>Creditor # : 907<br> LIBERTY CABLEVISION<br>PO BOX 719<br>LUQUILLO PR 00773 | | | Initiation Fee | X | X | | $ 29,531.75 |
| Account No:<br>Creditor # : 908<br>Liberty Cablevision-PR<br>P.O. Box 70311<br>San Juan PR 00936-8311 | | | Cable TV | | | | $ 552.07 |
| Account No:<br>Creditor # : 909<br>LIDANA RAMIREZ<br>P.O. BOX 9022109<br>SAN JUAN PR 00902-2109 | | | Initiation Fee | X | X | | $ 11,893.00 |
| Account No:<br>Creditor # : 910<br>LILIANA HERNANDEZ CASTRODAD<br>PMB 227 BOX 4985<br>CAGUAS PR 00726-4985 | | | Initiation Fee | X | X | | $ 1,200.00 |

Sheet No. 151 of  250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 74,200.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
         **Debtor(s)**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 911 LILLIAN ARROYO CALLE JEFFERSON K-3 PARKVILLE GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 1,350.00 |
| Account No: Creditor # : 912 LILLIAN J. BORREGO CONDE CALLE M. RODRIGUEZ SERRA #13 CONDADO SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 17,058.18 |
| Account No: Creditor # : 913 LINNETTE DIEZ ORTIZ 50 LUIS MUNOZ MARIN STE 302 CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 914 LIONEL MARTINEZ PEREZ PRINCIPE RANIERO # 61 ESTANCIAS REALES GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 915 LISA KLEINKNECHT CANTY 132 WEST 22ND STREET APT 8 NEW YORK NY 10011 | | | Initiation Fee | X | X | | $ 17,250.01 |
| Account No: Creditor # : 916 LMS DBA Pennock Plants & Desig P.O. Box 363587 San Juan PR 00936 | | | Maintenance Fees | | | | $ 8,921.05 |

Sheet No. _152_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 64,579.24
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 917** LORENZO APONTE ROSA P.O.BOX 9065083 SAN JUAN PR 00906-5083 | | | Initiation Fee | X | X | | $ 6,845.39 |
| Account No: **Creditor # : 918** Lorraine,s Flowers and Gift Sh P.O. Box 6207 Caguas PR 00726 | | | Other | | | | $ 5,666.72 |
| Account No: **Creditor # : 919** LOUIS BEAUCHAMP P.O BOX 17713 MILWAUKEE WI 53217 | | | Initiation Fee | X | X | | $ 1,358.37 |
| Account No: **Creditor # : 920** LOUIS BERMUDEZ RIVERA P.O. BOX 9297 CAGUAS PR 00726-9297 | | | Initiation Fee | X | X | | $ 14,000.00 |
| Account No: **Creditor # : 921** LOUIS BERNARD PACHECO CARIBBEAN SEA VIEW, APT. 1403 602 FERNANDEZ JUNCOS SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 8,695.12 |
| Account No: **Creditor # : 922** LOUIS MARCHESANI 25 ACADEMY DRIVE APT 7 THE WOODS HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 500.00 |

Sheet No. _153_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal $**      $ 37,065.60

                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,       Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 923 <br> LUIS A. HERNANDEZ DIAZ <br> P.O. BOX 1252 <br> JUNCOS PR 00777-1252 | | | Initiation Fee | X | X | | $ 10,247.14 |
| Account No: <br> Creditor # : 924 <br> LUIS A. MORENO <br> PALMAS DEL MAR <br> BEACH VILLA #90 <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 4,629.92 |
| Account No: <br> Creditor # : 925 <br> LUIS A. REYES RAMIS <br> T & S CONSULTING <br> 1510 ASHFORD AVE. APT.# 101 <br> SAN JUAN PR 00911 | | | Initiation Fee | X | X | | $ 6,800.00 |
| Account No: <br> Creditor # : 926 <br> LUIS A. ROMAN <br> CALLE 2 # 40 <br> PASEO ALTO <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 15,903.26 |
| Account No: <br> Creditor # : 927 <br> LUIS A. SANCHEZ PEREZ <br> CALLE MUNOZ RIVERA # 31 <br> CIDRA PR 00739-3213 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: <br> Creditor # : 928 <br> LUIS ANTONIO RIVERA RIVERA <br> URB. MANSIONES DE MONTE VERDE <br> CALLE BORINQUEYA 141 <br> CAYEY PR 00736-4154 | | | Initiation Fee | X | X | | $ 11,768.26 |

Sheet No. _154_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        $ 57,348.58
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____
                        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 929<br>LUIS B. RAMOS SANTIAGO<br>26 CARR. 833<br>LA VILLA GARDEN APT G 310<br>GUAYNABO PR 00971 | | | Initiation Fee | X | X | | $ 11,473.56 |
| Account No:<br>Creditor # : 930<br>LUIS C. TORRELLAS RUIZ<br>P.O.BOX 9290<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 17,796.74 |
| Account No:<br>Creditor # : 931<br>LUIS C. TORRELLAS SR.<br>P. O. BOX 215<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 2,116.71 |
| Account No:<br>Creditor # : 932<br> LUIS C. TRIGO-VELA<br>P.O. BOX 360294<br>SAN JUAN PR 00936-0294 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 933<br>LUIS CARRASQUILLO RIVERA<br>PO BOX 986<br>PATILLAS PR 00723 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 934<br>LUIS D. BERNIER<br>P.O. BOX 760<br>PATILLAS PR 00723 | | | Initiation Fee | X | X | | $ 8,343.42 |

Sheet No. _155_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 71,730.43

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____
                **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 935 LUIS DE CORRAL P.O. BOX 10431 CAPARRA HEIGHTS SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 936 LUIS DIAZ LEBRON AVANT INVESTMENT CORP. P. O. BOX 9359 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 937 LUIS DOMINGO LEBRON MAZON 555 VIA GRANDE HACIENDA SAN JOSE CAGUAS PR 00727-3062 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 938 LUIS E. PEREZ PAGAN P.O.BOX 363961 SAN JUAN PR 00936-3961 | | | Initiation Fee | X | X | | $ 1,398.72 |
| Account No: Creditor # : 939 LUIS E. RIVERA MOLINA EXT. ALTO APOLO N3 CALLE A GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 374.72 |
| Account No: Creditor # : 940 LUIS E. RODRIGUEZ GONZALEZ BARBOSA # 88 LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. _156_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              **Subtotal $**        **$ 38,973.44**

                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                    **Debtor(s)**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 941<br>LUIS E. RODRIGUEZ HERNANDEZ<br>EXT. ALHAMBRA<br>1633 CALLE JOSE MARIA ESCRIBA<br>PONCE PR 00716-3809 | | | Initiation Fee | X | X | | $ 5,700.00 |
| Account No:<br>Creditor # : 942<br>LUIS E. SANTINI RIVERA<br>SUNRISE E2<br>BUZON 67, PALMAS DEL MAR<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 12,888.02 |
| Account No:<br>Creditor # : 943<br>LUIS F OLMEDO MORALES<br>P.O. BOX 174<br>HUMACAO PR 00792-0174 | | | Initiation Fee | X | X | | $ 11,073.04 |
| Account No:<br>Creditor # : 944<br>LUIS F. ARABIA<br>P.O. BOX 192036<br>SAN JUAN PR 00919-2036 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 945<br>LUIS F. GARCIA OCASIO<br>JILGUERO 267 MONTEHIEDRA<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 8,772.94 |
| Account No:<br>Creditor # : 946<br>LUIS F. GONZALEZ RAMOS<br>P.O. BOX 1195<br>CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _157_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 58,834.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re PALMAS COUNTRY CLUB, INC. _____,    Case No._____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 947** LUIS FERNANDEZ-SIFRE PLAZA DEL PRADO TORRE II APTO. 1204 -B 5, CARR. 833 GUAYNABO PR 00969 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 948** LUIS FERNANDO CASTAYEDA HOSSMA 3 ADMIRAL COURT NORWALK CT 06851 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 949** LUIS G. APONTE CINTRON AVE. LUIS MUYOZ MARIN Q 48 VILLA DEL CARMEN CAGUAS PR 00725 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 950** LUIS G. BAEZ TRINIDAD P.O. BOX 6450 CAGUAS PR 00726 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 951** LUIS G. PEREZ 6 BERKSHIRE DR. PAXTON MA 01612 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 952** LUIS GARCIA CALLE VIOLETA # 140 URB. SAN FRANCISCO RIO PIEDRAS PR 00927 | | | *Initiation Fee* | X | X | | $ 6,350.00 |

Sheet No. _158_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 66,350.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
            **Debtor(s)**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 953 <br> LUIS GONZALEZ BERMUDEZ <br> P.O. BOX 1103 <br> COMERIO PR 00782 | | | Initiation Fee | X | X | | $ 4,121.38 |
| Account No: <br> Creditor # : 954 <br> LUIS GUTIERREZ NEGRON <br> 613 PONCE DE LEON AVE. <br> APT. 904, WATER MANSION <br> SAN JUAN PR 00916 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 955 <br> LUIS HERNANDEZ CRUZ <br> CALLE PATRICIA # 6 <br> SUSAN COURT <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 4,000.00 |
| Account No: <br> Creditor # : 956 <br> LUIS HERRERA <br> P.O. BOX 361245 <br> SAN JUAN PR 00936-1245 | | | Initiation Fee | X | X | | $ 7,936.52 |
| Account No: <br> Creditor # : 957 <br> LUIS I. MERCADO CANALES <br> MANSIONES DE ESMERALDA <br> 277 LOPATEGUI C-23 <br> GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 958 <br> LUIS LUGO <br> P.O. BOX 1467 <br> GUAYAMA PR 00785 | | | Initiation Fee | X | X | | $ 2,778.69 |

Sheet No. _159_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**      $ 50,836.59

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 959 LUIS M. CORUJO MANGUAL 1541 AVE. PONCE DE LEON URB. CARIBE SAN JUAN PR 00926-2713 | | | Initiation Fee | X | X | | $ 6,750.00 |
| Account No: Creditor # : 960 LUIS M. NAZARIO MOUX PMB 457 AVE, R. CORDERO 200 STE 140 CAGUAS PR 00725-3757 | | | Initiation Fee | X | X | | $ 11,804.78 |
| Account No: Creditor # : 961 LUIS M. ROSADO C-3 CALLE OLLER QUINTAS DE SAN LUIS CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 18,786.55 |
| Account No: Creditor # : 962 LUIS O. RODRIGUEZ RIVERA P.O. BOX 40070 MINILLAS STATION SAN JUAN PR 00940-0070 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 963 LUIS P. SANCHEZ CASO P.O. BOX 1246 GUAYNABO PR 00970-1246 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 964 LUIS R. BARRETO SOLA P. O. BOX 1269 CAGUAS PR 00726-1269 | | | Initiation Fee | X | X | | $ 7,200.00 |

Sheet No. _160_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 79,541.33

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 965<br>LUIS R. CORREA<br>P.O. BOX 265<br>CAGUAS PR 00726-0265 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 966<br>LUIS R. CRUZ SERRANO<br>P.O. BOX 113<br>SAN LORENZO PR 00754 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 967<br>LUIS R. LOMBA JR.<br>100 GRAND BULEVAR PASEOS<br>SUITE 112 MSC 320<br>SAN JUAN PR 00926-5951 | | | Initiation Fee | X | X | | $ 4,000.00 |
| Account No:<br>Creditor # : 968<br>LUIS R. LOMBA SANCHEZ<br>PALMAS REALES # 54<br>PLAYERA DRIVE PALMAS DEL MAR<br>HUMACAO PR 00791-6001 | | | Initiation Fee | X | X | | $ 4,036.82 |
| Account No:<br>Creditor # : 969<br>LUIS R. MARIN APONTE<br>PALMAS DEL MAR<br>26 FLAMBOYAN GREENS<br>HUMACAO PR 00791-6035 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 970<br>LUIS R. MARTINEZ BONNET<br>VENECIA F-1<br>EXT. VILLA CAPARRA<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 2,000.00 |

Sheet No. _161_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                         **Subtotal $**   | $ 42,436.82 |
                                                         **Total $**      |             |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 971** LUIS R. MARTINEZ BONNET VENECIA F-1 EXT. VILLA CAPARRA GUAYNABO PR 00966 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 972** LUIS R. ORTIZ SEGURA P.O. BOX 9024098 SAN JUAN PR 00902-4098 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 973** LUIS R. TORRES HIDALGO LA VILLA DE TORIMAR CALLE REINA MARIA # 136 GUAYNABO PR 00969 | | | *Initiation Fee* | X | X | | $ 10,820.74 |
| Account No: **Creditor # : 974** LUIS RAUL MARIN APONTE 19 FLAMBOYAN GREENS PALMAS DEL MAR HUMACAO PR 00791-6035 | | | *Initiation Fee* | X | X | | $ 12,214.13 |
| Account No: **Creditor # : 975** LUIS RIVERA RODRIGUEZ CAPITAL CENTER BLDG.,STE.401 ARTERIAL HOSTOS AVE. 239 SAN JUAN PR 00918 | | | *Initiation Fee* | X | X | | $ 6,826.12 |
| Account No: **Creditor # : 976** LUIS ROSADO-VIANA MONTEHIEDRAS CALLE ZORZAL # 214 SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 13,323.83 |

Sheet No. _162_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal $**        $ 75,184.82
                                                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
              **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 977<br>LUIS SANTIAGO<br>SABANERA DEL RIO 371<br>CALLE CAMINO DE LAS ROSAS<br>GURABO PR 00778 | | | Initiation Fee | X | X | | $ 9,968.26 |
| Account No:<br>Creditor # : 978<br>LUIS TOLEDO<br>P. O. BOX 2025<br>LAS PIEDRAS PR 00771-2025 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 979<br>LUIS TORRES-ACOSTA<br>P.O. BOX 2128<br>SAN JUAN PR 00922-2128 | | | Initiation Fee | X | X | | $ 14,754.17 |
| Account No:<br>Creditor # : 980<br>LUIS VAZQUEZ ROBLES<br>P.O. BOX 7257<br>CAROLINA PR 00986 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 981<br>LUIS VELAZQUEZ<br>P. O. BOX 734<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 5,850.00 |
| Account No:<br>Creditor # : 982<br>LUIS VIGOREAUX<br>BOX 19569<br>SAN JUAN PR 00910-1569 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _163_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               **Subtotal $**     $ 62,572.43

                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                                   **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 983<br>*LUTRON SM INC.*<br>*M.S.C. BOX 856 CARR. 909 KM 2*<br>*HUMACAO PR 00792* | | | *Initiation Fee* | X | X | | $ 43,946.50 |
| Account No:<br>Creditor # : 984<br>*LUZ N. HERNANDEZ HERNANDEZ*<br>*2255 S. VILLAGES GREEN ST*<br>*HARVEY LA 70058* | | | *Initiation Fee* | X | X | | $ 11,539.89 |
| Account No:<br>Creditor # : 985<br>*LYDIA DAVILA*<br>*PLAYERA ST # 57*<br>*PALMAS REALES*<br>*HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 986<br>*MABEL DAVILA*<br>*602 FERNANDEZ JUNCOS*<br>*2300 CARIBBEAN SEA VIEW*<br>*SAN JUAN PR 00907* | | | *Initiation Fee* | X | X | | $ 5,733.29 |
| Account No:<br>Creditor # : 987<br>*MANOLO RODRIGUEZ FORNARI*<br>*HC-02 BOX 13445*<br>*HUMACAO PR 00792-8927* | | | *Initiation Fee* | X | X | | $ 4,500.00 |
| Account No:<br>Creditor # : 988<br>*MANUEL ANGLERO*<br>*P.O. BOX 397*<br>*HUMACAO PR 00792-0397* | | | *Initiation Fee* | X | X | | $ 1,500.00 |

