# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

IN RE:

PALMAS COUNTRY CLUB INC

XXX-XX4324

Debtor(s)

CASE NO. 10-07072 ESL

Chapter 11

FILED & ENTERED ON 09/30/2010

## ORDER APPROVING STIPULATION AND REQUEST FOR ORDER SHORTENING TIME TO FILE OBJECTIONS

This case is before the Court upon the stipulation filed by the debtor, the Puerto Rico Tourism Development Fund ("TDF"), and the Municipal Revenue Collection Center ("CRIM"), docket entry #79.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of September, 2010.

*[signature]*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: ALL CREDITORS