# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>PALMAS COUNTRY CLUB, INC.<br>    Debtor | CASE NO. 10-07072(ESL)<br><br>CHAPTER 11 |

## NOTICE OF FILING OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

TO THE HONORABLE COURT:

Comes now Debtor through their undersigned counsel and very respectfully state and pray:

1. On even date, Debtor filed its First Amended Disclosure Statement and Plan of Reorganization pursuant to the provisions of the Bankruptcy Code.

2. The same were electronically forwarded by the Clerk of the Court to all CM/ECF participants, which include the parties that appeared and specifically requested to be served with copy thereof.

## NOTICE OF OBJECTION TO THE DISCLOSURE STATEMENT

TO:   CREDITORS AND PARTIES IN INTEREST

Within fourteen (14) days, as ordered by the Court at the Sale Hearing, after service as evidenced by this certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's

office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may – in its discretion – schedule a hearing.

WHEREFORE, it is respectfully prayed that the Court takes notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of September, 2010.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF. Also copy of this was send by first class mail to all creditors as per the master address list.

s/ ALEXIS FUENTES-HERNANDEZ
Alexis Fuentes-Hernández
USDC-PR 217201
Fuentes Law Offices
P.O. Box 9022726
San Juan, PR 00902-2726
Tels. (787) 722-5216
Fax. (787) 722-5206
E-Mail: alex@fuentes-law.com