Sheet No. _164_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 79,219.68

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 989** *MANUEL ARROYO P.O. BOX 1779 GUAYNABO PR 00970* | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 990** *MANUEL BADILLO URB. MONTEHIEDRA ST. PITIRRE #101 SAN JUAN PR 00926* | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: **Creditor # : 991** *MANUEL CALERO P.O. BOX 801 RIO BLANCO PR 00744-0801* | | | Initiation Fee | X | X | | $ 7,500.00 |
| Account No: **Creditor # : 992** *MANUEL CIDRE AVE LAS PALOMAS G-8 PASEO SAN JUAN SAN JUAN PR 00926* | | | Initiation Fee | X | X | | $ 8,983.75 |
| Account No: **Creditor # : 993** *MANUEL DIAZ PINERO #58 GREEN ST. PALMAS PLANTATION, PALMAS DEL HUMACAO PR 00791* | | | Initiation Fee | X | X | | $ 10,860.19 |
| Account No: **Creditor # : 994** *MANUEL F. RIVERA GONZALEZ 317 SORBONA ST. UNIVERSITY GARDENS SAN JUAN PR 00927* | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _165_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 59,743.94

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 995 MANUEL HERRERA VILLA CAPARRA NORTE H-24 GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 9,050.00 |
| Account No: Creditor # : 996 MANUEL L. MATIENZO AVE. GALICIA B.15 VISTAMAR MARINA CAROLINA PR 00983 | | | Initiation Fee | X | X | | $ 9,686.00 |
| Account No: Creditor # : 997 MANUEL LEBRON PARQUE LA FUENTES APT.303 690 ST. CESAR GONZALEZ SAN JUAN PR 00918-3902 | | | Initiation Fee | X | X | | $ 7,600.00 |
| Account No: Creditor # : 998 MANUEL LEGRAND PARQUE DE SAN IGNACIO CALLE 3 #C-10 SAN JUAN PR 00921 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 999 MANUEL MEDIAVILLA P.O. BOX 579 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No: Creditor # : 1000 MANUEL MORALES P. O. BOX 195434 SAN JUAN PR 00919-5434 | | | Initiation Fee | X | X | | $ 17,000.00 |

Sheet No. _166_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 59,836.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
            **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1001 <br> *MANUEL NET* <br> *600 BLVD LA MONTANA # 437* <br> *ARBOLES DE MONTEHIEDRAS* <br> *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 5,555.00 |
| Account No: <br> Creditor # : 1002 <br> *MANUEL PEYA* <br> *114 KILLARNEY DR.* <br> *NISKAYUNA NY 12309* | | | *Initiation Fee* | X | X | | $ 8,300.00 |
| Account No: <br> Creditor # : 1003 <br> *MANUEL SUAREZ MIRANDA* <br> *NIZA #32 PASEO LAS BRISAS* <br> *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 8,050.00 |
| Account No: <br> Creditor # : 1004 <br> *MANUEL VAZQUEZ* | | | *Initiation Fee* | X | X | | $ 4,000.00 |
| Account No: <br> Creditor # : 1005 <br> *MARCELO C. ARROYO* <br> *CALLE MEDECI # 37* <br> *PASEO DEL PARQUE* <br> *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 10,050.00 |
| Account No: <br> Creditor # : 1006 <br> *MARCOS COMAS* <br> *P.O. BOX 191525* <br> *SAN JUAN PR 00919-1525* | | | *Initiation Fee* | X | X | | $ 6,506.44 |

Sheet No. _167_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal $**          $ 42,461.44
                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
            **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 1007<br>MARCOS PEREZ BRAYFIELD<br>2000 CARR 8177 SUITE 26<br>PMB #211<br>GUAYNABO PR 00966 | | | *Initiation Fee* | X | X | | $ 8,393.35 |
| **Account No:**<br>Creditor # : 1008<br> MARGARITA NIDO STEWART<br>552 ALBANY PLACE<br>LONGWOOD FL 32779 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| **Account No:**<br>Creditor # : 1009<br>MARIA A. QUINTANA<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR 00936-2708 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:**<br>Creditor # : 1010<br>MARIA CAMPOAMOR<br>COND. CAPARRA CLASSIC<br>APT. 1502 AVE. GONZALEZ GIUSTI<br>GUAYNABO PR 00966 | | | *Initiation Fee* | X | X | | $ 6,750.00 |
| **Account No:**<br>Creditor # : 1011<br>MARIA CESTERO<br>P.O. BOX 801205<br>COTO LAUREL PR 00780-1205 | | | *Initiation Fee* | X | X | | $ 6,950.00 |
| **Account No:**<br>Creditor # : 1012<br>MARIA DE LOURDES SOTO BALBAS<br>PUNTAS LAS MARIAS # 27<br>EMAJAGUA<br>SAN JUAN PR 00913 | | | *Initiation Fee* | X | X | | $ 53.50 |

Sheet No. _168_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 **Subtotal $**        **$ 54,146.85**

                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1013 MARIA DEL C. RODRIGUEZ JULBE APTO. 1011 VILLAS SEYORIAL SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,607.76 |
| Account No: Creditor # : 1014 MARIA DUENO P.O. BOX 361924 SAN JUAN PR 00936-1924 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 1015 MARIA E. VILLOLDO P.O. BOX 810341 CAROLINA PR 00981 | | | Initiation Fee | X | X | | $ 2,812.50 |
| Account No: Creditor # : 1016 MARIA I. MARTY RAVENA PMB 305 35 JUAN C. BORBON STE 67 GUAYNABO PR 00969-5375 | | | Initiation Fee | X | X | | $ 11,073.10 |
| Account No: Creditor # : 1017 MARIA I. MARTY RAVENA PMB 305 35 JUAN C. BORBON STE 67 GUAYNABO PR 00969-5375 | | | Initiation Fee | X | X | | $ 11,444.76 |
| Account No: Creditor # : 1018 MARIA PAGANI 90 CANDELERO DRIVE APT. 4 AQUABELLA HUMACAO PR 00791-7902 | | | Initiation Fee | X | X | | $ 11,304.76 |

Sheet No. _169_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 56,642.88

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                              **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1019 MARIA R. DE JESUS MORALES CALLE 15 # 1265 EXT. SAN AGUSTIN SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,457.70 |
| Account No: Creditor # : 1020 MARIA T. GARCIA P.O. BOX 984 JUANA DIAZ PR 00795 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1021 MARIA V. SANTOS FRANCO CALLE PITIRRE # 163 MONTEHIEDRAS RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1022 MARIAM DE LOURDES FABBIANI CIUDAD JARDIN & RESORT CALLE MALVA # 67 GURABO PR 00778 | | | Initiation Fee | X | X | | $ 11,644.14 |
| Account No: Creditor # : 1023 MARIANNE HELLER CRYSTAL SPRINGS ''THE BRACKEN' 16 HAVEN HILL RD HAMBURG NJ 07419 | | | Initiation Fee | X | X | | $ 6,300.00 |
| Account No: Creditor # : 1024 MARIANO MCCONNIE P.O. BOX 7146 PONCE PR 00732-7146 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. _170_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 63,401.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC.                                    ,          Case No. _____
                           **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1025<br>MARIBEL AVILES PAGAN<br>SABANERA DEL RIO<br>CAOBOS #131<br>GURABO PR 00778 | | | Initiation Fee | X | X | | $ 11,216.53 |
| Account No:<br>Creditor # : 1026<br>MARIO GARCIA MUXO<br>VILLA CAPARRA<br>CALLE J #22<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1027<br>MARISOL FREIRIA<br>C-3 ROGATIVA<br>PASEO SAN JUAN<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 7,465.16 |
| Account No:<br>Creditor # : 1028<br>Maritere del Valle<br>HC - 3 Box 7409<br>Canovanas PR 00729 | | | Professional Services | | | | $ 473.29 |
| Account No:<br>Creditor # : 1029<br>MARITERE IRIZARRY<br>P.O. BOX 19600<br>SAN JUAN PR 00950 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No:<br>Creditor # : 1030<br>MARITZA CASIANO CAINS<br>P.O. BOX 195494<br>SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 4,800.00 |

Sheet No. 171 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 58,954.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1031 MARITZA I. GOMEZ FERNANDEZ URB. CIUDAD JARDIN BAIROA CALLE SEVILLA #42 CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 1,000.00 |
| **Account No:** Creditor # : 1032 MARK BLACKBURN PALMAS DEL MAR #124 MONTE CARLOS HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,400.00 |
| **Account No:** Creditor # : 1033 MARK KLEINKNECHT 55 WHITE STREET, PHB NEWYORK NY 10013 | | | Initiation Fee | X | X | | $ 17,250.01 |
| **Account No:** Creditor # : 1034 MARK LIGHTCAP 555 RATTLESNAKE BRIDGE ROAD BEDMINSTER NJ 07921 | | | Initiation Fee | X | X | | $ 20,000.00 |
| **Account No:** Creditor # : 1035 MARTIN FRESNEDA MOZO URB. ALTO APOLO 2126 LERNA GUAYNABO PR 00909 | | | Initiation Fee | X | X | | $ 9,219.06 |
| **Account No:** Creditor # : 1036 MARTIN J. MARXUACH P.O. BOX 2149 SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _172_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 67,869.07

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                        **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1037 <br> MARUCA FERNANDEZ <br> 563 TRIGO ST. PH-10-B <br> SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 2,189.50 |
| Account No: <br> Creditor # : 1038 <br> MARY TORRES ARCHILLA <br> COND. PARQUE DE LA FUENTE <br> APT.# PH-206 <br> SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 1039 <br> MATTHIAS ERISMANN <br> LA VILLA DE TORRIMAR <br> CALLE REINA MARGARITA #129 <br> GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 7,312.53 |
| Account No: <br> Creditor # : 1040 <br> MAURICE FINKELSTEIN <br> 8013 WHITTIER BLVD. <br> BETHESDA MD 20817 | | | Initiation Fee | X | X | | $ 8,500.00 |
| Account No: <br> Creditor # : 1041 <br> MAURO POSANI <br> 35 CEDAR DRIVE <br> TUXEDO PARK NY 10987 | | | Initiation Fee | X | X | | $ 17,565.00 |
| Account No: <br> Creditor # : 1042 <br> MAX ANDERSON <br> MONTEBELLO L A-8 <br> GARDEN HILLS <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 6,200.00 |

Sheet No. _173_ of  _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | **Subtotal $** | $ 61,767.03 |
|---|---|---|
|  | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1043 <br> MAXINE BIESENBACK <br> 21 BINNEY LANE <br> OLD GREENWICH CT 06870 | | | Initiation Fee | X | X | | $ 16,536.54 |
| Account No: <br> Creditor # : 1044 <br> MB Contractors <br> Urb. Los Rosales - G4 <br> Calle 3 <br> Humacao PR | | | Maintenance Fees | | | | $ 6,808.07 |
| Account No: <br> Creditor # : 1045 <br> MEDALLA DISTRIBUTORS <br> P.O. Box 51985 <br> Toa Baja PR 00950-1985 | | | Beverage Distributor | | | | $ 14,351.38 |
| Account No: <br> Creditor # : 1046 <br> MEDARDO YAP <br> 6 SOUTHWOOD DRIVE <br> MORRIS PLAINS NJ 07950 | | | Initiation Fee | X | X | | $ 7,250.00 |
| Account No: <br> Creditor # : 1047 <br> MedTech Wristbands <br> Medical Technology (W.B.) <br> 1015 Green Valley Road <br> London ON N6N 1E4 | | | Other | | | | $ 831.00 |
| Account No: <br> Creditor # : 1048 <br> Mendez & Company <br> P.O. Box 363348 <br> San Juan PR 00936-3348 | | | Beverage Distributor | | | | $ 10,855.11 |

Sheet No. _174_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 56,632.10

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
              **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1049<br>MICHAEL ALVERIO<br>HC-02 BOX 13447<br>PALMAS DEL MAR<br>HUMACAO PR 00791-9658 | | | Initiation Fee | X | X | | $ 601.24 |
| Account No:<br>Creditor # : 1050<br>MICHAEL ALVERIO FLORES<br>URB. TERRA LINDA<br>ZARAGOZA #20<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 11,228.68 |
| Account No:<br>Creditor # : 1051<br>MICHAEL BISHOP<br>P.O. BOX 57<br>COAST GUARD STATION<br>  77982 | | | Initiation Fee | X | X | | $ 4,800.00 |
| Account No:<br>Creditor # : 1052<br>MICHAEL FEENEY<br>1502 WRESH WAY<br>THE VILLAGES FL 32162 | | | Initiation Fee | X | X | | $ 7,100.00 |
| Account No:<br>Creditor # : 1053<br>MICHAEL FRIEDMAN<br>150 CENTRAL PARK SOUTH<br>APT. 1704<br>NEW YORK NY 10019 | | | Initiation Fee | X | X | | $ 6,150.00 |
| Account No:<br>Creditor # : 1054<br>MICHAEL HALL<br>524 TERRITORY TRIAL<br>CEDAR PART TX 78613 | | | Initiation Fee | X | X | | $ 3,665.62 |

Sheet No. _175_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**      **$ 33,545.54**

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
                      **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1055<br>MICHAEL KRUSE<br>340 HARBOR DRIVE #53<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,450.00 |
| Account No:<br>Creditor # : 1056<br>MICHAEL R. GRYSKIEWICZ<br>6417 SOUTH 118 PLAZA<br>OMAHA NE 68137 | | | Initiation Fee | X | X | | $ 1,431.87 |
| Account No:<br>Creditor # : 1057<br>MICHAEL RATNER<br>17 REGENCY CIRCLE<br>TRUMBULL CT 06611 | | | Initiation Fee | X | X | | $ 5,950.00 |
| Account No:<br>Creditor # : 1058<br>MICHAEL SHULEVITZ<br>P. O. BOX 601893<br>BAYAMON PR 00960 | | | Initiation Fee | X | X | | $ 7,195.59 |
| Account No:<br>Creditor # : 1059<br>MICHAEL WEIDEN<br>37 LOCUST ST.<br>GREENVALE NY 11548 | | | Initiation Fee | X | X | | $ 7,550.00 |
| Account No:<br>Creditor # : 1060<br>MICHAEL WEISENBERG<br>47 TIFANNY CIRCLE<br>MANHASSET NY 11030 | | | Initiation Fee | X | X | | $ 12,500.00 |

Sheet No. _176_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 40,077.46 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1061 MICHELLE E. LASANTA MORALES P.O. BOX 801145 COTO LAUREL PR 00780-1145 | | | Initiation Fee | | | | $ 1,299.50 |
| Account No: Creditor # : 1062 MIGDALIA CARATINI SOTO CENTRO COMERCIAL SAN JOSE LOCAL 8A HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,589.64 |
| Account No: Creditor # : 1063 MIGDALIA CASILLAS P. O. BOX 667 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,288.84 |
| Account No: Creditor # : 1064 Miguel A. Arocho Berrios P.O. BOX 362708 Mail Stop 732 SAN JUAN PR 00936-2708 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 1065 MIGUEL A. CINTRON 283 WINSTON CHURCHILL EL SENORIAL SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 4,345.72 |
| Account No: Creditor # : 1066 MIGUEL A. COLON PEREZ PMB 446 89 AVE. DE DIEGO STE 105 SAN JUAN PR 00927-6346 | | | Initiation Fee | X | X | | $ 5,300.00 |

Sheet No. _177_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 30,823.70

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
               **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1067 MIGUEL A. MENDEZ NOGUERA P.O. BOX 19719 SAN JUAN PR 00910-1719 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1068 MIGUEL A. MERCADO P.O. BOX 362708 Mail Stop 732 SAN JUAN PR 00936-2708 | | | Initiation Fee | X | X | | $ 20,142.85 |
| Account No: Creditor # : 1069 MIGUEL A. NIEVES TORRES BOX 463 GUAYNABO PR 00970 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 1070 MIGUEL A. RIVERA RIVERA # 2 CALLE MANUEL GARCIA- BAJOS LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 11,496.21 |
| Account No: Creditor # : 1071 MIGUEL A. RIVERA SANABRIA TORRIMAR ALTO L-1B BAMBOO DRIVE GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 10,200.00 |
| Account No: Creditor # : 1072 MIGUEL A. RODRIGUEZ SOBERAL P.O. BOX 1777 CIDRA PR 00739 | | | Initiation Fee | X | X | | $ 11,768.26 |

Sheet No. _178_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 73,607.32

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1073 MIGUEL E. PEREZ GARCIA COND. PLAYAS SERENAS APT.#1503 ISLA VERDE CAROLINA PR 00979 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 1074 MIGUEL E. SOSA PORTILLO CALLE CEDRO #4 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,461.34 |
| Account No: Creditor # : 1075 MIGUEL GARRATON B-11 LA ROGATIVA PASEO SAN JUAN SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 6,844.08 |
| Account No: Creditor # : 1076 MIGUEL MUNOZ P. O. BOX 364073 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 1077 MIGUEL NAZARIO PASEO DE SAN JUAN GARITA D-17 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1078 MIGUEL NOGUERAS SAN LINO 441 URB. SAGRADO CORAZON SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 7,270.96 |

Sheet No. _179_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 51,976.38

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1079 MIGUEL NOY P.O. BOX 362842 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 8,312.11 |
| Account No: Creditor # : 1080 MIGUEL PALAZUELO P. O. BOX 5310 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 1081 MIGUEL RAY URB. PARKVILLE TERRACE ALAMO DR. F-3 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 8,952.14 |
| Account No: Creditor # : 1082 MIGUEL ROBLEDO GOMEZ P.O. BOX 471 GUAYNABO PR 00970-0471 | | | Initiation Fee | X | X | | $ 15,200.00 |
| Account No: Creditor # : 1083 MIGUEL RODRIGUEZ CALLE LILLY 006 ALTURA BORINQUEN GARDENS RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No: Creditor # : 1084 MIGUEL TORRES BERNIER URB. EL MONTE 2843 CALLE EL MONTE PONCE PR 00716-4837 | | | Initiation Fee | X | X | | $ 1,221.32 |

Sheet No. _180_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              **Subtotal $**        $ 43,585.57

                                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1085 MIGUEL VAZQUEZ ROSA N-3 URB. PARQUE SANTA MARIA RIO PIEDRAS PR 00927 | | | Initiation Fee | X | X | | $ 6,435.48 |
| Account No: Creditor # : 1086 MIKE GUIOT URB. MARIOLGA AVE LUIS MUNOZ MARIN R1 CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 5,750.00 |
| Account No: Creditor # : 1087 MIKE LONEY 5112 TURTLE CREEK CT FORT WORTH TX 76116 | | | Initiation Fee | X | X | | $ 8,550.00 |
| Account No: Creditor # : 1088 MILLENNIUM CONSULTIN POPULAR CENTER SUITE 1425 208 AVE. PONCE DE LEON SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 1089 MILTON CRUZ # 3 ORQUIDEA ESTANCIAS DE TORRIMAR GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 9,217.48 |
| Account No: Creditor # : 1090 MIRIAM DE LOURDES FIGUEROA 44 SUNSET ST URBANIZACION SUNRISE HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _181_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 51,952.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
            **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1091<br> MORALES INVESTMENT<br>HC-06 BOX 4575<br>COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 20,085.86 |
| Account No:<br>Creditor # : 1092<br> MUNIZ & ZAVALA DEVEL<br>206 E. ROOSEVELT, SUITE C,<br>SAN JUAN PR 00918-3033 | | | Initiation Fee | X | X | | $ 43,167.02 |
| Account No:<br>Creditor # : 1093<br>NAHIR DOMINICCI CHARDON<br>PMB 508<br>200 AVE. RAFAEL CORDERO ST.140<br>CAGUAS PR 00725-3757 | | | Initiation Fee | X | X | | $ 4,800.00 |
| Account No:<br>Creditor # : 1094<br>NAHIR DOMINICI CHARDON<br>PMB 508 SUITE 140<br>200 AVE. RAFAEL CORDERO<br>CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1095<br>National Life Insurance Co.<br>P.O. Box 366107<br>Hato Rey PR 00936-6107 | | | Insurances | | | | $ 1,148.95 |
| Account No:<br>Creditor # : 1096<br>National Lumber & Hardware<br>Lock Box Act.051-02781<br>Bco. Santander P.O. Box 195579<br>San Juan PR 00919-5579 | | | Other | | | | $ 79.77 |

Sheet No. _182_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              **Subtotal $**       $ 81,281.60

                                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1097 National Rental & Sales Cruz Ortiz Stella #118 Humacao PR 00791 | | | Other | | | | $ 508.74 |
| Account No: Creditor # : 1098 NECTOR ROBLES JR. P.O. BOX 516 FAJARDO PR 00738 | | | Initiation Fee | X | X | | $ 7,249.07 |
| Account No: Creditor # : 1099 NECTOR ROBLES SR. P.O BOX 516 FAJARDO PR 00738 | | | Initiation Fee | X | X | | $ 5,444.08 |
| Account No: Creditor # : 1100 NEFTALI LLUCH P.O. BOX 922 LAJAS PR 00667-0922 | | | Initiation Fee | X | X | | $ 8,150.00 |
| Account No: Creditor # : 1101 NELSON A. RODRIGUEZ ESTANCIAS DEL PARQUE E-4 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 5,231.36 |
| Account No: Creditor # : 1102 Nelson Laureano Palmas Country Club (Tennis) P.O. Box 2020 Humacao PR 00792 | | | Professional Services | | | | $ 75.33 |

Sheet No. _183_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 26,658.58

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u> ,          Case No. _____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1103 NELSON R. MORALES VEGA PMB 113 405 AVE. ESMERALDA SUITE 2 GUAYNABO PR 00969-4457 | | | Initiation Fee | X | X | | $ 2,341.75 |
| Account No: Creditor # : 1104 NESTLE PUERTO RICO P.O. BOX 364565 SAN JUAN PR 00936-4565 | | | Initiation Fee | X | X | | $ 27,809.50 |
| Account No: Creditor # : 1105 NESTOR A. RIVERA RETIRO # 22 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,171.00 |
| Account No: Creditor # : 1106 NESTOR CATARINEU 295 PALMAS INN WAY SUITE 130 PMB 195 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 9,800.00 |
| Account No: Creditor # : 1107 NESTOR L. CAMACHO SANCHEZ COND. TORRE DEL CARDENAL # 117 C/SERGIO CUEVAS BUSTAMANTE 675 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1108 NESTOR NEGRON 1608 PONCE DE LEON AVE. SUITE 204 SANTURCE PR 00910 | | | Initiation Fee | X | X | | $ 5,500.00 |

Sheet No. <u>184</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 65,622.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,  Case No._____
                    **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1109 NEYDA W. MOLL ESTREMERA P.O. BOX 9662 SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 8,067.49 |
| **Account No:** Creditor # : 1110 NICHOLAS TROGAN III 7628 GRATIOT ROAD SAGINAW MI 48609 | | | Initiation Fee | X | X | | $ 8,000.00 |
| **Account No:** Creditor # : 1111 NICOLAS DELGADO P.O. BOX 244 CEIBA PR 00735 | | | Initiation Fee | X | X | | $ 1,394.42 |
| **Account No:** Creditor # : 1112 NICOLAS MEGWINOFF NUM. 1507 AVE. ASHFORD CONDOMINIO TENERIFE APT 602 SAN JUAN PR 00911 | | | Initiation Fee | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 1113 NICOLAS TOUMA CORREA URB. LA COLINA B-27 CALLE B GUAYNABO PR 00969-3261 | | | Initiation Fee | X | X | | $ 16,967.29 |
| **Account No:** Creditor # : 1114 NIEVE DE LOS A. VAZQUEZ LAZO C/ VALENCIA #19 URB. TORRIMAR GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 11,073.04 |

Sheet No. _185_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 57,502.24

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1115<br>Nike USA,Inc.<br>P.O. Box 847648<br>Dallas TX 75284-7648 | | | Merchandise | | | | $ 17,762.98 |
| Account No:<br>Creditor # : 1116<br>NILMARIE JIMENEZ PICO<br>1353 LUIS VIGOREAUX AVE.<br>PMB 658<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1117<br>NORBERTO RODRIGUEZ<br>610 CITY ISLAND AVE.<br>BRONX NY 10464 | | | Initiation Fee | X | X | | $ 4,505.40 |
| Account No:<br>Creditor # : 1118<br>NURI SELLES GARCIA<br>MUNOZ RIVERA # 106 S<br>SAN LORENZO PR 00754 | | | Initiation Fee | X | X | | $ 11,467.36 |
| Account No:<br>Creditor # : 1119<br>OLD HARBOR BREWERY, INC.<br>202 CALLE TIZOL<br>ESQUINA RECINTO SUR<br>VIEJO SAN JUAN PR 00901 | | | Beverage Distributor | | | | $ 85.20 |
| Account No:<br>Creditor # : 1120<br>OLGA CABRERA<br>74 JAGUAS,<br>URB. MILAVILLE<br>SAN JUAN PR 00926-5114 | | | Initiation Fee | X | X | | $ 4,999.94 |

Sheet No. _186_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $        $ 50,820.88
                                                    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1121 OLGA MARIA LOPEZ BELLO APT. 3606 MONTECILLO COURT TRUJILLO ALTO PR 00976 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1122 OLIVER COTE 284 HELM PLAIN BAYSHORE NY 11706 | | | Initiation Fee | X | X | | $ 1,255.00 |
| Account No: Creditor # : 1123 OMAR HAEDO LOPEZ 270 MUNOZ RIVERA AVE. PH 1 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 23,000.00 |
| Account No: Creditor # : 1124 ORION POINTS CORPORATION PMB 487 Calle 39 UU-1 Santa Juanita Bayamon PR 00956 | | | Other | | | | $ 70.00 |
| Account No: Creditor # : 1125 ORLANDO ALVARADO URB. PALMAS REALES # 67 CALLE PALMERAS HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 10,858.33 |
| Account No: Creditor # : 1126 ORLANDO BERGES P.O. BOX 360026 SAN JUAN PR 00936-0026 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _187_ of  _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 67,183.33

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
                          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 1127<br>ORLANDO BUSTOS<br>591 Ridgedale Ave.<br>Bermingham MI 48009 | | | Initiation Fee | X | X | | $ 16,228.68 |
| **Account No:**<br>Creditor # : 1128<br>ORLANDO FERNANDEZ<br>SAN JUAN HEALTH CENTER<br>SUITE 603, #150 DE DIEGO AVE.<br>SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 6,912.72 |
| **Account No:**<br>Creditor # : 1129<br>ORLANDO J. PEREZ<br>VILLAS DE PARANA<br>S8-15 CALLE 8<br>SAN JUAN PR 00926-6131 | | | Initiation Fee | X | X | | $ 12,000.00 |
| **Account No:**<br>Creditor # : 1130<br>ORLANDO OLIVERAS<br>P.O. BOX 191566<br>SAN JUAN PR 00919-1566 | | | Initiation Fee | X | X | | $ 5,451.05 |
| **Account No:**<br>Creditor # : 1131<br>ORLANDO RIVERA<br>148 MALAQUETA ST.<br>CIUDAD JARDIN III<br>TOA ALTA PR 00953 | | | Initiation Fee | X | X | | $ 19,677.50 |
| **Account No:**<br>Creditor # : 1132<br>Oscar Cacho<br>PMB #430<br>P.O. Box 7891<br>Guaynabo PR 00970-7891 | | | Other | | | | $ 125.00 |

Sheet No. _188_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**        $ 60,394.95
                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____

  **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1133 OSCAR LEPRETRE P. O. BOX 363787 SAN JUAN PR 00936-3787 | | | *Initiation Fee* | X | X | | $ 1,500.00 |
| **Account No:** Creditor # : 1134 OSVALDO COX ROSARIO HC-02 BOX 13473 HUMACAO PR 00791 | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 1135 OSVALDO GARCIA E-21 SAN GABRIEL ST. SAN PEDRO ESTATES CAGUAS PR 00725 | | | *Initiation Fee* | X | X | | $ 260.88 |
| **Account No:** Creditor # : 1136 OSWALDO DE VARONA LOS PASEOS B-6 CALLE A. PASEO REAL SAN JUAN PR 00926-6479 | | | *Initiation Fee* | X | X | | $ 9,600.00 |
| **Account No:** Creditor # : 1137 OTTO RIEFKOHL P.O. BOX 360430 SAN JUAN PR 00936-0430 | | | *Initiation Fee* | X | X | | $ 3,683.26 |
| **Account No:** Creditor # : 1138 P.R. Telephone, Co P.O. Box 71535 San Juan PR 00936-8635 | | | *Telephone & Fax Service* | | | | $ 5,432.49 |

Sheet No. _189_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**          $ 32,476.63
                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
                **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1139 PABL0 D. AGUAYO P.O. BOX 559 LUQUILLO PR 00773 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 1140 PABLO ALMODOVAR SCALLEY URB. ESTANCIAS REALES PRINCIPE GUILLERMO #92 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 11,480.00 |
| Account No: Creditor # : 1141 PABLO CARDONA DOBLE P.O. BOX 19266 FERNANDEZ JUNCOS STATION SAN JUAN PR 00910 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1142 PABLO CASELLAS TIERRA ALTA III CALLE RUISENOR H-5 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 1143 PABLO JOSE ALVAREZ P.O. BOX 363348 SAN JUAN PR 00936-3348 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No: Creditor # : 1144 PABLO LOPEZ P.O. BOX 16336 SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 1,681.52 |

Sheet No. _190_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          **Subtotal $**        $ 55,061.52

          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC.                                  ,        Case No._____
         **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1145<br>PABLO PEREZ CARDONA<br>PMB 141,<br># 35/ C JUAN C. BORBON STE. 67<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1146<br>PABLO RODRIGUEZ<br>COND. CAPARRA CLASSIC<br>APT. 501, ST.GIUSTI<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 5,123.00 |
| Account No:<br>Creditor # : 1147<br>PABLO RODRIGUEZ<br>CALLE 7 E-8<br>PASEO MAYOR<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,135.48 |
| Account No:<br>Creditor # : 1148<br>PALMAS DEL MAR PROPERTIES, INC<br>7 EXECUTIVE DRIVE<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Parent Company Loans | | | | $ 13,501,713.88 |
| Account No:<br>Creditor # : 1149<br>Palmas Del Mar Transport &<br>Tours, Corp. Las Leandras Sta.<br>R 20 C3 PMB 111<br>Humacao PR 00791-3007 | | | Other | | | | $ 400.00 |
| Account No:<br>Creditor # : 1150<br>Pan Pepin, Inc.<br>P.O. Box 100<br>Bayamon PR 00960-0100 | | | Food Supplier | | | | $ 1,850.96 |

Sheet No. _191_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 13,533,223.32

**Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1151** *PARISSI PSC P.O. BOX 195607 SAN JUAN PR 00919-5607* | | | *Initiation Fee* | X | X | | $ 49,147.84 |
| Account No: **Creditor # : 1152** *Parts Pro De Puerto Rico PMB 224 295 Palmas Inn Way, Suite 130 Humacao PR 00791* | | | Other | | | | $ 5,701.40 |
| Account No: **Creditor # : 1153** *PATRICIA MENDEZ PMB 142, 1353 RD. 19 GUAYNABO PR 00966* | | | *Initiation Fee* | X | X | | $ 8,007.80 |
| Account No: **Creditor # : 1154** *PATRICIO ESTEVES A-5, GREEN VALLEY GARDEN HILLS GUAYNABO PR 00966* | | | *Initiation Fee* | X | X | | $ 6,807.76 |
| Account No: **Creditor # : 1155** *PATRICK F. FROMER PMB 119 295 PALMAS INN WAY STE 130 HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 6,300.00 |
| Account No: **Creditor # : 1156** *PATRICK WANGEN 35 SURFSIDE PALMAS DEL MAR HUMACAO PR 00791-6057* | | | *Initiation Fee* | X | X | | $ 5,907.00 |

Sheet No. _192_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 81,871.80

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,  Case No._____
             **Debtor(s)**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1157 Paul C. Hansen- Millennium Co POPULAR CENTER SUITE 1425 208 AVE. PONCE DE LEON SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No: Creditor # : 1158 PAUL DUBREY 38 OLD VILLAGE ROAD STURBRIDGE MA 01566 | | | Initiation Fee | X | X | | $ 1,531.96 |
| Account No: Creditor # : 1159 PAUL KORS 14306 HEATHERFIELD DR. HOUSTON TX 77079 | | | Initiation Fee | X | X | | $ 6,000.00 |
| Account No: Creditor # : 1160 PAUL S. SLEDZIK CRESCENT COVE # 26 180 CANDELERO DRIVE HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,100.00 |
| Account No: Creditor # : 1161 PAUL WONG 34 NARRAGANSETT PKWY WARWICK RI 02888 | | | Initiation Fee | X | X | | $ 5,275.25 |
| Account No: Creditor # : 1162 PAYCO FOODS CORPORATION PO BOX 11219 CAPARRA HEIGTH STATION SAN JUAN PR 00722 | | | Food Supplier | | | | $ 812.83 |

Sheet No. _193_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     **Subtotal $**        $ 30,720.04
                                     **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1163  PCTM CONSTRUCTION, CORP. PMB # 307, 100 GRAND PASEOS BLVD. SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| **Account No:** Creditor # : 1164 PDM HOMEOWNERS ASSOCIATION PO BOX 9027 HUMACAO PR 00792-9027 | | | Other | | | | $ 4,270.00 |
| **Account No:** Creditor # : 1165 PDM Utility Corp. #10 Executive Office Drive Humacao PR 00791-5235 | | | Utility Bills | | | | $ 21,414.81 |
| **Account No:** Creditor # : 1166 PEDRO ARBONA TWILIGHT 85 SUNRISE, PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 8,000.00 |
| **Account No:** Creditor # : 1167 PEDRO BELTRAN PLAYERA 63, PALMAS REALES PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,233.92 |
| **Account No:** Creditor # : 1168 PEDRO CARLOS ROMAN EYXARCH P.O. BOX 1617 BAYAMON PR 00960 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _194_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 66,918.73

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1169<br>PEDRO COLLAZO RENTAS<br>2542 CALLE COLOSO<br>URB. CONSTANCIA<br>PONCE PR 00717 | | | Initiation Fee | X | X | | $ 5,850.00 |
| Account No:<br>Creditor # : 1170<br>PEDRO D. DEL NERO OLIVER<br>P.O. BOX 361130<br>SAN JUAN PR 00936-1130 | | | Initiation Fee | X | X | | $ 6,650.00 |
| Account No:<br>Creditor # : 1171<br>PEDRO ESCOBAR<br>PO BOX 851<br>PMB 300<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 4,914.17 |
| Account No:<br>Creditor # : 1172<br>PEDRO FELICIANO<br>P.O. BOX 2025<br>LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No:<br>Creditor # : 1173<br>PEDRO GOMEZ MOLINA<br>P.O. BOX 7705<br>PONCE PR 00732 | | | Initiation Fee | X | X | | $ 19,536.52 |
| Account No:<br>Creditor # : 1174<br>PEDRO J. COLON ORTIZ<br>P.O. BOX 5307<br>CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _195_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**           $ 50,450.69
                                                    **Total $**
                                      (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                      and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,      Case No. _____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1175<br>PEDRO J. MUNOZ GONZALEZ<br>PMB 299<br>1575 AVE. MUNOZ RIVERA<br>PONCE PR 00717-0211 | | | Initiation Fee | X | X | | $ 10,056.82 |
| Account No:<br>Creditor # : 1176<br>PEDRO KAREH<br>P.O. BOX 6317<br>CAGUAS PR 00926-6317 | | | Initiation Fee | X | X | | $ 1,315.26 |
| Account No:<br>Creditor # : 1177<br>PEDRO L. GONZALEZ SEIJO<br>P.O. BOX 360498<br>SAN JUAN PR 00936-0498 | | | Initiation Fee | X | X | | $ 10,703.98 |
| Account No:<br>Creditor # : 1178<br>PEDRO MEDINA<br>URB. PASEO SAN JUAN<br>G-20 CALLE ADOQUINES<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 8,050.00 |
| Account No:<br>Creditor # : 1179<br>PEDRO ORTIZ<br>P.O.BOX 9009<br>PONCE PR 00732 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1180<br>PEDRO POU<br>MSC 417, SUITE 105<br>DE DIEGO AVE # 89<br>SAN JUAN PR 00927-5831 | | | Initiation Fee | X | X | | $ 8,000.00 |

Sheet No. _196_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 50,126.06

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,  Case No._____
             **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1181** *PEDRO R CARRILLO P.O. BOX 360253 SAN JUAN PR 00936-0253* | | | *Initiation Fee* | X | X | | $ 15,279.78 |
| Account No: **Creditor # : 1182** *PEDRO RODRIGUEZ HERNANDEZ AVE. SAN PATRICIO # 786 SAN JUAN PR 00921* | | | *Initiation Fee* | X | X | | $ 9,105.71 |
| Account No: **Creditor # : 1183** *PEDRO RODRIGUEZ SOLA CAPARRA GALLERY SUITE 306, 107 ARTEGON AVE. GUAYNABO PR 00966* | | | *Initiation Fee* | X | X | | $ 4,000.00 |
| Account No: **Creditor # : 1184** *PEDRO ROSARIO GREEN CHALET MONTE ATENAS RR 36 BOX 29 SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 1185** *PEDRO TORRES AMADOR CALLE D-5 URB PASEO REAL LOS PASEOS RIO PIEDRAS PR 00926* | | | *Initiation Fee* | X | X | | $ 7,200.00 |
| Account No: **Creditor # : 1186** *PEDRO VELEZ P.O. BOX 4038 BAYAMON PR 00958-4038* | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. _197_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 59,585.49

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
            **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1187 PETER CLARK 136 HUNTER GREEN CIRCLE AGAWAM MA 01001-3683 | | | Initiation Fee | X | X | | $ 5,236.52 |
| Account No: Creditor # : 1188 PETER GILLMAN PMB 295 PALMAS INN WAY ST. 130 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 630.00 |
| Account No: Creditor # : 1189 PETER PECK 3 NORTH COURT PORT WASHINGTON NY 11050 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 1190 PIERRE LEPOUREAU 220 N. ZAPATA HIGHWAY 11 PMB 219 B LAREDO TX 78043 | | | Initiation Fee | X | X | | $ 9,600.00 |
| Account No: Creditor # : 1191 Ping P.O. Box 52450 Phoenix AR 85072-2450 | | | Merchandise | | | | $ 6,155.96 |
| Account No: Creditor # : 1192 Plaza Cellars P.O. Box 363328 San Juan PR 00936-3328 | | | Beverage Distributor | | | | $ 3,487.75 |

Sheet No. _198_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 40,110.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1193<br>PLAZA FOOD SYSTEM<br>HC 5 Box 55900<br>Caguas PR 00725-5900 | | | Food Supplier | | | | $ 16,840.24 |
| Account No:<br>Creditor # : 1194<br> PLOM ELECTRIC<br>ATT: GUSTAVO GONZALEZ<br>PO BOX 1771<br>JUNCOS PR 00777-1771 | | | Initiation Fee | X | X | | $ 6,313.79 |
| Account No:<br>Creditor # : 1195<br>POPULAR INC<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR 00936-2708 | | | Initiation Fee | X | X | | $ 10,000.00 |
| Account No:<br>Creditor # : 1196<br> PRAXEDES M. RIVERA-FERRER<br>1357 ASHFORD AVE.<br>STE. 2, PMB 425<br>SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1197<br>Prince Sports, Inc.<br>PO Box 347155<br>Pittsburgh PA 15251-4155 | | | Merchandise | | | | $ 4,709.48 |
| Account No:<br>Creditor # : 1198<br>PRODUCTOS ELIZABETH, INC.<br>PMB 114, RR5 Box 4999<br>Bayamon PR 00956 | | | Other | | | | $ 1,140.00 |

Sheet No. _199_ of  _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 59,003.51

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1199 PROVISIONES LEGRAND P.O. Box 192217 San Juan PR 00919-2217 | | | Food Supplier | | | | $ 16,477.23 |
| Account No: Creditor # : 1200 Puerto Rico Pallet Recycling P.O. Box 1646 Vega Alta PR 00692 | | | Other | | | | $ 588.50 |
| Account No: Creditor # : 1201 Pukka, Inc. PO Box 1427 Lima OH 45802 | | | Other | | | | $ 420.00 |
| Account No: Creditor # : 1202 QUINTIN RIVERA PO BOX 8188 CAGUAS PR 00726-8188 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 1203 R. BRUCE HUGHES P.O. BOX 386 FORKED RIVER NJ 08731 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 1204 R. KIRKLAND McQUIDDY C/O McQUIDDY PROPERTIES OF SC P.O. BOX 14176 SURFSIDE BEACH SC 29587 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _200_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 60,485.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                          **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1205<br>RADAME SANTIAGO<br>P.O. BOX 214<br>SAN LORENZO PR 00754 | | | Initiation Fee | X | X | | $ 7,633.35 |
| Account No:<br>Creditor # : 1206<br>RAFAEL A. RIVERA NIEVES<br>URB. VILLAMAR<br>MAR MEDITERRANEO #58<br>CAROLINA PR 00979 | | | Initiation Fee | X | X | | $ 10,600.00 |
| Account No:<br>Creditor # : 1207<br>RAFAEL A. TORRELLAS RUIZ<br>CALLE MCLEARY #1854<br>COND. CHATEAU MCLEARY, APT. 6-<br>SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 7,680.80 |
| Account No:<br>Creditor # : 1208<br>RAFAEL ACEVEDO<br>PMB 640 89 DE DIEGO AVE<br>SUITE 105<br>SAN JUAN PR 00927-6346 | | | Initiation Fee | X | X | | $ 17,000.00 |
| Account No:<br>Creditor # : 1209<br>RAFAEL BAEZ<br>PASEO SAN JUAN<br>C-7 LA ROGATIVA ST.<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 14,270.96 |
| Account No:<br>Creditor # : 1210<br>RAFAEL BERRIOS MARCANO<br>INSTITUTO SAN PABLO<br>OFICINA 510, CALLE SANTA CRUZ<br>GUAYNABO PR 00961 | | | Initiation Fee | X | X | | $ 10,710.06 |

Sheet No. _201_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 67,895.17

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,     Case No._____
                            **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 1211<br> RAFAEL BERRIOS SADI<br>BOX 1347<br>GURABO PR 00778 | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| **Account No:**<br>Creditor # : 1212<br>RAFAEL BONNIN<br>ST. PLAYERA # 49 PALMA REALES<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | *Initiation Fee* | X | X | | $ 6,595.60 |
| **Account No:**<br>Creditor # : 1213<br>RAFAEL CASANOVA<br>P.O. BOX 86<br>VEGA BAJA PR 00694 | | | *Initiation Fee* | X | X | | $ 10,000.00 |
| **Account No:**<br>Creditor # : 1214<br>RAFAEL DIAZ MATOS<br>LA GARITA ST. #E-8<br>PASEO SAN JUAN<br>SAN JUAN PR 00926 | | | *Initiation Fee* | X | X | | $ 10,000.00 |
| **Account No:**<br>Creditor # : 1215<br>RAFAEL E. VICENS RODRIGUEZ<br>P. O. BOX 9190<br>HUMACAO PR 00792-9190 | | | *Initiation Fee* | X | X | | $ 8,600.00 |
| **Account No:**<br>Creditor # : 1216<br>RAFAEL F. SALINAS<br>P. O. BOX 8049<br>SAN JUAN PR 00910 | | | *Initiation Fee* | X | X | | $ 7,500.00 |

Sheet No. _202_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 62,695.60

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1217 RAFAEL GARCIA COLON ALAMAIN 28 AVE. 65 INF. SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1218 RAFAEL JOSE MORA LACLAUSTRA 505 ARBOLES DE MONTEHIEDRAS SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1219 RAFAEL LAGO DEL APARTADO 1029 COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 8,506.17 |
| Account No: Creditor # : 1220 RAFAEL LOPEZ HC 04 BOX 4946 HUMACAO PR 000792 | | | Other | | | | $ 700.00 |
| Account No: Creditor # : 1221 RAFAEL MASSO PALMAS REALES # 10 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 1222 RAFAEL MEDIAVILLA BBVA BUILDING AMARILLO ST. 1737 BOX 27 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 17,744.08 |

Sheet No. _203_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 58,150.25

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1223 RAFAEL MENDEZ 1018 ASHFORD AVE. SUITE 3B SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 7,635.48 |
| Account No: Creditor # : 1224 RAFAEL MOSQUERA PLAZA 4, # 40 GRAN VISTA II GURABO PR 00778 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: Creditor # : 1225 RAFAEL OMS 180 CANDELERO DRIVE CRESCENT COVE # 62 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 6,500.00 |
| Account No: Creditor # : 1226 RAFAEL PAGAN TORRIMAR ALTO PATIO HILLS, M-3 GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No: Creditor # : 1227 RAFAEL PEREZ VILLARINI P.O. BOX 364152 SAN JUAN PR 00936-4152 | | | Initiation Fee | X | X | | $ 18,616.10 |
| Account No: Creditor # : 1228 RAFAEL QUINONES P. O. BOX 8425 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 12,135.48 |

Sheet No. _204_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 61,287.06

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1229 RAFAEL SANABRIA SANABRIA 17789 MONTEREY PINE DRIVE STRONGS VIUE OM 44136** | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 1230 RAFAEL SANTIAGO GONZALEZ 1150 MAGDALENA AVE. SAN JUAN PR 00907** | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| Account No: **Creditor # : 1231 RAFAEL SANTOS DEL VALLE 90 CANDELERO DR. AQUABELLA APT #15 HUMACAO PR 00791** | | | *Initiation Fee* | X | X | | $ 11,768.26 |
| Account No: **Creditor # : 1232 RAFAEL SOTO P.O. BOX 730 LAS PIEDRAS PR 00771** | | | *Initiation Fee* | X | X | | $ 10,000.00 |
| Account No: **Creditor # : 1233 RAFAEL UFRET P.O. BOX 8937 CAGUAS PR 00726** | | | *Initiation Fee* | X | X | | $ 4,312.50 |
| Account No: **Creditor # : 1234 RALPH PEREZ 84 CALLE TRINITARIA EXT. SANTA MARIA SAN JUAN PR 00927** | | | *Initiation Fee* | X | X | | $ 8,000.00 |

Sheet No. _205_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 58,080.76

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
            **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 1235 RALPH PIZARRO 150 PALMAS DR. HACIENDA DE PALMAS # 211 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,175.59 |
| Account No: | | | | | | | |
| Creditor # : 1236 RAMON F. ECHEANDIA FUSTER DORADO BEACH EAST # 443 DORADO PR 00646 | | | Initiation Fee | X | X | | $ 11,250.00 |
| Account No: | | | | | | | |
| Creditor # : 1237 RAMON FIGUEROA TORRES 106 FAIRWAY DRIVE URB. PALMAS PLANTATION HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,257.22 |
| Account No: | | | | | | | |
| Creditor # : 1238 RAMON GRILLE CORAL ST. #308 VILLAS DEL MAR, COCO BEACH RIO GRANDE PR 00745 | | | Initiation Fee | X | X | | $ 19,667.50 |
| Account No: | | | | | | | |
| Creditor # : 1239 RAMON J. FIGUEROA RIVERA P. O. BOX 800362 COTO LAUREL PR 00780 | | | Initiation Fee | X | X | | $ 9,949.82 |
| Account No: | | | | | | | |
| Creditor # : 1240 RAMON JOSE ABARCA SCHWARTZ P.O. BOX 13928 SAN JUAN PR 00908-3928 | | | Initiation Fee | X | X | | $ 7,700.00 |

Sheet No. _206_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 55,000.13

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
               **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1241<br>RAMON K. SOTOMAYOR<br># 300 AVE. LA SIERRA<br>BOX 61<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 5,547.62 |
| Account No:<br>Creditor # : 1242<br>RAMON LUGO<br>BIO LA COLINA LOS FILTROS<br>GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1243<br>RAMON LUIS-LUGO<br>53 PALMERA ST.<br>EL CARIBE BUILDING SUITE 801<br>SAN JUAN PR 00901-2412 | | | Initiation Fee | X | X | | $ 9,020.40 |
| Account No:<br>Creditor # : 1244<br>RAMON MARTINEZ BORGES<br>PASEO ALTO # 20<br>CALLE 2<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1245<br> RAMON MURPHY<br>333 CENTRAL PARK WEST<br>NEW YORK NY 10025 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1246<br>RAMON SEPULVEDA<br>P. O. BOX 8668<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 1,307.33 |

Sheet No. _207_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal $**         **$ 59,875.35**

                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
              **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1247<br>RAND MARSTERS<br>P. O. BOX 8755<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 5,800.00 |
| Account No:<br>Creditor # : 1248<br> RAUL G. GASCOT ORTIZ<br>C/ GUARAGUAO # 111<br>URB. MONTEHIEDRA<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1249<br>RAUL LOPEZ CARABALLO<br>BOX 704<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 10,983.78 |
| Account No:<br>Creditor # : 1250<br>RAUL MONTALVO<br>P.O. Box 801181<br>Coto Laurel PR 00780-1181 | | | Initiation Fee | X | X | | $ 7,167.14 |
| Account No:<br>Creditor # : 1251<br>RAUL PIOVANETT<br>CALLE PALMERAS # 19<br>PALMAS REALES, PDM<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 522.26 |
| Account No:<br>Creditor # : 1252<br>RAUL QUESADA<br>VICTORIA # 108<br>PONCE PR 00730-3767 | | | Initiation Fee | X | X | | $ 9,050.00 |

Sheet No. _208_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 53,523.18

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
           **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1253** *RAUL RIVERA DE JESUS* *P.O. BOX 503* *PATILLAS PR 00723* | | | *Initiation Fee* | X | X | | $ 9,219.12 |
| Account No: **Creditor # : 1254** *RAUL RIVERA ORTIZ* *P.O. BOX 6735* *SAN JUAN PR 00914-6735* | | | *Initiation Fee* | X | X | | $ 2,092.00 |
| Account No: **Creditor # : 1255** *RAUL SALCEDO OQUENDO* *BAYAMON MEDICAL PLAZA* *SUITE 901* *BAYAMON PR 00959* | | | *Initiation Fee* | X | X | | $ 10,520.30 |
| Account No: **Creditor # : 1256** *RAUL SANCHEZ* *PMB 512 200* *AVE. RAFAEL CORDERO, STE. 140* *CAGUAS PR 00725* | | | *Initiation Fee* | X | X | | $ 7,091.35 |
| Account No: **Creditor # : 1257** *RAUL VIDAL COS* *GARDEN HILL SUR* *PASEO DEL PARQUE H A-1* *GUAYNABO PR 00969* | | | *Initiation Fee* | X | X | | $ 7,200.00 |
| Account No: **Creditor # : 1258** *RAYMOND EMMERT* *190 CANDELERO DR. # 196* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 6,442.00 |

Sheet No. _209_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal $** | $ 42,564.77 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u>                              ,          Case No. _____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1259<br>RAYMOND GRESALFI<br>190 CANDELERO DRIVE<br>APT. 228<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 18,299.50 |
| Account No:<br>Creditor # : 1260<br>RAYMOND HALAIS BORGES<br>P.O. BOX 7706<br>CAGUAS PR 00726-7706 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1261<br>RAYMOND HALAIS KAREH<br>BOX 5519<br>CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 6,750.00 |
| Account No:<br>Creditor # : 1262<br>RAYMOND LEAHY<br>1661 OLD COUNTRY<br>RD # 505<br>RIVERHEAD NY 11901 | | | Initiation Fee | X | X | | $ 4,000.00 |
| Account No:<br>Creditor # : 1263<br>RAYMOND O'NEILL<br>PALMAS DEL MAR<br>100 CAND DR. APT.2081<br>HUMACAO PR 00791-6102 | | | Initiation Fee | X | X | | $ 1,444.53 |
| Account No:<br>Creditor # : 1264<br>RAYMOND ZAPATA MENENDEZ<br>P.O. BOX 815<br>CABO ROJO PR 00623 | | | Initiation Fee | X | X | | $ 11,906.37 |

Sheet No. <u>210</u> of <u>250</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 54,400.40

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1265 *REAL LEGACY ASSURANC* *PO BOX 71467* *SAN JUAN PR 00936-8567* | | | *Initiation Fee* | X | X | | $ 57,443.52 |
| **Account No:** Creditor # : 1266 *REINALDO A. DIAZ PEREZ* *HACIENDAS DE PALMAS* *PALMAS DRIVE 150 APT. 115* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 1,937.72 |
| **Account No:** Creditor # : 1267 *Reinaldo Carrasquillo Santiago* *Apartado 1796* *San Lorenzo PR 00754* | | | *Other* | | | | $ 225.00 |
| **Account No:** Creditor # : 1268 *REINALDO GONZALEZ MARTINEZ* *URB. MONTEHIEDRAS* *CALLE JILGUERO #276* *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 12,000.00 |
| **Account No:** Creditor # : 1269 *REINALDO REYES DELFAUS* *PMB 489* *P.O. BOX 70344* *SAN JUAN PR 00936-8344* | | | *Initiation Fee* | X | X | | $ 1,500.00 |
| **Account No:** Creditor # : 1270 *RENATA DE WEERT* *260 OCEAN BLVD.* *GOLDEN BEACH FL 33160* | | | *Initiation Fee* | X | X | | $ 15,719.48 |

Sheet No. _211_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　**Subtotal $**　　　$ 88,825.72
　　　　　　　　　　　　　　　　　　　　　　　　**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | |
| Creditor # : 1271 *RENE DE LA CRUZ* *35 CAOBA STREET* *ESTANCIAS DE TORRIMAR* *GUAYNABO PR 00966* | | | *Initiation Fee* | X | X | | $ 8,247.50 |
| **Account No:** | | | | | | | |
| Creditor # : 1272 *RENE FLORES* *P.O. BOX 6060* *BARCELONETA PR 00612* | | | *Initiation Fee* | X | X | | $ 6,740.30 |
| **Account No:** | | | | | | | |
| Creditor # : 1273 *RENE GOMEZ* *P.O. BOX 1117* *63 GOYCO ST.* *CAGUAS PR 00726-1117* | | | *Initiation Fee* | X | X | | $ 6,700.00 |
| **Account No:** | | | | | | | |
| Creditor # : 1274 *RENE GOMEZ FERNANDEZ* *P.O. BOX 1117* *CAGUAS PR 00726* | | | *Initiation Fee* | X | X | | $ 1,000.00 |
| **Account No:** | | | | | | | |
| Creditor # : 1275 *RENE RAMIREZ CRUZ* *9065 ALDERSGATE CT.* *COLORADO SPRINGS CO 80920* | | | *Initiation Fee* | X | X | | $ 19,768.26 |
| **Account No:** | | | | | | | |
| Creditor # : 1276 *RENE SANTOS* *1221 LUCHETTI ST., APT. # 9* *CONDADO* *SAN JUAN PR 00907* | | | *Initiation Fee* | X | X | | $ 3,794.42 |

Sheet No. _212_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 46,250.48

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1277 <br> RENE VAN NOORT <br> PMB 377 <br> 200 AVE. RAFAEL CORDERO <br> CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 1278 <br> RICARDO A. CASILLAS OLIVIERI <br> 116 FAIRWAY DR. <br> PALMAS PLANTATION <br> HUMACAO PR 00791 | | | Membership Deposit | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 1279 <br> RICARDO GONZALEZ <br> 12-2 TOLEDO STREET <br> URB. TORRIMAR <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 2,000.00 |
| Account No: <br> Creditor # : 1280 <br> RICARDO MUNOZ <br> CALLE PEDRO PEDROSA <br> #13 GARDEN HILLS <br> GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No: <br> Creditor # : 1281 <br> RICARDO PORZIO <br> COND.PARQUE DE LAS FUENTES <br> APT. 308 <br> HATO REY PR 00918 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No: <br> Creditor # : 1282 <br> RICARDO RODRIGO PONS <br> P.O. BOX 82 <br> LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 11,768.26 |

Sheet No. _213_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 47,268.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____

**Debtor(s)**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1283<br>RICARDO RODRIGUEZ<br>436 8TH STREET<br>BROOKLYN NY 11215 | | | Initiation Fee | X | X | | $ 6,500.00 |
| Account No:<br>Creditor # : 1284<br>RICARDO RODRIGUEZ DOMENECH<br>600 BLVD. LOS ARBOLES<br>SUITE 501<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1285<br>RICARDO ROMAN<br>P.O. BOX 50367<br>TOA BAJA PR 00950 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1286<br>RICARDO SOSA<br>254 COMERCIAL STREET<br>ISABELA PR 00662 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1287<br>RICARDO VILA BAEZ<br>130 WISTON CHURCHILL<br>PMB 229<br>SAN JUAN PR 00926-6018 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1288<br>RICHARD ALEXANDER<br>5103 CHANTICLEER DRIVE<br>PLANTATION CHANTICLEER VILLAGE<br>LEEDSBURG FL 34748 | | | Initiation Fee | X | X | | $ 5,847.50 |

Sheet No. _214_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 76,347.50

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No. _____
                              **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1289 RICHARD BAGSHAW 6160 GREENHILL RD NEW HOPE PA 18938-9630 | | | Initiation Fee | X | X | | $ 7,200.00 |
| Account No: Creditor # : 1290 RICHARD CRESPI P.O. BOX 8404 FERNANDINA BEACH FL 32035-8404 | | | Initiation Fee | X | X | | $ 1,732.00 |
| Account No: Creditor # : 1291 RICHARD HEIMER 21 SUNCREST DRIVE DIX HILLS NY 11746 | | | Initiation Fee | X | X | | $ 1,295.61 |
| Account No: Creditor # : 1292 RICHARD J. TONYES 297 GREAT RIVER RD GREAT RIVER NY 11739 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 1293 RICHARD KLEINKNECHT 28 PLOVER LANE HUNTINGTON NY 11743 | | | Initiation Fee | X | X | | $ 7,549.50 |
| Account No: Creditor # : 1294 RICHARD LOPEZ Calle Robles D-8 Campo Alegre Bayamon PR 00956 | | | Professional Services | | | | $ 297.04 |

Sheet No. _215_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**    $ 38,074.15

                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
_____**Debtor(s)**_____      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1295 <br> RICHARD MIGLIETTA <br> 25 ROBLE VALLEY RD <br> PALMAS DEL MAR <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 1296 <br> RICHARD REYNOLDS <br> PMB 118 295 PALMAS INN WAY <br> STE 130 <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 1297 <br> RICHARD SESHOLTZ <br> 18 COUNTRY LANE <br> HAMBERG NJ 07419 | | | Initiation Fee | X | X | | $ 12,500.00 |
| Account No: <br> Creditor # : 1298 <br> RICHARD TRYON <br> 474 E. CRYSTAL DOWNS DR. <br> FRANKFORT MI 49635 | | | Initiation Fee | X | X | | $ 6,792.00 |
| Account No: <br> Creditor # : 1299 <br> RICHARD VALDES <br> URB. PASEO SAN JUAN <br> CALLE 6 H-16 <br> SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: <br> Creditor # : 1300 <br> RICKY JIMENEZ-CARLO <br> 1047 CARITE ST. <br> URB. VALLES DEL LAGO <br> CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _216_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 75,292.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No. _____
             **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1301 ROBERT C. BRADSHAW 1419 MELROSE PLACE BIRMINGHAM AL 35209 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 1302 ROBERT DENNEN 4 ROGERS AVE. NORTH KINGSTOWN RI 02852-4514 | | | Initiation Fee | X | X | | $ 16,192.00 |
| Account No: Creditor # : 1303 ROBERT HANDSCHUH COND. LOS OLMOS 4536 CALLE NEVAREZ APT. 16 C SAN JUAN PR 00927-4536 | | | Initiation Fee | X | X | | $ 11,100.00 |
| Account No: Creditor # : 1304 ROBERT HO 1371 E 70 TH ST BROOKLYN NY 11234 | | | Initiation Fee | X | X | | $ 9,651.69 |
| Account No: Creditor # : 1305 ROBERT HOWLETT 15 KINGS CT. BOOTHWYN PA 19061 | | | Initiation Fee | X | X | | $ 8,150.00 |
| Account No: Creditor # : 1306 ROBERT L. NADAL 608 CALLE HOARE SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _217_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 85,093.69

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                              **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1307<br>ROBERT MORVILLO<br>370 HEMPSTEAD AVE.<br>ROCKVILLE CENTER,<br>NEW YORK NY 11570 | | | Initiation Fee | X | X | | $ 7,381.25 |
| Account No:<br>Creditor # : 1308<br>Robert R. Mercado<br>Hacienda San Jose<br>828 Via Placida<br>Caguas PR 00727-3074 | | | Other | | | | $ 300.00 |
| Account No:<br>Creditor # : 1309<br>ROBERT RIVERA<br>CALLE CAOBA ST. # 373<br>URB. LOS SAUCES<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 2,000.00 |
| Account No:<br>Creditor # : 1310<br>ROBERT RODRIGUEZ LOPEZ<br>URB. EL MIRADOR<br>CALLE 8 G-12<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,487.35 |
| Account No:<br>Creditor # : 1311<br>ROBERT SUSALKA<br>67 GREAT OAK LANE<br>REDDING CT 06896 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 1312<br>ROBERT WALLACE<br>216 ASKAROKEN AVE.<br>ASKAROKEN NY 11768 | | | Initiation Fee | X | X | | $ 18,872.37 |

Sheet No. _218_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 48,440.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1313 ROBERTO BACO P.O. BOX 801090 COTO LAUREL PR 00780-1090 | | | Initiation Fee | X | X | | $ 4,800.00 |
| Account No: Creditor # : 1314 ROBERTO BAEZ TORRES HC 80 BOX 8108 DORADO PR 00646 | | | Initiation Fee | X | X | | $ 13,299.50 |
| Account No: Creditor # : 1315 ROBERTO HERNANDEZ ORSINI CAMINO ALEJANDRINO # 4 VILLA CLEMENTINA GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 9,162.70 |
| Account No: Creditor # : 1316 ROBERTO HERRERA 9 WEST 20TH STREET, 6 FLOOR NEW YORK NY 10011 | | | Initiation Fee | X | X | | $ 15,000.00 |
| Account No: Creditor # : 1317 ROBERTO L. UBINAS P.O. BOX 2313 GUAYAMA PR 00785 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 1318 ROBERTO LEGRAND PARQUES DE SAN IGNACIO CALLE 1, C-2 SAN JUAN PR 00921 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _219_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 82,262.20

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1319<br>ROBERTO LUCIANO<br>SIEMPREVIVA STREET # 618<br>LAS FLORES DE MONTEHIEDRA<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 6,600.00 |
| Account No:<br>Creditor # : 1320<br>ROBERTO MARCHAN<br>271 PINERO AVE.<br>HYDE PARK<br>RIO PIEDRAS PR 00927 | | | Initiation Fee | X | X | | $ 5,606.44 |
| Account No:<br>Creditor # : 1321<br>ROBERTO MENDOZA BENITEZ<br>PALMAS DEL MAR<br>COSTA VERDE # 38<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1322<br> ROBERTO PEREZ<br>196 BAY AVENUE<br>HUNTINGTON BAY NY 11743 | | | Initiation Fee | X | X | | $ 21,299.50 |
| Account No:<br>Creditor # : 1323<br>ROBERTO RIZZO<br>CALLE CLARISA # 1258<br>LA RAMBLA PONCE<br>PONCE PR 00730 | | | Initiation Fee | X | X | | $ 38.29 |
| Account No:<br>Creditor # : 1324<br>ROBERTO SEIN<br>VIOLETA 217<br>URB. SAN FRANCISCO<br>RIO PIEDRAS PR 00927 | | | Initiation Fee | X | X | | $ 2,043.93 |

Sheet No. _220_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**      $ 47,588.16
                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,   Case No._____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1325<br>ROBERTO VARGAS<br>MARQUEZA 1650<br>PONCE PR 00733 | | | Initiation Fee | X | X | | $ 7,739.38 |
| Account No:<br>Creditor # : 1326<br>ROBERTO VELEZ TORO<br>P. O. BOX 361691<br>SAN JUAN PR 00936-1691 | | | Initiation Fee | X | X | | $ 2,092.00 |
| Account No:<br>Creditor # : 1327<br>ROCHELLY MEDINA SOTO<br>LADERAS DE SAN JUAN<br>#8 CALLE NOGAL<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1328<br>RODO HERNANDEZ SANTIAGO<br>PMB 189<br>P.O. BOX 4971<br>CAGUAS PR 00726-4971 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1329<br>RODOLFO CRISCUOLO<br>APT. 1201 CONDOMINIO CANDINA<br>SEA TOWER, #7 CALLE CANDINA<br>CONDADO PR 00907 | | | Initiation Fee | X | X | | $ 6,750.00 |
| Account No:<br>Creditor # : 1330<br>RODOLFO CRISCUOLO CARLES JR.<br>ER-174 PLAZA MIRASOL<br>URB. ENTRERIOS<br>TRUJILLO ALTO PR 00976 | | | Initiation Fee | X | X | | $ 8,000.00 |

Sheet No. _221_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 48,581.38

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,                  Case No._____
                    **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1331<br>RODOLFO LEWY<br>P.O.BOX 191082<br>SAN JUAN PR 00919-1082 | | | Initiation Fee | X | X | | $ 549.80 |
| Account No:<br>Creditor # : 1332<br>RODOLFO TROCHE NEGRON<br>PASEO LAS VISTAS C/1 A-14<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 17,250.00 |
| Account No:<br>Creditor # : 1333<br>ROGELIO CARDONA<br>ND-18, LA RANADA<br>URB. LA MANSION<br>TOA BAJA PR 00949 | | | Initiation Fee | X | X | | $ 1,138.84 |
| Account No:<br>Creditor # : 1334<br>ROLANDO SANTIAGO<br>PO BOX 192016<br>SAN JUAN PR 00919-2016 | | | Initiation Fee | X | X | | $ 6,700.00 |
| Account No:<br>Creditor # : 1335<br>ROMULO SUERO PEREZ<br>P.O. BOX 9184<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No:<br>Creditor # : 1336<br>RONALD A. RONCI<br>20 CEDAR SWAMP ROAD<br>SMITHFIELD RI 02917 | | | Initiation Fee | X | X | | $ 5,550.00 |

Sheet No. _222_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 38,888.64

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____
                    **Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1337<br>RONALD M. REPICE<br>22081 RESERVE ESTATES DRIVE<br>BONITAS SPRINGS FL 34135 | | | Initiation Fee | X | X | | $ 5,621.41 |
| Account No:<br>Creditor # : 1338<br>RONALDO D. CINTRON MEDINA<br>PALMAS REALES<br>CALLE PLAYERA # 59<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 11,852.50 |
| Account No:<br>Creditor # : 1339<br> ROSEMARY RICHARDSON<br>400 EAST 89TH STREET APT 10K<br>NEW YORK NY 10128 | | | Initiation Fee | X | X | | $ 21,299.50 |
| Account No:<br>Creditor # : 1340<br>ROY ASHIKARI<br>99 TOMAHAWK STREET<br>YORKTOWN HEIGHTS NY 10598 | | | Initiation Fee | X | X | | $ 8,499.50 |
| Account No:<br>Creditor # : 1341<br>RUBEN CHAMORRO<br>P.O. BOX 1002<br>LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 1,097.45 |
| Account No:<br>Creditor # : 1342<br>RUBEN DELGADO<br>QUEBRADA ARENAS B-13<br>VILLAS DEL PILAR<br>RIO PIEDRAS PR 00926 | | | Initiation Fee | X | X | | $ 8,932.16 |

Sheet No. _223_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 57,302.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No. _____
                **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1343<br>RUBEN GONZALEZ RIVERA<br>ME-12 PLAZA 20<br>MONTE CLARO<br>BAYAMON PR 00961 | | | Initiation Fee | X | X | | $ 11,304.78 |
| Account No:<br>Creditor # : 1344<br>RUBEN GONZALEZ RIVERA<br>ME-12 PLAZA 20 MONTE CLARO<br>BAYAMON PR 00961 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1345<br>RUBEN JORDAN GARCIA<br>AVE. F. RINCON # 385,<br>COND. PUERTO PASEOS PH 2204<br>SAN JUAN PR 00926-6658 | | | Initiation Fee | X | X | | $ 19,162.72 |
| Account No:<br>Creditor # : 1346<br>RUBEN MAGALLANES<br>364 CALLE SAN JORGE APT. 9-C<br>SAN JUAN PR 00912 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1347<br>RUBEN MENDEZ BENABE<br>P.O. BOX 6400<br>PMB 113<br>CAYEY PR 00737 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1348<br>RUBEN SANCHEZ<br>Calle Patria Tio #828<br>Country Club<br>SAN JUAN PR 00924 | | | Initiation Fee | X | X | | $ 11,209.54 |

Sheet No. _224_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**          $ 77,677.04
                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1349 RUDY NURSE 295 PALMAS INN WAY STE 117 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 5,360.50 |
| Account No: Creditor # : 1350 Safety-Kleen Corp. P.O. Box 382066 Pittsburgh PA 15250-8066 | | | Supplies | | | | $ 2,600.07 |
| Account No: Creditor # : 1351 SAKACORCHO CORPORATION PO BOX 9023856 SAN JUAN PR 00902 | | | Beverage Distributor | | | | $ 2,910.40 |
| Account No: Creditor # : 1352 SALLY SCHWARTZ 655 PARK AVE. 7-D NEW YORK CITY NY 10021-5937 | | | Initiation Fee | X | X | | $ 6,950.00 |
| Account No: Creditor # : 1353 SALOMON ABRAHAMS 18 TANGLEWOOD RD.. SCARSDALE NY 10583 | | | Initiation Fee | X | X | | $ 7,929.92 |
| Account No: Creditor # : 1354 SALVADOR F. ROVIRA 606 AVE TITO CASTRO LAS RAMBLA PLAZA SUITE 201 PONCE PR 00716 | | | Initiation Fee | X | X | | $ 19,162.72 |

Sheet No. _225_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 44,913.61

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1355** **SALVADOR FERNANDEZ** **HC-02, BOX 13421** **HUMACAO PR 00791** | | | *Initiation Fee* | X | X | | $ 6,650.00 |
| Account No: **Creditor # : 1356** **SALVADOR V. ALOMA** **83 CANOA COURT** **HARBOUR LIGHTS PALMAS DEL MAR** **HUMACAO PR 00792** | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: **Creditor # : 1357** **SALVATORE GIORDANO** **91 ASTOR AVE.** **SAINT JAMES NY 11780-3021** | | | *Initiation Fee* | X | X | | $ 7,892.00 |
| Account No: **Creditor # : 1358** **SAM KRAVITZ** | | | *Initiation Fee* | X | X | | $ 750.00 |
| Account No: **Creditor # : 1359** **SAMUEL BETANCES** **5448 NORTH KIMBAL AVE.** **CHICAGO IL 60625** | | | *Initiation Fee* | X | X | | $ 7,980.00 |
| Account No: **Creditor # : 1360** **SAMUEL BLOOMBERG** **120 GENERAL GREEN RD.** **SHELBURNE VT 05482** | | | *Initiation Fee* | X | X | | $ 16,299.50 |

Sheet No. _226_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 59,571.50

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                           **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1361 Samuel De Jesus Cedeno Bernardino B48 Santa Juanita Bayamon PR 00956 | | | Other | | | | $ 110.00 |
| Account No: Creditor # : 1362 SAMUEL JOVE P. O. BOX 4963 CAGUAS PR 00726-4963 | | | Initiation Fee | X | X | | $ 8,242.54 |
| Account No: Creditor # : 1363 SANDRA MEDIAVILLA URB. PASEO REAL B-14, CALLE A SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 8,536.51 |
| Account No: Creditor # : 1364 SANDRA PEREZ P.O. BOX 191818 SAN JUAN PR 00919-1818 | | | Initiation Fee | X | X | | $ 10,200.00 |
| Account No: Creditor # : 1365 SANTIAGO RUBIN OBELLEIRO AVE. ASHFORD 1483 CONDOMINIO LA CEIBA PH2 SAN JUAN PR 00907-1533 | | | Initiation Fee | X | X | | $ 1,500.00 |
| Account No: Creditor # : 1366 SANTIAGO SALDANA P.O. BOX 360201 SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 8,400.00 |

Sheet No. _227_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        $ 36,989.05
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1367<br>SANTIAGO SOLER<br>172 MIMOSA<br>URB. SANTA MARIA<br>RIO PIEDRAS PR 00927 | | | Initiation Fee | X | X | | $ 8,000.00 |
| Account No:<br>Creditor # : 1368<br>SANTOS TROCHE PABON<br>122 PARK GATE DRIVE<br>EDISON NJ 08820 | | | Initiation Fee | X | X | | $ 3,856.46 |
| Account No:<br>Creditor # : 1369<br>SARAH FOWLER<br>P.O. Box 358<br>Luquillo PR 00773-0358 | | | Other | | | | $ 3,589.90 |
| Account No:<br>Creditor # : 1370<br>SAUL BERRIOS<br>P.O. BOX 8076<br>HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 2,150.00 |
| Account No:<br>Creditor # : 1371<br>SAUL MELENDEZ<br>P.O. BOX 979<br>Punta Santiago PR 00741 | | | Pre-Payments | | | | $ 3,286.50 |
| Account No:<br>Creditor # : 1372<br>SB PHARMACO P.R. CO.<br>P.O. BOX 363461<br>SAN JUAN PR 00936-3461 | | | Initiation Fee | X | X | | $ 121,499.39 |

Sheet No. _228_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 142,382.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____
                        **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1373<br>Sea World, Inc.<br>P.O. Box 361986<br>San Juan PR 00936-1986 | | | Food Supplier | | | | $ 6,479.26 |
| Account No:<br>Creditor # : 1374<br> SEGUNDO NOVOA<br>ACROPOLIS C-3<br>MONTE OLIMPO<br>GUAYNABO PR 00971 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1375<br> SEGUROS TRIPLE SSS<br>P.O. BOX 70313<br>SAN JUAN PR 00936-0313 | | | Initiation Fee | X | X | | $ 71,259.02 |
| Account No:<br>Creditor # : 1376<br>SEIDEN & COMPANY<br>2501 NW 2 AVENUE<br>MIAMI FL 33127 | | | Other | | | | $ 5,980.00 |
| Account No:<br>Creditor # : 1377<br>SEMIRAMIS GONZALEZ<br>COND. PASEO DEL BOSQUE PH 2608<br>340 LAS CUMBRES AVE.<br>SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 1378<br>Sepulveda Air Conditioning<br>Urb. Cupey Gardens<br>Calle 6-K7<br>San Juan PR 00926 | | | A/C Maintenance Services | | | | $ 310.00 |

Sheet No. _229_ of _250_ continuation sheets attached to Schedule of       **Subtotal $**       $ 112,428.28
Creditors Holding Unsecured Nonpriority Claims                            **Total $**
                                    (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
              **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1379<br>SERAFIN MASSOL<br>184 LA CORUNA<br>CIUDAD JARDIN DE BAIROA<br>CAGUAS PR 00725-1355 | | | Initiation Fee | X | X | | $ 7,264.86 |
| Account No:<br>Creditor # : 1380<br>SERGIO ROMEU DIAZ<br>CALAF 400 PMB 19<br>SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 13,364.88 |
| Account No:<br>Creditor # : 1381<br>SHELDON SMILEY<br>551 COLONIAL DR.<br>HILTON HEAD<br>ISLAND SC 29926-2269 | | | Initiation Fee | X | X | | $ 6,250.00 |
| Account No:<br>Creditor # : 1382<br> SHERING- PLOUGH<br>LAS PIEDRAS OPERATION<br>CALL BOX K-1779<br>LAS PIEDRAS PR 00771 | | | Initiation Fee | X | X | | $ 20,010.70 |
| Account No:<br>Creditor # : 1383<br>Sherwin Williams<br>Carr. #3 Km. 78.6 #451<br>Humacao PR 00792-9999 | | | Supplies | | | | $ 512.00 |
| Account No:<br>Creditor # : 1384<br>SIDNEY WEISSER<br>C/O ASAP ETC INC.<br>180 EAST PROPECT AVENUE # F518<br>MAMARONECK NY 10543 | | | Initiation Fee | X | X | | $ 6,150.00 |

Sheet No. _230_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              **Subtotal $**       **$ 53,552.44**

              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No. _____
                      **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1385 SILVIO LOPEZ REY RICARDO # 388 LA VILLA DE TORRIMAR GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No: Creditor # : 1386 SONIA BERMUDEZ PMB 267 B5 TABONUCO STE A 9 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 5,547.62 |
| Account No: Creditor # : 1387 Southeastern Tennis Courts & Supply, Inc. 4260-A Wayside Court Lilburn GA 30047 | | | Other | | | | $ 1,486.95 |
| Account No: Creditor # : 1388 Special Ocassions Calle Hector R. Bunker #30 Caguas PR 00725 | | | Other | | | | $ 5,383.50 |
| Account No: Creditor # : 1389 Sprint P.O. Box 219100 Kansas City MO 64121-9100 | | | Telephone & Fax Service | | | | $ 124.42 |
| Account No: Creditor # : 1390 St. James Security Services, I Urb. Caribe 1604 Ave. Ponce De Leon San Juan PR 00926-2723 | | | Security Services | | | | $ 35,435.87 |

Sheet No. _231_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 55,678.36

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,      Case No._____

**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1391 STAR READY MIX CAOBA ST. #302 URB.LOS SAUCES HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 18,227.47 |
| Account No: Creditor # : 1392 State Chemical Sales, Co. P.O. Box 50025 San Juan PR 00902 | | | Supplies | | | | $ 934.11 |
| Account No: Creditor # : 1393 STEPHANIE DE VISSCHER CANCEL ARBOLES DE MONTEHIEDRA BOX 474 SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 10,101.76 |
| Account No: Creditor # : 1394 STEPHEN E. GERTLER 622 LITTLE SILVER POINT ROAD LITTLE SILVER NJ 07739 | | | Initiation Fee | X | X | | $ 12,725.48 |
| Account No: Creditor # : 1395 STEPHEN SMITH, JR 15 GREAT HILL ROAD NEWTOWN CT 06470 | | | Initiation Fee | X | X | | $ 12,500.00 |
| Account No: Creditor # : 1396 STEVEN KREISHER C/ MAR CARIBE 542 PASEO LOS CORALES DORADO PR 00646 | | | Initiation Fee | X | X | | $ 6,051.02 |

Sheet No. _232_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 60,539.84

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>PALMAS COUNTRY CLUB, INC.</u>                              ,     Case No. _____

        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1397 STROKE & DISTANCE 4401 LINDSAY LN MATHEWS NC 25105 | | | Other | | | | $ 29.10 |
| Account No: Creditor # : 1398 Suarez Gas, Inc. P.O. Box 1227 Fajardo PR 00738-1227 | | | Gas Supply | | | | $ 13,379.13 |
| Account No: Creditor # : 1399 SUE RADULOVIC 505 HAMPTEON ROAD GROSSE POINTE MI 48236 | | | Initiation Fee | X | X | | $ 14,149.60 |
| Account No: Creditor # : 1400 Superior Angram P.O. Box 361985 San Juan PR 00936-1985 | | | Maintenance Fees | | | | $ 8,855.32 |
| Account No: Creditor # : 1401 SYLMARIE MARRERO MARTINEZ P.O. BOX 8928 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 11,839.50 |
| Account No: Creditor # : 1402 SYLVIA R. RIVERA 140 AVENIDA ESTANCIAS DEL LAGO CAGUAS PR 00725 | | | Initiation Fee | X | X | | $ 8,400.00 |

Sheet No. <u>233</u> of <u>250</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 56,652.65

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1403 SYLVIA ROLDAN CALDERON P.O. BOX 5308 CAGUAS PR 00726 | | | Initiation Fee | X | X | | $ 5,909.54 |
| Account No: Creditor # : 1404 TEDD MUERSCH 10910 S. DEPOT ST. WORTH IL 60482 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: Creditor # : 1405 TELESFORO PAGAN GONZALEZ INTERAMERICANA 268 UNIVERSITY GARDENS, SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 19,019.83 |
| Account No: Creditor # : 1406  TERESITA GONZALEZ O'CONNER 416 GRANT PLACE UNIT i CHICAGO IL 60614 | | | Initiation Fee | X | X | | $ 23,000.00 |
| Account No: Creditor # : 1407 Terminix/Prestige Pest Managem P.O. Box 1860 Carolina PR 00984-1860 | | | Exterminating Services | | | | $ 875.00 |
| Account No: Creditor # : 1408 THE GOLF CONNECTION LLC 460 SOUTH LEWIS ROAD SUITE 101 ROYERSFORD PA 19468 | | | Other | | | | $ 2,000.00 |

Sheet No. _234_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 62,804.37

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,    Case No._____
             **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1409<br>The Office Shop<br>PO Box 195497<br>San Juan  PR 00919-5497 | | | Other | | | | $ 1,161.19 |
| Account No:<br>Creditor # : 1410<br>The Screen Printer<br>PMB 126 58 B<br>Este D. Cabrera<br>Humacao PR 00791 | | | Other | | | | $ 227.91 |
| Account No:<br>Creditor # : 1411<br>The Security Group<br>Calle Aquamarina # 38 Marginal<br>Urb. Villa Blanca<br>Caguas PR 00725 | | | Security Services | | | | $ 2,591.26 |
| Account No:<br>Creditor # : 1412<br>The Vernon Company<br>Dept. C One Promotion Place<br>P.O. Box 600<br>Newton IO 50208-2065 | | | Other | | | | $ 558.94 |
| Account No:<br>Creditor # : 1413<br>THEODORE J. HARRINGTON<br>BOX 30<br>ROCK CITY FALLS NY 12863 | | | Initiation Fee | X | X | | $ 12,030.00 |
| Account No:<br>Creditor # : 1414<br>THEODORE JOHNSON<br>41 FEILDSTONE LANE<br>OYSTER BAY NY 11771 | | | Initiation Fee | X | X | | $ 5,750.00 |

Sheet No. _235_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 22,319.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ , Case No._____
                                **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1415 Thillet Data System, Inc. P.O. Box 1684 Lajas PR 00667 | | | Other | | | | $ 1,861.80 |
| Account No: Creditor # : 1416 THOMAS BIEL 11095 HILLSIDE DR. JEROME MI 49249 | | | Initiation Fee | X | X | | $ 7,464.62 |
| Account No: Creditor # : 1417 THOMAS BRACALENTE 2070 ANGSTADT ROAD QUAKERTOWN PA 18951 | | | Initiation Fee | X | X | | $ 7,050.00 |
| Account No: Creditor # : 1418 THOMAS DARRIGAN 137 OAKWOOD RD. PORT JEFFERSON NY 11777 | | | Initiation Fee | X | X | | $ 7,836.24 |
| Account No: Creditor # : 1419 THOMAS DILIBERTO 3 CHOWNING DRIVE MALVERN PA 19355 | | | Initiation Fee | X | X | | $ 9,399.50 |
| Account No: Creditor # : 1420 THOMAS DYAL 180 CANDELERO DRIVE CRESCENT COVE#74 HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,950.35 |

Sheet No. _236_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 41,562.51

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,      Case No._____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1421<br>THOMAS J. DANNER<br>P.O. BOX 29535<br>SAN JUAN PR 00929 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1422<br>THOMAS MATEER<br>MONTE SOL BLDG<br>100 CANDELERO DR. APT. 2118<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,300.00 |
| Account No:<br>Creditor # : 1423<br>THOMAS ROGERS<br>2 EAGLET GLEN<br>HACKETTSTOWN NS 07840 | | | Initiation Fee | X | X | | $ 6,842.00 |
| Account No:<br>Creditor # : 1424<br>THOMAS TARBOX<br>1151 AVE. MAGDALENA<br>CONDADO PR 00907 | | | Initiation Fee | X | X | | $ 8,400.00 |
| Account No:<br>Creditor # : 1425<br>THOMAS WHIPPLE<br>36 HUDSON POINT LANE<br>OSSINING NY 10562 | | | Initiation Fee | X | X | | $ 7,349.50 |
| Account No:<br>Creditor # : 1426<br>Titleist<br>P.O. Box 88114<br>Chicago IL 60695-1114 | | | Merchandise | | | | $ 10,318.12 |

Sheet No. _237_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 46,209.62

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1427 TODD LUTTERBEIN 758 DOUBLE OAK LN. MANAKIN SABOT VA 23103 | | | Initiation Fee | X | X | | $ 8,260.90 |
| Account No: Creditor # : 1428 TOMAS DIAZ MOLINA P.O. BOX 40038 SAN JUAN PR 00940-0038 | | | Initiation Fee | X | X | | $ 17,213.77 |
| Account No: Creditor # : 1429 TOMAS SAVONA #15 EAGLE ST. PALMAS PLANTATION, PALMAS DEL HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,793.88 |
| Account No: Creditor # : 1430 Total Petroleum Puerto Rico Co P.O. Box 362916 San Juan PR 00936-2916 | | | Diesel Supply | | | | $ 23,209.25 |
| Account No: Creditor # : 1431 Tropical Vendors, Inc. P.O. Box 13670 Santurce PR 00908-3670 | | | Supplies | | | | $ 424.62 |
| Account No: Creditor # : 1432 TROPIGAS DE PUERTO RICO P.O. Box 70205 San Juan PR 00936-8205 | | | Gas Supply | | | | $ 506.27 |

Sheet No._238_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**          $ 51,408.69
                                                                    **Total $**
                                          (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                          and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1433 *TULIO ORTIZ RIVERA* *PMB 310* *295 PALMAS INN WAY STE. 130* *HUMACAO PR 00791* | | | *Initiation Fee* | X | X | | $ 20,000.00 |
| Account No: Creditor # : 1434 *U.S. Postmaster* *P.O. Box 3463* *San Juan PR 00908-3644* | | | *POSTAGE* | | | | $ 2,080.38 |
| Account No: Creditor # : 1435 *ULISES R. RODRIGUEZ RAMOS* *P.O. BOX 1406* *JUANA DIAZ PR 00795* | | | *Initiation Fee* | X | X | | $ 7,274.75 |
| Account No: Creditor # : 1436 *USERA MORELL BAUZA DAPENA* *& CARTAGENA LLP* *PO BOX 13399* *SAN JUAN PR 00908* | | | *Legal Services* | | | | $ 292.50 |
| Account No: Creditor # : 1437 *V. SUAREZ & CO. , INC.* *PO BOX 364588* *SAN JUAN PR 00936-4588* | | | *Beverage Distributor* | | | | $ 9,688.62 |
| Account No: Creditor # : 1438 *VANGIE MARIE BOGATY* *WORLDNET TELECOMMUNICATIONS* *90 CARR. 165, STE. 201* *GUAYNABO PR 00969* | | | *Initiation Fee* | X | X | | $ 12,000.00 |

Sheet No. _239_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                **Subtotal $**     $ 51,336.25

                                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1439 <br> VICENTE ALCARAZ <br> P.O. BOX 191168 <br> SAN JUAN PR 00919-1168 | | | Initiation Fee | X | X | | $ 6,485.48 |
| Account No: <br> Creditor # : 1440 <br> VICENTE GUZMAN LOPEZ <br> P.O. BOX 195317 <br> SAN JUAN PR 00919 | | | Initiation Fee | X | X | | $ 1,150.25 |
| Account No: <br> Creditor # : 1441 <br> VICENTE RODRIGUEZ <br> PALMAS DEL MAR <br> SURFSIDE #64 <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,007.15 |
| Account No: <br> Creditor # : 1442 <br> VICTOR AGUILAR <br> 68 CALLE PALMERAS <br> URB. PALMAS REALES, PDM <br> HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,320.96 |
| Account No: <br> Creditor # : 1443 <br> VICTOR DE LA CRUZ <br> P.O. BOX 3604 <br> JUNCOS PR 00777 | | | Initiation Fee | X | X | | $ 6,260.67 |
| Account No: <br> Creditor # : 1444 <br> VICTOR FINGERHUT <br> 609 AVE. TITO CASTRO <br> STE. 102 PMB 317 <br> PONCE PR 00716 | | | Initiation Fee | X | X | | $ 10,000.00 |

Sheet No. _240_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 38,224.51

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____

**Debtor(s)**                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1445<br>VICTOR GALAN<br>CLAVEL M-2 PARQUE SANTA MARIA<br>SAN JUAN PR 00927 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No:<br>Creditor # : 1446<br>VICTOR L. CONTRERAS PEREZ<br>P.O. BOX 13323<br>SAN JUAN PR 00908 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No:<br>Creditor # : 1447<br>VICTOR NIETO<br>150 CANDELERO DRIVE FWC 856<br>PALMAS DEL MAR<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 18,703.63 |
| Account No:<br>Creditor # : 1448<br>VICTOR PONS REXACH<br>P.O.BOX 361459<br>SAN JUAN PR 00936-1459 | | | Initiation Fee | X | X | | $ 7,354.33 |
| Account No:<br>Creditor # : 1449<br> VICTOR R. DIAZ GUZMAN<br>CALL BOX 51992<br>TOA BAJA PR 00950-1992 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No:<br>Creditor # : 1450<br>VINCENT DICANIO<br>1 PINE POINT<br>ST. JAMES NY 11780 | | | Initiation Fee | X | X | | $ 11,860.90 |

Sheet No. _241_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 81,687.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,        Case No._____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1451 VINCENT J. SHARKEY 1 BROWNSTONE WAY HO HO KUS NJ 07423-1202 | | | Initiation Fee | X | X | | $ 8,100.00 |
| Account No: Creditor # : 1452 VINCENT VITTI 860 WYCKOFF AVE. MAHWAB NJ 07430-3186 | | | Initiation Fee | X | X | | $ 5,768.26 |
| Account No: Creditor # : 1453 VIOLA F. WILEY P.O. BOX 193730 SAN JUAN PR 00919-3730 | | | Initiation Fee | X | X | | $ 5,488.96 |
| Account No: Creditor # : 1454 VIOLETA MENDOZA FERNANDEZ P.O. BOX 10684 SAN JUAN PR 00922 | | | Initiation Fee | X | X | | $ 11,950.00 |
| Account No: Creditor # : 1455 VIVIANA ALICEA BENITEZ PMB 298 405 AVE. ESMERALDA, ST3. 102 GUAYNABO PR 00969 | | | Initiation Fee | X | X | | $ 11,150.19 |
| Account No: Creditor # : 1456 VIVIANNE GARCIA FERNANDEZ CALLE PLAYERA #56 URB. PALMAS REALES HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 1,914.94 |

Sheet No. _242_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 44,372.35

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,  Case No. _____

**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1457 <br> WAITERS COMPANY <br> HC 02 BOX 4970-P <br> NAGUABO PR 00718 | | | Professional Services | | | | $ 300.00 |
| Account No: <br> Creditor # : 1458 <br> WALESKA RIVERA <br> ESCORIAL 534 <br> CAPARRA HEIGHTS <br> RIO PIEDRAS PR 00920 | | | Initiation Fee | X | X | | $ 12,000.00 |
| Account No: <br> Creditor # : 1459 <br> WALTER J. CERVONI <br> P.O. BOX 366258 <br> SAN JUAN PR 00936 | | | Initiation Fee | X | X | | $ 23,000.00 |
| Account No: <br> Creditor # : 1460 <br> WALTER PEARSON <br> 246 WEST CORNWALL ROAD <br> WEST CORNWALL CT 06796 | | | Initiation Fee | X | X | | $ 4,974.84 |
| Account No: <br> Creditor # : 1461 <br> WALTER R. FOURNIER <br> CALLE RODRIGUEZ SERRA # 1 <br> APT 902, OLYMPIC TOWERS <br> SAN JUAN PR 00907 | | | Initiation Fee | X | X | | $ 11,073.04 |
| Account No: <br> Creditor # : 1462 <br> WALTER TISCHER <br> P. O. BOX 9020524 <br> SAN JUAN PR 00966-0524 | | | Initiation Fee | X | X | | $ 8,000.00 |

Sheet No. _243_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 59,347.88

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
              **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1463<br>WALTER WAWRZYNIAK<br>MSC 127<br>295 PALMAS INN WAY STE.130<br>HUMACAO PR 00792-0888 | | | Initiation Fee | X | X | | $ 5,950.00 |
| Account No:<br>Creditor # : 1464<br>WANDA MARQUARDT<br>#24 FLAMBOYAN GREEN<br>HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 500.00 |
| Account No:<br>Creditor # : 1465<br>WARCOgroup Corporation<br>P.O. Box 1868<br>Trujillo Alto PR 00792-2020 | | | Other | | | | $ 1,384.50 |
| Account No:<br>Creditor # : 1466<br>Waste Management De P.R.<br>P.O. Box 71561<br>San Juan PR 00936-8661 | | | Waste Disposal Services | | | | $ 3,880.21 |
| Account No:<br>Creditor # : 1467<br>WATERTRONICS TECHNICAL SERVICE<br>1612 COOLING AVENUE<br>MELBOURNE FL 32935 | | | Other | | | | $ 1,457.50 |
| Account No:<br>Creditor # : 1468<br>WENDY L. BLUME<br>COND. MANSIONES DE GARDEN HILL<br>APTO. #6-E<br>GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _244_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,172.21

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  PALMAS COUNTRY CLUB, INC. _____ ,        Case No. _____
                                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1469 WESLEY D. ARCHER 28 CLAREMONT ROAD SCARSDAL NY 10583 | | | Initiation Fee | X | X | | $ 11,443.60 |
| Account No: Creditor # : 1470 WILFREDO MELENDEZ O'FERRILL PMB 505 CALLE 39 UU-1 SANTA JUANITA BAYAMON PR 00956 | | | Initiation Fee | X | X | | $ 2,803.43 |
| Account No: Creditor # : 1471 WILFREDO MORA P. O. BOX 7829 CAGUAS PR 00726-7829 | | | Initiation Fee | X | X | | $ 8,918.26 |
| Account No: Creditor # : 1472 WILFREDO QUINONES MIRADOR # 83 URB. PASEO ALTO SAN JUAN PR 00926 | | | Initiation Fee | X | X | | $ 11,768.26 |
| Account No: Creditor # : 1473 WILKA TOPPINS 900 ADAMS CROSSING STE 2100 CINCINNATI OH 45202-1694 | | | Initiation Fee | X | X | | $ 11,721.80 |
| Account No: Creditor # : 1474 WILLIAM ALVERIO ESTRADA APTDO. 928 SAN LORENZO PR 00754 | | | Initiation Fee | X | X | | $ 9,883.38 |

Sheet No. 245 of 250 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 56,538.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1475 WILLIAM BALAZS FAIRWAY COURTS #776 PALMAS DEL MAR HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 500.00 |
| Account No: Creditor # : 1476 WILLIAM BENACK 12 NORGATE ROAD BROOKEVILLE NY 11545-2608 | | | Initiation Fee | X | X | | $ 8,644.08 |
| Account No: Creditor # : 1477 WILLIAM BURLESON P.O. BOX 8270 HUMACAO PR 00792 | | | Initiation Fee | X | X | | $ 8,050.00 |
| Account No: Creditor # : 1478 WILLIAM COMPAGNONE 54 GEORGIAN COURT MAHWAY NJ 07430 | | | Initiation Fee | X | X | | $ 20,000.00 |
| Account No: Creditor # : 1479 WILLIAM DAVILA DE PEDRO 420 PONCE DE LEON MIDTOWN SUITE 311 SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 9,968.26 |
| Account No: Creditor # : 1480 WILLIAM F. McGRAW COLON P.O. BOX 3 CAYEY PR 00737 | | | Initiation Fee | X | X | | $ 12,000.00 |

Sheet No. _246_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 59,162.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____,    Case No._____
                          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1481 WILLIAM J. QUIGLEY 64 WINTERGREEN LANE GROTON MA 01450 | | | Initiation Fee | X | X | | $ 7,099.50 |
| Account No: Creditor # : 1482 WILLIAM L. GEIDER 190 CANDELERO DR. CRESCENT BEACH 126 PDM HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 6,000.00 |
| Account No: Creditor # : 1483 WILLIAM M. TRESS PMB 584 1353 ROAD 19 GUAYNABO PR 00966 | | | Initiation Fee | X | X | | $ 6,005.51 |
| Account No: Creditor # : 1484 WILLIAM MORAN 282 PRATT RD. ALSTEAD CENTER NH 03602 | | | Initiation Fee | X | X | | $ 6,800.00 |
| Account No: Creditor # : 1485 WILLIAM O'BRIEN 22 ARGYLE DRIVE NORTHPORT NY 11768 | | | Initiation Fee | X | X | | $ 5,300.00 |
| Account No: Creditor # : 1486 WILLIAM OCASIO 142 WOOD LANE ST. PALMAS PLANTATION HUMACAO PR 00791 | | | Initiation Fee | X | X | | $ 7,500.00 |

Sheet No. _247_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  |  $ 38,705.01

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
                    **Debtor(s)**                                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1487 <br> WILLIAM RIVERA <br> HC-03 BOX 12934 <br> CAROLINA PR 00987 | | | Initiation Fee | X | X | | $ 5,623.34 |
| Account No: <br> Creditor # : 1488 <br> WILLIAM SEGARRA <br> PO BOX 1409 <br> BAYAMON PR 00960 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No: <br> Creditor # : 1489 <br> WILLIAM STRIZEVER <br> 300 W 55 ST. <br> NEW YORK NY 10019 | | | Initiation Fee | X | X | | $ 12,504.98 |
| Account No: <br> Creditor # : 1490 <br> WILLIAM WAWRZYNIAK <br> MSC. 127 <br> 295 PALMAS INN WAY STE.130 <br> HUMACAO PR 00791-0358 | | | Initiation Fee | X | X | | $ 7,700.00 |
| Account No: <br> Creditor # : 1491 <br> WILLIAM WHITMAN <br> 5 HIGH PONDS LANE <br> BLUFFTON SC 29910 | | | Initiation Fee | X | X | | $ 6,057.17 |
| Account No: <br> Creditor # : 1492 <br> WILMA LOPEZ <br> 2306 LAUREL ST. <br> COND THE TERRACE PH-C <br> PUNTA LAS MARIAS PR 00913 | | | Initiation Fee | X | X | | $ 20,000.00 |

Sheet No. _248_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Subtotal $**     $ 59,585.49

                                                                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,     Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1493<br>WILMER RODRIGUEZ<br>PASEO SAN PABLO # 100<br>SUITE 104<br>BAYAMON PR 00961 | | | Initiation Fee | X | X | | $ 5,400.00 |
| Account No:<br>Creditor # : 1494<br>WM Wholesale, Inc<br>D/B/A P&P Office Market<br>Georgetti # 70<br>Humacao PR 00791 | | | Supplies | | | | $ 1,981.64 |
| Account No:<br>Creditor # : 1495<br>YOLANDA POWELL<br>406 MAIN ST<br>PORT JEFFERSON NY 11777 | | | Initiation Fee | X | X | | $ 4,252.38 |
| Account No:<br>Creditor # : 1496<br>YOLY INDUSTRIAL SUPPLY, INC.<br>P.O. Box 8668<br>Caguas PR 00725 | | | Other | | | | $ 262.15 |
| Account No:<br>Creditor # : 1497<br>YVELISE FINGERHUT<br>PMB 142295, SUITE 130<br>PALMAS INNWAY<br>HUMACAO PR 00791-6144 | | | Initiation Fee | X | X | | $ 5,650.00 |
| Account No:<br>Creditor # : 1498<br>YVELISE FINGERHUT<br>513 AVE. HOSTOS<br>SAN JUAN PR 00918 | | | Initiation Fee | X | X | | $ 17,000.00 |

Sheet No. _249_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 34,546.17
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._____ ,          Case No._____
              **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1499* *YVONNE BORRAS DE RIOS* *CONDOMINIO MONT BLANC* *1010 CALLE ORCHID APT 406* *SAN JUAN PR 00926* | | | *Initiation Fee* | X | X | | $ 7,650.00 |
| Account No: *Creditor # : 1500* *ZAIDA RODRIGUEZ* *P. O. BOX 190789* *SAN JUAN PR 00919-0789* | | | *Initiation Fee* | X | X | | $ 8,400.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _250_ of _250_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 16,050.00

**Total $**          $ 28,244,143.08

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _PALMAS COUNTRY CLUB, INC._ _____ / Debtor     Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _ACRECENT FINANCIAL CORPORATION_<br>_P.O. Box 363372_<br>_San Juan PR   00936-3372_ | Contract Type: _Equiment Lease_<br>Terms: _48 installments of $13,594.06 plus sales tax of 7%_<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _Lease of 150 EZGO Golf Carts, 3 EZGO Workhorses, and 2 EZGO Refreshers. Maturity date is February 2011._<br>Buyout Option: |

In re  *PALMAS COUNTRY CLUB, INC.* _____ / Debtor    Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *PALMAS DEL MAR PROPERTIES, INC*<br>*7 EXECUTIVE OFFICE DRIVE*<br>*Humacao PR   00791* | *ACRECENT FINANCIAL CORPORATION*<br>*P.O. Box 363372*<br>*San Juan PR   00936-3372* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  *PALMAS COUNTRY CLUB, INC.*
    *a Delaware Corporation*

Case No.

Chapter  *11*

_____
Debtor(s)

,

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>PALMAS DEL MAR PROPERTIES, INC<br>7 EXECUTIVE DRIVE<br>PALMAS DEL MAR<br>HUMACAO PR  00791 | Phone:<br>PALMAS DEL MAR PROPERTIES, INC<br>7 EXECUTIVE DRIVE<br>PALMAS DEL MAR<br>HUMACAO PR  00791 | *Parent Company Loans* | | $ 13,501,713.88 |
| 2<br>PR TOURISM DEVELOPMENT FUND<br>P.O. BOX 42001<br>SAN JUAN PR  00940-2001 | Phone:<br>PR TOURISM DEVELOPMENT FUND<br>P.O. BOX 42001<br>SAN JUAN PR  00940-2001 | | *Value:*<br>*Net Unsecured:*<br>*Prior Liens Exist* | $ 27,160,000.00<br>$ 23,959,417.00<br>$ 6,244,838.00 |
| 3<br>AEE/Aut.De Energia Elec.<br>P.O. Box 518<br>Humacao PR  00792-518 | Phone:<br>AEE/Aut.De Energia Elec.<br>P.O. Box 518<br>Humacao PR  00792-518 | *Utility Bills* | | $ 164,570.14 |
| 4<br>AMGEN MFG. INC.<br>P.O. BOX 4060<br>JUNCOS PR  00777-4060 | Phone:<br>AMGEN MFG. INC.<br>P.O. BOX 4060<br>JUNCOS PR  00777-4060 | *Initiation Fee* | C<br>U | $ 137,032.47 |
| 5<br>SB PHARMACO P.R. CO.<br>P.O. BOX 363461<br>SAN JUAN PR  00936-3461 | Phone:<br>SB PHARMACO P.R. CO.<br>P.O. BOX 363461<br>SAN JUAN PR  00936-3461 | *Initiation Fee* | C<br>U | $ 121,499.39 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>CRIM<br>P.O. BOX 195387<br>SAN JUAN PR  00919-5387 | Phone:<br>CRIM<br>P.O. BOX 195387<br>SAN JUAN PR  00919-5387 | Property & Real Estate Taxes | | $ 98,000.00 |
| 7<br> SEGUROS TRIPLE SSS<br>P.O. BOX 70313<br>SAN JUAN PR  00936-0313 | Phone:<br> SEGUROS TRIPLE SSS<br>P.O. BOX 70313<br>SAN JUAN PR  00936-0313 | Initiation Fee | C<br>U | $ 71,259.02 |
| 8<br> REAL LEGACY ASSURANC<br><br>PO BOX 71467<br>SAN JUAN PR  00936-8567 | Phone:<br> REAL LEGACY ASSURANC<br><br>PO BOX 71467<br>SAN JUAN PR  00936-8567 | Initiation Fee | C<br>U | $ 57,443.52 |
| 9<br> EVERTEC<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR  00936-2708 | Phone:<br> EVERTEC<br>P.O. BOX 362708<br>Mail Stop 732<br>SAN JUAN PR  00936-2708 | Initiation Fee | C<br>U | $ 49,545.95 |
| 10<br> PARISSI PSC<br>P.O. BOX 195607<br>SAN JUAN PR  00919-5607 | Phone:<br> PARISSI PSC<br>P.O. BOX 195607<br>SAN JUAN PR  00919-5607 | Initiation Fee | C<br>U | $ 49,147.84 |
| 11<br>ACRECENT FINANCIAL CORPORATION<br>P.O. Box 363372<br>San Juan PR  00936-3372 | Phone:<br>ACRECENT FINANCIAL CORPORATION<br>P.O. Box 363372<br>San Juan PR  00936-3372 | Lease Arrears | | $ 49,065.77 |
| 12<br> LUTRON SM INC.<br><br>M.S.C. BOX 856 CARR. 909 KM 2<br>HUMACAO PR  00792 | Phone:<br> LUTRON SM INC.<br><br>M.S.C. BOX 856 CARR. 909 KM 2<br>HUMACAO PR  00792 | Initiation Fee | C<br>U | $ 43,946.50 |
| 13<br> MUNIZ & ZAVALA DEVEL<br>206 E. ROOSEVELT, SUITE C,<br>SAN JUAN PR  00918-3033 | Phone:<br> MUNIZ & ZAVALA DEVEL<br>206 E. ROOSEVELT, SUITE C,<br>SAN JUAN PR  00918-3033 | Initiation Fee | C<br>U | $ 43,167.02 |

_____ ,
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>*CENTENNIAL DE PR*<br>*PO BOX 71514*<br>*SAN JUAN PR  00936-8614* | Phone:<br>*CENTENNIAL DE PR*<br>*PO BOX 71514*<br>*SAN JUAN PR  00936-8614* | *Initiation Fee* | C<br>U | $ 42,603.94 |
| 15<br>*BRISTOL MEYER*<br>*BMS MANUFACTURING CO. (0064)*<br>*PO BOX 840769*<br>*HOUSTON TX  77284* | Phone:<br>*BRISTOL MEYER*<br>*BMS MANUFACTURING CO. (0064)*<br>*PO BOX 840769*<br>*HOUSTON TX  77284* | *Initiation Fee* | C<br>U | $ 37,073.90 |
| 16<br>*St. James Security Services, I*<br>*Urb. Caribe*<br>*1604 Ave. Ponce De Leon*<br>*San Juan PR  00926-2723* | Phone:<br>*St. James Security Services, I*<br>*Urb. Caribe*<br>*1604 Ave. Ponce De Leon*<br>*San Juan PR  00926-2723* | *Security Services* | | $ 35,435.87 |
| 17<br>*COLGATE PALMOLIVE*<br><br>*P.O.BOX 363865*<br>*SAN JUAN PR  00936-3865* | Phone:<br>*COLGATE PALMOLIVE*<br><br>*P.O.BOX 363865*<br>*SAN JUAN PR  00936-3865* | *Initiation Fee* | C<br>U | $ 33,151.61 |
| 18<br>*Cadillac Uniform & Linen*<br>*P.O. Box 1893*<br>*Bayamon PR  00960-1893* | Phone:<br>*Cadillac Uniform & Linen*<br>*P.O. Box 1893*<br>*Bayamon PR  00960-1893* | *Other* | | $ 30,172.98 |
| 19<br>*LIBERTY CABLEVISION*<br><br>*PO BOX 719*<br>*LUQUILLO PR  00773* | Phone:<br>*LIBERTY CABLEVISION*<br><br>*PO BOX 719*<br>*LUQUILLO PR  00773* | *Initiation Fee* | C<br>U | $ 29,531.75 |
| 20<br>*NESTLE PUERTO RICO*<br>*P.O. BOX 364565*<br>*SAN JUAN PR  00936-4565* | Phone:<br>*NESTLE PUERTO RICO*<br>*P.O. BOX 364565*<br>*SAN JUAN PR  00936-4565* | *Initiation Fee* | C<br>U | $ 27,809.50 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *JAIME MORGAN STUBBE* _____ , *President* _____ of the *Corporation* _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *8/25/2010* _____         Signature */s/ JAIME MORGAN STUBBE* _____
                                    Name: *JAIME MORGAN STUBBE*
                                    Title: *President*